1  **COMP**
   PHILIP M. HYMANSON, ESQ. (NV Bar 2253)
2  hymansonp@gtlaw.com
   ERIC W. SWANIS, ESQ. (NV Bar 6840)
3  swanise@gtlaw.com
   F. CHRISTOPHER AUSTIN (NV Bar 6559)
4  austinc@gtlaw.com
   GREENBERG TRAURIG, LLP
5  3773 Howard Hughes Pkwy, Ste 400 North
   Las Vegas, Nevada 89169
6  Telephone: (702) 792-3773
   Facsimile: (702) 792-9002
7  *Counsel for Plaintiffs*

COPY

8                    **DISTRICT COURT**

9              **CLARK COUNTY, NEVADA**

10  ASSET RESOLUTION, LLC, a Delaware
    limited liability company, SILAR ADVISORS,    Case No.  A-09-598165-B
11  LP, a Delaware limited partnership, and SILAR   Dept No.  XXV
    SPECIAL OPPORTUNITIES FUND, LP, a
12  Delaware limited partnership,
                                                   **COMPLAINT**
13                    Plaintiffs,

14  vs.

15
    DONNA CANGELOSI, an individual resident
16  of Nevada, LENDER 2 LENDER, LLC, a
    Nevada limited liability company, FDH
17  Resolution Company, LLC, a Nevada limited
    liability company, CHARLES B. ANDERSON
18  TRUST, created in Michigan, RITA P.
    ANDERSON TRUST, created in Michigan,
19  BALTES COMPANY, incorporated in
    Michigan, KEHL DEVELOPMENT
20  CORPORATION, incorporated in Iowa,
    MOJAVE CANYON INC., incorporated in
21  Nevada, DEATH VALLEY ACQUISITIONS,
    LLC, a Nevada limited liability company,
22  WARREN HOFFMAN FAMILY
    INVESTMENTS, LP, a limited partnership
23  formed in Iowa, PATRICK J. ANGLIN, an
    individual resident of Illinois, JUDY A.
24  BONNET, an individual resident of Illinois,
    CHRISTINA M. KEHL, an individual resident
25  of Illinois, DANIEL J. KEHL, an individual
    resident of Iowa, KEVIN A. KEHL, an
26  individual resident of Iowa, KEVIN KEHL AS
    GUARDIAN OF ANDREW KEHL, an
27  individual resident of Iowa, KEVIN KEHL AS
    GUARDIAN OF SUSAN L. KEHL, an
28  individual resident of Iowa, KRYSTINA L.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1   KEHL, an individual resident of Illinois,
    ROBERT A. KEHL & TINA M. KEHL,
2   individual residents of Illinois, ROBERT J.
    KEHL & RUTH ANN KEHL, individual
3   residents of Nevada, KEVIN MCKEE, an
    individual resident of Iowa, PAMELA J.
4   MCKEE, an individual resident of Iowa,
    CYNTHIA WINTER, an individual resident of
5   Iowa, LENDER 2 LENDER, LLC, a Nevada
    limited liability company, FDH Resolution
6   Company, LLC, a Nevada limited liability
    company, STAN TARA, an individual resident
7   of Nevada, CHARLES MARADEN, an
    individual resident of Nevada, ROBERT
8   BERRY, an individual resident of Nevada, JOE
    LAFAYETTE, an individual resident of
9   California, ARTHUR KRISS, an individual
    resident of Utah, CYRIL TAMMADGE, an
10  individual resident of California, ROBIN
    GRAHAM, an individual resident of California,
11  PATSY REIGER, an individual resident of
    Nevada, TERRY MARKWELL, an individual
12  resident of Nevada, CAROL SIMON, an
    individual resident of Nevada, LE ANN
13  APIGIAN, an individual resident of
    Washington, CONNIE WESTBROOK, an
14  individual resident of Nevada, JONATHAN
    ELLER, an individual resident of California,
15  DANIEL NEWMAN, an individual resident of
    Arizona, DON HESS, an individual resident of
16  California, KEN ZAWACKI, an individual
    resident of California, WALTER MUSSO, an
17  individual resident of California, STEVEN
    KOWALSKI, an individual resident of
18  California, JANICE LUCAS, an individual
    resident of California, BRIGITTE KANEDA,
19  an individual resident of California, CINDEE
    DAVIS, an individual resident of Nevada,
20  BILL DENNY, an individual resident of
    California, ED BURGESS, an individual
21  resident of Nevada, DOMINIQUE NAYLON,
    an individual resident of California, TITO
22  CASTILLO, an individual resident of Florida,
    CAROL KESLER, an individual resident of
23  Utah, LAWRENCE TENGAN, an individual
    resident of Nevada, ALFIE FUJITANI, an
24  individual resident of Nevada, NANCY
    TURNER, an individual resident of Oregon,
25  EDWARD SCHOONOVER, an individual
    resident of Washington, BUCK WAHL, an
26  individual resident of California, VICTORIA
    CONWAY, an individual resident of
27  California, ROBERT FULLER, an individual
    resident of Nevada, LINDA DOERR, an
28  individual resident of Nevada, MAUREEN

Page 2

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1   HJELTE, an individual resident of California,
    CRAIG WISCH, an individual resident of
2   Connecticut, GLEN SHAKE, an individual
    resident of Indiana, TONY CHAUDHRY, an
3   individual resident of Washington, KEVIN
    OLSON, an individual resident of Nevada,
4   ROBERT BENDER, an individual resident of
    California, CHRISTINA KNOLES, an
5   individual resident of Colorado, RODGER W.
    STUBBS, an individual resident of Florida, 1-3
6   Enterprises LLC., an entity of unknown origin;
    1823 Corporation, a California corporation;
7   1995 Tobe Eugene Stricklin & Barbara
    Stricklin Revocable Trust dated 4/11/95; 1996
8   Knobel Trust dated 9/5/96; 1996 Scafidi
    Childrens Trust dated 6/27/96; Phillips Family
9   Trust dated 10/24/89; A. Andrew Schwarzman
    IRA; Phillips Family Trust dated 10/24/89; A-1
10  Casters & Equipment Reno, L.L.C., an entity of
    unknown origin; Aaron Hawley, an individual;
11  Osherow Trust dated 9/11/89; Abraham
    Serouya, an individual; Acres Corporation a
12  Nevada corporation; Acres Corporation
    Defined Benefit Pension Plan; Acres Profit
13  Sharing Plan; ACS Properties, Inc., A Florida
    Corporation; Action Sports Alliance USA Inc. a
14  Nevada corporation; Adam L. Fettedy, an
    individual; Al-Awar Living Trust; Adrian J.R.
15  Oosthuizen, an individual; KM Trust; Murray
    Trust; B.A.B.S., Inc. Trust; Al Kraus, an
16  individual; Katrina Kraus, an individual;
    Michael Family Trust dated 12/14/03; Alan B.
17  Friedman, an individual; Alan G. & Patty J.
    Dondero 1992 Revocable Trust; Alan Groh
18  IRA; Alan M Markus, an individual; Trena L
    Markus, an individual; Alan Robinson, an
19  individual; Gail Robinson, an individual; Alan
    S & Carolyn A. Duncan Declaration of Trust
20  dtd 09-03-98; Simon Family Trust 2000; Albert
    Daniel Andrade, an individual; Albert J.
21  Mineconzo Living Trust dated 11/14/97; Albert
    M. Arechiga, an individual; Albert Winemiller,
22  an individual; Debra Winemiller, an individual;
    Albert Winemiller Inc., an entity of unknown
23  origin; Albert Winemiller Limited Partnership,
    an entity of unknown origin; Aldon G. Cook,
24  an individual; Deedra Cook, an individual;
    APG Trust dated 7/5/00; Alexander P.
25  Rayment, an individual; Maria A. Rayment, an
    individual; Alexander W. Marchuk, an
26  individual; Doreen W. Marchuk, an individual;
    Tennariello Revocable Trust; Honikman 1993
27  Trust dated 2/19/93; Alice Shepherd, an
    individual; The Alice Shepherd Trust; Alicia
28  McBride, an individual; Marion McBride, an

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  individual; Herd Family Trust dated 4/23/90;
2  Mault Family Trust; Allen K. Forbes, an
   individual; Allen M. Nirenstein & Dorothy H.
   Nirenstein 1992 Revocable Trust dated 3/4/92;
3  Allen Zalkind, an individual; Sandra Zalkind,
   an individual; Alma B. Moore, an individual;
4  Alneil Associates, an entity of unknown origin;
   Alneil Lipp LLC, an entity of unknown origin;
5  Paul G. Chelew Charitable Remainder Unitrust
   III; Alta Funding, Inc., A Florida Corporation;
6  Alterio A.G. Banks Living Trust dated 2/13/96;
   Althea F. Shef Living Trust dated 5/1/03;
7  Alvaro V. Perez, an individual; Heidi L. Perez,
   an individual; Alvin Broido Marital Trust U/A
8  dated 4/224/72; Amberway Equities LLC, an
   entity of unknown origin; Alvin M. Swanson &
9  Grace E. Swanson Family Trust dated 9/14/94;
   Andrew Dauscher, an individual; Ellen
10 Dauscher, an individual; Andrew H. Shahin
   Trust dated 6/6/94; Andrew R. Peterson &
11 Shams Peterson 1991 Living Trust dated
   11/22/91; Andrew R. Kehl UNVUTMA;
12 Angela G. Mosinskis Family Trust dated;
   Angela Jane Deglandon, an individual; Angela
13 S. Snyder, an individual; Ann R. Dery, an
   individual; James D. Dery, an individual; Anna
14 Lacertosa, an individual; Marie Lacertosa, an
   individual; Abrams Living Trust dated
15 10/23/96; Anne F. Di Salvo, an individual;
   Annee Nounna Family Trust; Acres Profit
16 Sharing Plan; Rehberger Family Trust dated
   6/17/92; Rehberger Family Trust dated 6/17/93;
17 Acres Corporation, A Nevada Corporation;
   Anthony J Zerbo, an individual; Anthony P.
18 Wynn, an individual; Sheri J. Wynn, an
   individual; Anthony & Nancy Prescia Family
19 Trust 101321229; The Gambello Trust; Anton
   Trapman, an individual; Alamo Family Trust
20 dated 12/30/86; Aprille J. Pihl, an individual;
   Weible 1981 Trust dated 6/30/81; Area 2 LLC,
21 a Nevada limited liability company; Arlene
   Beadle, an individual; Arlene J. Fine IRA;
22 Arline L. Crank & Edward H. Davies Living
   Trust dated 6/27/03; Alves Family Trust dated
23 10/27/89; Arnold Rosenthal, an individual;
   Arnold Stairman Profit Sharing Plan; Arthur E.
24 Kebble & Thelma M. Kebble Family Trust
   dated 5/19/95; Schnitzer Living Trust dated
25 10/29/91; Arthur Polacheck, an individual;
   Glorianne Polacheck, an individual; Arthur T.
26 Donaldson, an individual; Arthur V. Adams
   Trust dated 9/12/97; Athanasia T. Stein, an
27 individual; The Roe Living Trust dated
   2/14/95; Audrey M. Whightsil Revocable
28 Living Trust; August J. Amaral, Inc., a Nevada

| | |
|---|---|
| 1 | corporation; Aurora Investments Limited Partnership, an entity of unknown origin; |
| 2 | Aylene Geringer, an individual; Mark Zipkin, an individual; B & W Precast Construction, |
| 3 | Inc., A California Corporation; B2PW, an Oregon Partnership; Bay Area Capital, LLC, an |
| 4 | Oregon LLC; Barbara A. Cecil IRA; Barbara J. Kewell Trust dated 7/18/89; Barbara J. |
| 5 | Speckert Revocable Living Trust dated 6/19/05; Barbara L. Gunther, an individual; The Barbara |
| 6 | M. Sanchez 2002 Revocable Living Trust dated 4/4/02; The Barbara M. Sanchez 2002 |
| 7 | Revocable Living Trust dated 4/4/03; The Barbara M. Sanchez 2002 Revocable Living |
| 8 | Trust dated 4/4/04; The Barbara M. Sanchez 2002 Revocable Living Trust dated 4/4/06; The |
| 9 | Barbara M. Sanchez 2002 Revocable Living Trust dated 4/4/05; Barbara Sklar Revocable |
| 10 | Living Trust dated 8/31/01; Barbara Sue Luthi IRA; Barbara Susan Malkoff, an individual; |
| 11 | Barnhart Family Trust dated 10/2/92; Baron Family Trust; Barton R Wilkinson, an |
| 12 | individual; Dianna L Wilkinson, an individual; Basil Honikman, an individual; Linda |
| 13 | Honikman, an individual; Basko Revocable Trust dated 7/21/93; Becht Borggrebe Trust; |
| 14 | The Benz Family Trust dated 7/14/95; Ben Lofgren, an individual; Dana Lofgren, an |
| 15 | individual; Benita M. Rashall, an individual; Benjamin & Aleath Nicosia; Bernard Kloenne |
| 16 | Living Trust dated 10/10/86; Bernard Greenblatt Living Trust UA dated; Bernard L. |
| 17 | Finley, an individual; Jacklyn Finley, an individual; Lehrer Family Trust dated 2/3/04; |
| 18 | Bernard Sindler IRA; B S Living Trust; Dalton Trust dated 1/7/94; Bert E. Amlund Charitable |
| 19 | Remainder Unitrust dated 12/31/01; Leon E. Singer & Suzy Singer Revocable Trust dated |
| 20 | 6/30/99; Bertha Strauss, an individual; Bettencourt Family Living Trust dated 9/9/97; |
| 21 | Betty J. Phenix, an individual; Betty Family Trust; The Beulah J. Johnson Living Trust |
| 22 | dated 5/3/01; Bill Dupin, an individual; Penny Dupin, an individual; Penn Family Trust dated |
| 23 | 1/20/90; Billie R. Cislaghi Trust; Billy D. Denny and Donna R. Denny 2000 Revocable |
| 24 | Trust dated 1/26/00; Billy Shope, Jr. Family LP, a Nevada limited partnership; Bishofberger |
| 25 | Charitable Remainder Trust Uad 11/3/94; Blood Family Trust dated 5/18/99; Bob |
| 26 | O'Connor Self Employed Retirement Account; Bonfiglio & Associates Ltd., an entity of |
| 27 | unknown origin; Bosworth 1988 Family Trust For Eric Ronning; Brad L. Larson, an |
| 28 | individual; Bradbury Retirement Plan & Trust |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

Page 5

1   dated 5/26/99; Bradford A. McMullin, an entity
2   of unknown origin; Brandin Family Trust dated
    December 1980 As Updated; Brant C. Lyall, an
3   individual; Kathy J. Lyall, an individual;
    Brenda Falvai, an individual; Brian L. Riley
4   IRA; Broadwalk Investments Limited
    Partnership; Brooke Ann Hawley, an
5   individual; Stephen Hawley, an individual;
    Brooks Bishofberger, an individual; Brooks H.
6   Robinson, an individual; Dee Dee Robinson, an
    individual; Brouwers Family Trust dated
7   1/11/1995; Bruce D. Bryen, an unmarried man
    transfer on death to Erica Bryen; Bruce D.
8   Wallace, an individual; James B. Avanzino, an
    individual; B.D.W. 1987 Trust dated 9/29/87;
9   Bruce R. Lemar, an individual; Bryce F. Bell,
    an individual; Bunny C. Vreeland, an
10  individual; Burt Family Trust #2; David A Sack
    Irrevocable Trust Dated 3/28/94; Burton M.
11  Sack, an individual; Scott A. Sack Irrevocable
    Trust Dated 3/18/94; Byran J. McWaters, an
12  individual; Lisa J. McWaters, an individual; C.
    Deann Dutt Trust; C. Donald Ayers, an
13  individual; C. K. Khury & Irene K. Bass
    Family Trust; C.K. Khury, an individual; Irene
14  K. Bass, an individual; Cad C. Hagen, an
    individual; Cale Family Trust dated 11/16/88;
15  Jay S. Stein IRA; Susan F. Gackenbach IRA;
    Cal-Mark Beverage Company Defined Benefit
16  c/o Nevada Trust Company; Winkler Family
    Trust LTD 3/13/86; Capstone Asset
17  Management, an entity of unknown origin; The
    Carey B. Sigmen & Lisa K. Sigmen Trust dated
18  3/3/97; Carl M. Warfield, an individual; Laura
    W. Warfield, an individual; Neilan Living Trust
19  dated 01/02/04; Carlos A. Trujillo, an
    individual; Carmen Neidig, an individual; Carol
20  A. Kelly, an individual; Carol A. Squicci
    Revocable Trust dated 5/12/03; Trust A of the
21  1983 Living Trust Agreement dated 8/11/83;
    Carol Edward Associates, an entity of unknown
22  origin; Carol J Pruner Trust dated 11/24/99;
    Carol J. Simcock IRA; Carol Kiland IRA;
23  Carol Mortensen Family Trust dated 9/9/90;
    Carol Sue Dunton, an individual; Ken M. Jaffe
24  & Amy Jaffe-Rosen; Carson Family Trust
    dated 11/19/04; Carter L. Grenz, an individual;
25  Cassandra J. Robbins, an individual;
    Catalanello Trust dated 2/1/99; Catherine D.
26  Oppio Trust dated 2/11/04; Catherine Garland,
    an individual; Catherine Perrone, an individual;
27  Cecil E. Riordan, an individual; Barbara
    Riordan, an individual; Center State Beverage,
28  Inc., a California corporation; Charles Kastler
    III & Margaret L. Kastler Family Trust dated

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

8/17/89; Clair W. Potter Trust; Charles B. Plunkett Revocable Trust; Charles Bombard 1999 Trust dated 12/3/99; Charles Duke Cummins, an individual; April M. Cummins, an individual; Charles E. Borom, an individual; Lanna G. Borom, an individual; Charles Jeremy Ainsworth, an individual; Charles Kastler III, an individual; Margaret L. Kastler, an individual; Charles Kastler III & Margaret L. Kastler Family Trust dated 8/17/89; Charles Lebron Parker, an individual; Charles P. Rashall Living Trust dated 4/14/99; Charles R Maraden, an individual; Valerie Callahan, an individual; Charles & Jean Maraden Family Trust dated 12/16/03; Charles S. Boggs Living Trust dated 8/27/98; Hamm Trust dated 3/17/05; Charles Wilson Nibley IV, an individual; Nancy Ann Nibley, an individual; Chesley R. Davies, an individual; Mary E. Davies, an individual; Chester R. McDowell, an individual; Chris F. Lapacik, an individual; Rosemary D. Lapacik, an individual; Chris Sharp, an individual; Tem Sharp, an individual; Christina L. Hess, an individual; Christina M. Kehl, an individual; Christina Reale, an individual; Christopher J. Fernandes, an individual; Dionisio A. Fernandes, M.D., an individual; Chun Living Trust dated 2/17/98; Church of the Movement of Spiritual Inner Awareness, an entity of unknown origin; Citrus Grove Apartments, LLC, a California company; Clair W. Potter Trust; Clara M. Cadieux, an individual; Clark 1998 Trust; Bartkowski Family Trust Dated 8/25/1994; Classic Land LLC, a Nevada Company; Classic Plumbing, a Nevada Company; Clawiter Associates, LLC, a California Limited Liability Company; Helen Clifton as trustee of the Clifton Family Trust; Clifton H. Spindle, an individual; Verna R. Spindle, an individual; Cole S. Smith, an individual; Colita Kwiatkowski, an individual; Paul Kwiatkowski, an individual; Connie Mihos, an individual; Ivan Loebs, an individual; Connie Westbrook, an individual; Constantyn Chalitsios, an individual; Consuelo B. Alfonso, an individual; Joani A Alfonso-Littrell, an individual; Cornelius Buys, an individual; Helen Buys, an individual; Cornerstone Capital Investments, LLC, a Nevada LLC; Craig L. Rommel, an individual; Ann Made Rommel, an individual; Craig Wisch, an individual; Crosbie B Ronning, an individual; Curtis G. Kastler, an individual; Curtis Hattstrom, an individual; Virginia Hattstrom, an individual; Curtis R. Colagross,

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1    an individual; Terri L. Colagro, an individual;
Cynthia A. Winter, an individual; Cynthia Ann
2    Pardee Trust dated 6/20/03; Cynthia Burdige
Trust U/A dated 4/13/00; Cynthia Burdige, an
3    individual; Daniel Drubin, an individual; C.
DeAnn Dutt Trust; Cynthia Devito, an
4    individual; D & K Partners Inc., an entity of
unknown origin; D. Joseph & Louise M.
5    Doucet 1989 Trust dated 3/30/89; D. Nathan
Meehan, an individual; Dan Nelson, an
6    individual; Teri Nelson, an individual; Daniel
D. Newman Trust dated 11/1/92; Altman
7    Living Trust; Daniel C. Barcia, an individual;
Daniel O. Carlton & Takeko Carlton Revocable
8    Trust dated 4/30/97; Daniel Carlton, an
individual; Daniel Drubin, an individual; Laura
9    Drubin, an individual; Daniel J. Kehl, an
individual; Daniel K. Fix & Barbara J. Fix
10    Family Trust; Daniel L. Everett, an individual;
Sandra M. Everett, an individual; Daniel L.
11    Pereslete Trust; Daniel Living Trust As
Amended dated 1/9/98; Daniel & Virginia
12    Salerno Family Trust dated 8/9/89; Daniel O.
Conner IRA; Daniel T. Drubin, an individual;
13    Laura Drubin, an individual; Daniel Uriarte
Family Trust dated 10/9/90; Danna Trust
14    Agreement of 1990; Darlene Ashdown, an
individual; Vincent N. Greene, an individual;
15    Dar Living Trust dated 2/12/03; Daryl Blanck
& Yvonne Blanck Trust dated 3/23/94; Dave
16    Griffith, an individual; David A Kingman, an
individual; David A. Souza, an individual;
17    Elizabeth M. Souza, an individual; David B and
Renee A Chaffin Family Trust dated 2/27/02;
18    David B. Doutt Sr., an individual; Johnine M.
Doutt, an individual; D.B. Greenberg Trust
19    U/D/T 7/20/98; David Barker, an individual;
Lisa Barker, an individual; David C. Coulson,
20    an individual; Maria V. Ardila-Coulson, an
individual; David C. Coulson IRA; David C.
21    Jesse, an individual; David F. Eldridge, an
individual; Elfriede R. Fujitani, an individual;
22    David Fossati, an individual; Kelley Family
Trust UAD 10/10/91; David G. Livingston, an
23    individual; Erlinda M. Livingston, an
individual; Sterling Living Trust; David J.
24    Albiol, an individual; David J. Conklin, an
individual; David J. Tammadge, an individual;
25    Kravitz Family Revocable Trust; Griffith
Family Trust dated 4/30/92; David M. & Ann
26    D. Eastman Family Living Trust; David M.
Blood, an individual; David M. Eby, an
27    individual; Patricia D. Eby, an individual;
David M. Olds, an individual; Sally W. Olds,
28    an individual; David M. Thatcher, an

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

individual; Newman Trust dated 1/26/94; David
Rubio, an individual; Patricia L. Rubio, an
individual; David Rosner Revocable Trust
dated 01/05/2005; David Sailon, an individual;
Joan Sailon, an individual; David W. Sexton,
an individual; Pamela K. Sexton, an individual;
Davis Investments A Nevada Partnership;
Weible 1981 Trust dated 6/30/81; Debolt
Living Trust dated 7/30/01; Deborah A. Daniel,
an individual; Debra A. Sierra, an individual;
Debra Ann Winemiller, an individual;
Dehart/Hooks, LP, A Nevada Limited
Partnership; Johnston Estate; Watkins Family
Trust dated 7/24/92; Delwin C. Holt, an
individual; Denise A. Murphy, an individual;
Denise F. Fager Revocable Trust under
agreement dated 2/28/03; Dennis A Devito, an
individual; Dennis Dalton, an individual;
Barbara Dalton, an individual; Dennis G.
Campton, MD PSP dated 3/16/72; Dennis J.
Dalton IRA; Dennis M. Keegan, an individual;
Gwen M. Keegan, an individual; Dennis Raggi,
an individual; Dennis Sipiorski, an individual;
Donna Sipiorski, an individual; Dennis W.
Boegel, an individual; Cynthia Reed, an
individual; Desert Commercial Sweeping Inc.,
an entity of unknown origin; Diane H. Higgins,
an individual; Diane L. Bennett, an individual;
Diane Massry Aka Denise D. Azrak-Massry, an
individual; Dianna Wilkinson IRA; Dina Ladd,
an individual; Dionisio A. Fernandes, Md, an
individual; Fiola Fernandes, an individual;
Dominique Naylon, an individual; Dennis E.
Hein, an individual; Carrier Family Trust dated
8/9/91; Don & Helen Hellings Family Trust
(dated 2/27/86); Don Marshall, an individual;
Donald A Hermann, an individual; Nancy E
Hermann; Donald A. Gandolfo, an individual;
Margaret D. Gandolfo, an individual; Donald E.
Redmon & Jaylyle Redmon Family Trust dated
10/31/95; Virts Revocable Living Trust;
Donald Besemer, an individual; Dunbar
Revocable Living Trust dated 11/21/1998;
Burger 1981 Trust; Briney Family Exemption
Trust (dated 11/5/82); Donald E. Redmon IRA;
Virts Revocable Living Trust; The Frey Family
Trust; Donald H. Kwiatkowski, an individual;
Sandra L. Kwiatkowski, an individual; Donald
H. Pinsker, an individual; Sherryl Pinsker, an
individual; Donald L. Hess, an individual; Kay
J. Hart, an individual; Donald M. & Janice I.
Berman 1996 Revocable Trust; Donald Swazey
& Beverly W. Swezey Trust dated 2/20101;
Flood Family Trust dated 12/24/85; Donald W.
Brehm, an individual; Donald W. Spring, an

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

individual; Evelyn Mae Spring, an individual;
Donna Dunn Living Trust dated 4/4/00; Donna
J. Brooks, an individual; Donna M. Cangelosi
Family Trust; The Doris E. Winter Trust;
Dorothea K. Kraft, an individual; Douglas
Gregg Schulze, an individual; Doreen L.
Schulz, an individual; Douglas Littrell, an
individual; Joan Littrell, an individual; Minter
Family 1994 Trust; Douglas & Nancy
O'Herron Trust; Douglas Tichenor, an
individual; Susan Tichenor, an individual; Dr.
Allan R. Hemdobler, an individual; Sue
Hemdobler, an individual; Dr. Carole Talan, an
individual; Dr. Damon Paul Walton, an
individual; Rebecca Jean Walton, an individual;
Dr. Damon Paul Walton IRA; Dr. Dana D.
Keith DDS, an individual; Dr. David R. Enrico,
an individual; Dr. Bonny K. Enrico, an
individual; Dr. Henry C. Ayoub; Dr. Joselito
Tan Burgos Jr., an individual; Dr. Louis Rotola,
an individual; Bridget Rotola, an individual;
Stanley Alexander Trust; Dr. Stanley
Alexander, an individual; Florence Alexander,
an individual; Draper Family LLP, A Colorado
Partnership; Duane Steward, an individual;
Diane J. Steward, an individual; Nevada
Freedom Corp. PSP dated 10/1/90 AMD
9/1/95; Dunbar Revocable Living Trust dated
11/21/98; Frederick W. Kewell IRA; Dwayne
H. Deutscher, an individual; Michelle T.
Deutscher, an individual; Yoder Family Trust
dated 10/25/00; Harouff Charitable Remainder
Trust 9/5/96; Dwight W. Harouff, an
individual; Mary Ann Harouff, an individual;
Harouff Charitable Remainder Trust 9/5/96;
Marston Family Trust dated 8/13/93; Earl
Hauserman, an individual; Bette Hauserman, an
individual; Earl Howsley, Jr., an individual; Ed
S. Pedman, an individual; Eddie Mayo, an
individual; Jocelyne Helzer, an individual;
Eddie Mayo, an individual; Jocelyne Helzer, an
individual; Edmund G. Gaylord, an individual;
Betty Boese, an individual; Edna P. Wilson, an
individual; Sloan D. Wilson, an individual;
Edward Panyrek, an individual; Joan Panyrek,
an individual; Edward Burgess IRA; Edward E.
Eyre, Jr. 1998 Trust dated 12/31/98; Edward &
Joan Panyrek Trust dated August 11 2005;
Scheidegger Family Trust dated 12/26/01; The
Schoonover Family Trust dated 2/23/04;
Edward O. High, an individual; DeBolt Living
Trust dated 7/30/01; Edwin C. Hansen, an
individual; Rachel M. Hansen, an individual;
Edwin Lowell Hausler, Jr. Living Trust dated
1/3/97; Edwin & Dianne; Edwin Lowell

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1   Hausler Jr. Living Trust dated 1/3/92; Edwin
Lowell Hausler Jr. Living Trust dated 1/3/93;

2   Edwin Lowell Hausler Jr. Living Trust dated
1/3/94; Elan Reddehl Revocable Living Trust

3   dated 8/4/03; Eleanor A. Couch, an individual;
Eleanor Ada Couch Trust dated 12/29/2005;

4   Eleanor L Rogers 1991 Revocable Living Trust
dated 7/31/91; Eleanor Varelli, an individual;

5   Elizabeth P. Dokken Trust dated 1/27/93;
Elizabeth Stryks Shaw, an individual; Ella M.

6   Lehrer, an individual; Ellen D. Dauscher In
Trust For Carleigh Joy Alexandra Zoe & Julian

7   Grace; Ellen V. Dustman, an individual; Oliver
Henry, an individual; Ellyson J. Galloway, an

8   individual; Elmer Eugene Gilbert Jr., an
individual; Emery Living Trust dated 6/04/91;

9   Emily P. Lee, an individual; Emmeline
Punsalan, an individual; Fred G. Neufeld IRA;

10  Eric B. Freedus, an individual; Linda P.
Freedus, an individual; Eric C. Disbrow MD

11  Inc. Profit Sharing Plan; Eric S. Perlman, an
individual; Eric T. Erickson, an individual;

12  Dolores Y. Erickson, an individual; Erika G.
Lynn, an individual; Erika Muchenberger

13  Revocable Trust dated 11/21/03; Ernest J.
Moore, an individual; Ernest W. Libman IRA;

14  Eugene Auffert, an individual; Maria Teresa
Auffert, an individual; Eugene B. Machock &

15  Dianne D. Machocie Family Trust dated 3/3/04;
Eugene C. Wiche Trust dated 10/31/85; Eunice

16  O. Chapman, an individual; Evan J Madow,
D.C. Trust; The Chris H. Sheein (deceased) &

17  Evelyn Asher Sheerin 1984 Trust dated
5/31/84; Evelyn Fisher, an individual; Everett

18  H. Johnston Family Trust dated 1/24/90; Evo E.
Zepponi & Billie D. Zepponi Family Trust

19  under agreement dated 2/9/93; Falkenborg
Family LLC a California limited liability

20  company; Fernando Cuza, an individual; Kristi
Cuza, an individual; Finkel Family Trust dated

21  7/26/05; Clarence J. Greenwald IRA; Irwin
Levine IRA; Alan Groh IRA; Albert

22  Blumenthal IRA; Anton Trapman IRA; Anton
Trapman Roth IRA; Boris Lokshin IRA; Cesari

23  Piazza IRA; Charles Kastler III IRA; Craig
Zager Sep IRA; Curtis Hattsrom IRA; David

24  Foxcroft IRA; Dianna Wilkinson IRA; Donald
C. Dunbar IRA; Donald E. Rerimon IRA; Earl

25  Hauserman IRA; Edward C. Fraser IRA;
Edwin E. Arnold IRA; Eva M. Gehle Roth

26  IRA; Gary DeMaine IRA; Gary McMahon Sep
IRA; George A. Di Gioia IRA; George J. Motto

27  IRA; George R. Haney IRA; Gregory Yonai
IRA; Henri L. Louvigny IRA; Jack D. LaFlesch

28  IRA; Jack Mennis IRA; Jacqueline Thurmond

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada, 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

IRA; James F. Eves IRA; James M. McConnell IRA; James N. Deglandon IRA; James Paul Goode IRA; Janice A. Lucas IRA; Jay P. Hingst IRA; Jocelyne Helzer IRA; John A. M. Handal IRA; John W. Brouwers, M.D. Sep IRA; Jorg U. Lenk IRA; Joseph P. Davis IRA; Judith G. Pech IRA; Kenneth A. Wener IRA; Kenneth Addes IRA; Kenneth H. Wyatt IRA; Kristie A. Kayser IRA; Louise Teeter IRA Rollover; Lamberto Eugenio IRA; Larry L. Rieger IRA; Leo W. Lloyd IRA; Lindsey H. Kesler Jr. IRA; Lloyd Frey IRA; Louise Teeter IRA Rollover; Lynn Fettedy IRA; Manuel Rice IRA; Marion C. Sharp IRA; Marvin Nicola IRA; Mary H. Earp IRA; Mary Jellison IRA; Matthew Molitch IRA; Michael J. McLaws IRA; Michael S. Braida IRA; Michael S. Simcook IRA; Nancy C. Serino IRA; Nancy C. Serino IRA; Nancy R. Gilmour IRA; Nelson L. Cohen IRA; Noel E. Rees IRA; Patsy R. Rieger IRA; Paula S. Bender IRA; Peggy Ann Valley IRA; Peter C. Cranston IRA; Phyllis P. Wyatt IRA; Randy Sanchez IRA; Rena Dehart IRA; Richard L. Cadieux IRA; Richard L. Younge IRA; Richard W. Gilmour IRA; Robert D. Earp IRA; Robert G. Fuller IRA; Robert L. Pech IRA; Rosalie A Morgan IRA; Rudolf Winkler IRA; Stephen V.Kowalski IRA; Sylvia Hooks IRA; Thomas Rehn IRA; Thomas T. Riedman IRA; Timothy J. Porter IRA; Tina M. Wener IRA; Todd C Maurer IRA; Mary Coleman IRA; Kip B. Virts IRA; Gary D. Ward IRA; Janice Mills, IRA; Harold E Pals IRA; Adene J. Fine IRA; Betty R. Pardo IRA; Brenda J. High IRA; Leah K. Dobyne IRA; Marina Mehlman IRA; Moms Mansell IRA; Robert Speckert IRA; Suzanne Brehmer IRA; Robert Specked IRA; Curtis Clark IRA; Hamilton High IRA; Harold E. Pals IRA; Moms Mansell IRA; Lewis Fine IRA; Thomas C. Gray IRA; Heidi Machock IRA; Fisko Ventures, LLC., an entity of unknown origin; Louise Teeter IRA Rollover; Paul Bloch IRA; Floyd H. Lander Living Trust U-A 4/23/99; Floyd M. Spindle, an individual; Ford S Dunton, an individual; FR Inc, Dba Bombard Electric, an entity of unknown origin; Fraley Limited Partnership, a Nevada limited partnership; Phillips Family Trust dated 10/24/89; Francesco Soro Retirement Plan dated 1/1/99; Francesco Soro, an individual; Francis Donald Riggs Jr, an individual; Jaime Kefalas Trust; Jason A Kefalas Trust; Frank Davenport, an individual; Belmonte Family Trust; Frank Reale, an individual; Frank S. Wasko Revocable Trust dated 5/21/02;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1   Charlotte Snopko Marital Trust dated 8/31/04;
    Snopko 1981 Trust dated 10/27/81; Frank
2   Valentino, an individual; Stella Valentino, an
    individual; Frank Wasko, an individual; Ott
3   Family Revocable Trust; Franz J. Zimmer
    Revocable Trust dated 02/05/97; Fraser
4   Atwater Properties, LLC, an entity of unknown
    origin; Fred G Altenburg, an individual;
5   Foxcroft Living Trust dated; Freda Newman
    Trust dated 7/26/84; Frederick D. Garth, an
6   individual; Blair F. Garth, an individual;
    Frederick J. Davis, an individual; Windisch
7   1998 Living Trust; Frederick Paul Windisch, an
    individual; Freeda Cohen Trust dated 7/11/04;
8   Freedom Properties, Inc., an entity of unknown
    origin; G & L Nelson Limited Partnership, an
9   entity of unknown origin; G. Robert Knoles, an
    individual; Christina G. Knoles, an individual;
10  Gail A. Freitas Revocable Trust dated 6/20/03;
    Robert W. & Gail A. Gray Revocable Trust;
11  Gail Klevay, an individual; Gail M. Hock, an
    individual; Gail Hodes Living Trust dated
12  9/10/03; Gale Gladstone Katz Revocable
    Living Trust dated 12/10/03; Craner Family
13  Trust Under Agreement dated 2/23/99; The
    Gareth A. R. Craner Trust Dtd 6/01/02; Gary A.
14  Thibault, an individual; Sandra C. Thibault, an
    individual; Gary Deppe, an individual; Gary E.
15  Topp, an individual; Gary E. Tucker, an
    individual; Linda L. Tucker, an individual;
16  Gary L. Bonnema, an individual; Gary Larson,
    an individual; Dolores Larson, an individual;
17  Gary Moberly IRA; Gary R. Barton, an
    individual; Mavis J. Barton, an individual;
18  Gayle Harkins, an individual; GDSS Investors
    LLC, a Colorado limited liability company;
19  Gene Montoya, an individual; Angela J.
    Howard, an individual; Geoffrey Mott, an
20  individual; Maryann Mott, an individual;
    George Gage Trust dated; George Michael
21  Averett, an individual; Claim H. Averett, an
    individual; Virginia & George Minar Living
22  Trust; George S. Cohan & Natalie N. Cohan
    Family Trust dated 4/1/03; George W. Hall &
23  Susan P. Hall Revocable Family Trust;
    Hubbard Trust dated; George W. Hubbard Roth
24  IRA; George W. Urda, an individual; Georges
    1987 Trust dated 12/23/87; Merz Family Living
25  Trust dated; Gerald E. Colligan, an individual;
    Gerald L. Bittner Sr. DDS, an individual; Susan
26  I. Bittner, DDS, an individual; Gerald L.
    Bittner, Jr. DDS Profit Sharing Plan; Gerald
27  Marts, an individual; Linda R. Marts, an
    individual; Gerry Topp, an individual; Sperry
28  Family Trust UDO 4/15/97; Gilbert Manuel

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Living Trust dated 1/3/92; Gladys Mathers, an individual; Joann Nunes, an individual; Glen J. Brecht Trust dated 1/24/86; Glenda Lambert Sibley IRA; Davis Revocable Living Trust UA 7/06/88; Glenn & Carrie Donahue Living Trust dated 4/30/94; Glenn W. Gaboury, an individual; Sharon M. Gaboury, an individual; Graf Family Trust dated 2/7/77; Gloria M Swett, an individual; Deborah H. Nogaim, an individual; Gloria W. Handelman, an individual; Jim Handelman, an individual; Handelman Charitable Remainder Unitrust; Gloria Weiner Adams Revocable Trust dated 6-8-2005; Gold Plated L.L.C., an entity of unknown origin; Gold Runner, L.LC, a Nevada limited liability company; Gonska Foundation, LLC, a Nevada limited liability company; The Gordon Rap and Nancy S. Phillips Living Trust dated January 17, 1994; The Lyna Young Goodson LP; Grable B. Ronning, an individual; Graydon L. Fladager, an individual; Cynthia A. Flada, an individual; Greene Family Trust dated 4/25/90; Greenwald Living Trust dated 5/8/90; Greg Milano, an individual; Jane Milano, an individual; Kloenne Living Trust dated 3/11/87; Gregory C. Burkett, an individual; Kathy Burkett, an individual; Gregory D. Yonai Family Trust; Gregory E. Weir, an individual; Gregory R. Thompson, an individual; Gregory Scott Daniel, an individual; The Sak Family Trust dated 12-17-04; Gregory W. Stimpson, an individual; Carrie M. Stimpson, an individual; Guido Mandarino, an individual; Maria Rocco, an individual; Volpei Trust dated 2/2/96; Guy Archer, an individual; Whitman Trust dated 12/1/04; H. Lee Shapiro, an individual; Hamiton High IRA; Hannah Brehmer, an individual; Billy Gates, an individual; Hans J. Leer, an individual; Carolyn F. Leer, an individual; Hans J, Prakelt, an individual; Harkley E. Boak, an individual; Carrie Boak, an individual; Harold Corcoran, an individual; Joyce Corcoran, an individual; Harold Epstein Revocable Living Trust dated 2/14/91; Harold G. Hartwell, an individual; Moody Family Trust; Harold Willard and Beverly Willard 1980 Trust dated 12118/80; Harry G. Fritz & Beverly C. Fritz Family; Hart Family Trust dated 8/30/99; Harvey A. Komhaber, an individual; Harvey Alderson, an individual; Harvey Andrew Rineer III Trust UTA; McShaffrey Living Trust dated 3/27/81; Hawley Family Trust dated 8/15/96; Heather Winchester, an individual; William Winchester, an individual; Heidi Machock IRA; Helena A.

1  Bova, an individual; Helmut R. Dobeck, an
individual; Eloise A. Dobeck, an individual;
2  The Henry L. Louvigny & Marcella A.
Louvigny Family Trust dated 10/18/84; Henri
3  L. Louvigny IRA; Henry E. Pattison, an
individual; Ruth V. Pattison, an individual;
4  Henry & Mengla Obermuller Trust dated
9/14/90; Herbert Lum Trust dated 11/27/96;
5  Herbert Slovis, an individual; Julie B. Slovis,
an individual; Herbert Sonnenklar, an
6  individual; Norma R. Sonnenklar, an
individual; Herndon Family Trust dated
7  05/29/1997; Herpst Family Trust dated 8/16/90;
Huffman Family Trust dated 5/28/98; Hillari
8  Tischler payable on death to Howard Tischler;
Hine Family Trust; Hoffman Family
9  Investments LP, an entity of unknown origin;
Saulsberry Revocable Inter-Vivos Trust dated
10  9/9/82; Holly J. Pickerel, an individual;
Horizon Investment Management LLC, an
11  entity of unknown origin; Sayler Family Trust
dated; Howard Connell, an individual; Lorene
12  Connell, an individual; Brooks Living Trust
dated; Howard Kolodny Trust dated 3/22/99;
13  Craig Living Trust dated 08/10/00; Kyle
Nehdar UGMA; Hulse Family Trust; I. Zerbo,
14  an individual; Finlayson 1991 Family Trust;
Ingrid A. Rutherford Family Trust dated 7/8/99;
15  Ira Jay Shapiro, an individual; Blanche Shapiro,
an individual; Irene R. O'Hare Trust dated
16  7/28/88; Irene Trapman, an individual; Anton
Trapman, an individual; Iris G. Corley Trust
17  dated 9/19/84; Ivan Loebs, an individual; The J
V Marrone Revocable Trust dated 12/12/95;
18  Kirk Family Trust dated 8/24/99; J. Kord
Kelley, an individual; Grant M. & J. Laurel
19  Bushman Family Trust; Jack Goldenthal, an
individual; Sylvia Goldenthal, an individual;
20  Jack J. Beaulieu Revocable Living Trust dated
9/1/94; Jack L. Dysart, an individual; Jack R.
21  Clark, an individual; Linda C Reid, an
individual; Jack R. Mennis, an individual;
22  Susan A. Mennis, an individual; Jack Snow, an
individual; Heidi Snow, an individual; Jackie
23  Vohs, an individual; Jacqueline Barbara
Valiente; James & Maureen Feeney Family
24  Trust dated 12/17/92; James & Shirley Klega
Trust dated 06/22/95; Linthicum Revocable
25  Trust dated 1/14/80; James B. Avanzino, an
individual; James C. Presswood IRA; James
26  Clelen, an individual; Climo Family Trust dated
2/6/92; James D. Dery, an individual; Ann R.
27  Dery, an individual; James E. Ahern, an
individual; Heaton Family Trust; Ton 1998
28  Revocable Trust; James H. Lidster Family

Page 15

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

1  Trust dated 1/20/92; Duffy 1986 Trust dated
2  6/18/86; Liem Family Trust; McConnell Family
   Trust dated 12/3/81; James Paul Goode, an
3  individual; James Ronald Loftfield & Catherine
   Pauline Loftfield Trustees of the Loftfield;
4  James Supple, an individual; JWB Trust
   Agreement dated 8/1/97; James W. Hale, Sr.,
5  an individual; James W. Lehr, an individual;
   Julie Anne Lehr, an individual; James W.
6  Magner, an individual; Joseph P. Magner, an
   individual; James W. Shaw IRA; James
7  William Rogers, an individual; James H.
   Lidster Family Trust dated 1/20/92; Jan Mills,
8  an individual; Jane Falke Living Trust dated
   10/16/01; The Janet L Leedham Revocable
9  Trust dated 12/21/98; Janice A. Lucas IRA;
   Janice J. Hergert Revocable Living Trust dated
10 9/15/00; Jacqueline Thurmond, a married
   woman dealing with her sole & separate
11 property with Traci Landig as Beneficiary;
   Jason D. Fernandes, an individual; Fiola
12 Fernandes, an individual; Jay E. Henman
   Retirement Plan; Jayem Family L.P a Nevada
13 limited partnership; Berthelot Living Trust
   dated 4/9/03; Barber Family Trust; Jeffrey
14 Lipshitz IRA; Peele Spousal Trust dated
   2/10/87; Jenifer Jacobs, an individual; Robert
15 Furton, an individual; Peale Spousal Trust
   dated 2/10/87; Peele Bypass Trust dated
16 2/10/87; Jennifer A. Wade, an individual;
   Jennifer J Harmon, an individual; Cheryl Hoff,
17 an individual; Jerome L. Block, an individual;
   Charma N. Block, an individual; Jerome L.
18 Harvey Jr., an individual; Marisa Deville
   Harvey, an individual; Jerrold Weinstein Self
19 Declaration Trust; Kirk Revocable Trust dated
   2/10/84; Jerry L. Blackman, Sr. & Carolyn N.
20 Blackman Living Trust dated 11/26/01; Dakota
   Trust dated 6/16/96; Jerry Pietryk, an
21 individual; Leeann Pietryk, an individual; Jerry
   Woldorsky, an individual; Gledhill Revocable
22 Family Trust; Joan B. Gassiot 1987 Trust dated
   8/7/87; Joan M. Crittenden, an individual;
23 Joann B Nunes, an individual; Gladys Mathers,
   an individual; McQuerry Family Partnership;
24 Joanne A. Halvorson, an individual; Jocelyne
   Helzer IRA; Jocelyne Helzer, an individual;
25 Ippolito Family Trust; John A. M. Handal, an
   individual; John A. McAfee, an individual;
26 Jennifer A McAfee, an individual; John
   Borkoski, an individual; Kathleen Borkoski, an
27 individual; John D. Eichhom, an individual; Jill
   A. Eichhom, an individual; John D. Hathcock,
28 an individual; Susan K. Hathcock, an
   individual; John E O'Riordan, an individual;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Page 16

1   Sonhild A O'Riordan, an individual; John E.
    Barnes, an individual; Ginger M. Barnes, an
2   individual; John E. McKennon, an individual;
    Sharon M. McKennon, an individual; John F.
3   Okita, an individual; Michiko M. Yamamoto,
    an individual; John G. Theriault, an individual;
4   Pamala J. Theriault, an individual; John H.
    Duberg, an individual; John J. Maguire &
5   Diane M. Maguire Living Trust dated 8/4/00;
    John Krebbs, an individual; John L. Wade Trust
6   dated 5/8/01; John Lloyd IRA; John M.
    Luongo, an individual; Gloria Luongo, an
7   individual; John M. Marston, an individual;
    Linda S. Marston, an individual; Tripp Family
8   Trust 1997; John Master, an individual; John
    Nix, an individual; Lisa Nix, an individual;
9   John P. Aquino, an individual; Lisa Aquino, an
    individual; John P. Clendening, an individual;
10  Doreen    S.    Clendening,    an    individual;
    Clendening Family Trust dated 10/08/2004;
11  John P. Everett, an individual; John R.
    Cangelosi,    an    individual;    Margaret    M.
12  Cangelosi, an individual; Frederickson Trust
    dated 10/02/03; John Roach, an individual;
13  Mary Ann Roach, an individual; Mallin Family
    Trust dated 7/12/99; John S. Borkoski TTEE
14  for Payette Lakes Consulting LLC 401k FBO
    John Borkoski dated 1-1-04; Sumpolec 1989
15  Trust dated 4/13/89; John T. Chirgwin, an
    individual; John V. Fragola, an individual; John
16  & Kathleen Keith Living; John Weaver, an
    individual; Colleen Weaver, an individual;
17  Johnston Trust dated 9/7/85 c/o Rodney L.
    Johnston & Diane E. John; Johm A. M. Handal,
18  an individual; Jon J.Lee, an individual; Tracy
    Lee, an individual; Jon Paul Jensen, an
19  individual; Tamara Lee Jensen, an individual;
    Jonathan D. Katz, an individual; Jonathan M.
20  Eller, an individual; Carol A. Eller, an
    individual; Jonathan M. Eller Inc. a California
21  corporation; Jorg U. Lenk, an individual; Jose
    M Lanzas, an individual; Gladys Lanzas, an
22  individual; Farrah Family Trust dated 09/18/03;
    Joseph B. Lafayette, an individual; Catherine
23  D. Lafayette, an individual; Joseph C. Bellan &
    Verna J. Bellan Revocable Living Trust, dated
24  3/4/00 c/o; Joseph C. Mineo, Mary Lynn
    Denton with Power of Attorney; Davis Family
25  Trust; Joseph F. McMullin, an individual; Pearl
    A. McMullin, an individual; Joseph G
26  Zappulla, an individual; Carol A. Zappulla, an
    individual; Joseph J. Benoualid, an individual;
27  Helen L. Benoualid, an individual; Joseph J.
    Melz, an individual; Linda M. Melz, an
28  individual; Joseph N. Rizzuto Family Trust

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

P.43                                          AUG-30-2009 05:32 AM

dated 4/24/89; Walls Family Trust dated 12/10/97; Sterling Family Trust dated; Casebolt Revocable Trust dated 2/30/94; Josette Bomilla, an individual; Rogie Madlambayan, an individual; Josifko Family Living Trust U/T/D 9/21/9; Joy Investment Inc., a Nevada Corporation; Joyce Bombard 2000 Trust dated 11/11/00; Joyce E. Smith Trust dated 11/3/99; Judith A. Robinson Revocable Living Trust dated 4/2/01; Judith Ann Heinbaugh Living Trust dated 4/25/96; Judith Candelario, an individual; Judith G. Pech IRA; Judy A. Bonnet, an individual; Judy A. Van Winkle 1994 Trust dated 3/25/94; Judy Heyboer, an individual; Julia Farrah Revocable Living Trust Dated 10/8/92; June Gibson, an individual; Lewis/Rafferty Family; States Living Trust dated; The JV Marrone Revocable Trust dated 12/12/95; JWB Investments Inc. Pension Plan; Kami Banos, an individual; Willie Banos, an individual; Kami D. Wright, an individual; David M. Wright, an individual; Kaneda Living Trust dated 5/30/02; Karen G. Blachly, an individual; Karen K. Wener, an individual; Kenneth A. Wener, an individual; Karen R. Allison, an individual; Karen R. Danner, an individual; Karen S. Moberly IRA; Katherine S. Pedman, an individual; Boyce 1989 Trust dated 6/12/89; Austin John Borkoski Trust dated 12/10/92; Kali Gene Borkoski Trust dated 12/21/89; Tina Eden, an individual; Kay J. Hart, an individual; Kay M. Cantrell, an individual; Kaye Hutchison, an individual; Kehl Development An Iowa Corp.; Keith Lopeman, an individual; La Creta Lopeman, an individual; Keith W. Vescial, an individual; Karen A. Roth, an individual; Kelley Family Trust Uad 10/10/91; Kelley M. Hains, an individual; Jamie K. Hains, an individual; Kelli A. Garvey transfer on death to Stephen L. Hawley; Kelly F. Neal, an individual; Kem Yee, an individual; Emmelene Yee, an individual; Addes Trust; Kenneth B. Schulz, an individual; Mary Kay Bryan-Schulz, an individual; Kenneth D. Sawyer, an individual; The Kenneth H & Phyllis P Wyatt Family Trust; Kenneth Jerry Goulding, an individual; Florie Goulding, an individual; Kefalas Trust dated 7/3/97; Kenneth W. Koenvitz & Jan Case Koerwitz Family Trust dated 5/13/03; Kes G. Andersen, an individual; Ruth Andersen, an individual; Kevin A. McKee, an individual; Pamela J. McKee, an individual; Kevin J. Haselharst, an individual; Kevin Kehl, an individual; Kevin Ness, an individual; Karen

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Page 18

1   Ness, an individual; Kevin Taylor IRA; Kevon
2   Cottrell, an individual; Karen Cottrell, an
    individual; Kimberly Taylor, an individual; Kip
3   E. Virts, an individual; Melissa A. Virts, an
    individual; Kirsten Wagner, an individual;
4   Klaus Kopf, an individual; Colette Kopf, an
    individual; Kloenne Living Trust dated 3/11/87;
5   Kloepfer Trust dated 11/27/00; KM Financials
    LLC, a Utah corporation; KM Group a Nevada
6   General Partnership; Kris J. Hamper, an
    individual; Kristin A. Olivas, an individual;
7   KTaylorGO Investments, LTD, a Texas
    Company; Kwiatkowski Revocable Trust-dated
8   12/17; L. Dean Gibson Revocable Trust of
    2003; Labossiere Family Trust dated
9   3/20/1987; Laguna Paloma Inc. A Texas
    Corporation; Hodgson Living Trust dated;
10  Kuiper Trust; Larry L. Ringer & Patsy R.
    Ringer Revocable Trust dated 8/14/91;
11  Newman Family Trust dated 9/30/97; Larry
    Apigian, an individual; Leona Apigian, an
12  individual; Lehmann Family Trust dated
    4/19/96; Larry D. Hale, an individual; Veronica
13  S. Hale, an individual; Colborn Revocable
    Living Trust dated 8/6/90; Larry E. Hanan
14  Revocable Trust dated 5/20/02; Fernandez
    Family Trust dated 6/20/84; Newman Family
15  Trust dated 9/30/97; Larry L Ringer & Patsy R.
    Ringer Revocable Trust dated 8/14/91; Larry
16  W. Johnson, an individual; Lyn Owen, an
    individual; Lauren Reale, an individual;
17  Lawrence H. Tengan & Lorraine K. Tengan
    Revocable Trust; Kirkham & Sanginill Trust
18  dated 2/29/96; Lawrence G. Doull Living Trust
    dated 12/12/95; Patricia Bryant, an individual;
19  Lee Rotchy Trust dated 12/5/00; Leiby Family
    1992 Trust dated 7/8/92; Johansen Family
20  Trust; Leigh B. Pandaleon IRA; Swanson
    Family Trust dated 9/14/94; Alvin M Swanson
21  & Grace E. Swanson Living Trust dated
    7/26/01; Leland T. Pearce, an individual;
22  Isabelle J. Pearce, an individual; Leo L.
    Haynes, an individual; Glenda G. Haynes, an
23  individual; Leon E. Singer & Suzy Singer;
    Leona Lubliner Living Trust U/A dated
24  7/16/96; Chapman Trust #1015932; The
    Leonard Adams Revocable Trust Under Trust
25  Agreement dated July 11 1983; Leonard C.
    Adams, an individual; Lesleigh J. Tolin, an
26  individual; Richard Chambers, an individual;
    Lesley Stricker, an individual; Leslie Irwin, an
27  individual; Leslie P. Siggs, an individual;
    Leslie S. Lanes, an individual; Leslie Shane
28  Daniel, an individual; Denise M Daniel, an
    individual; Lewis Fine, an individual; Arlene J.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Fine, an individual; Lewis H Fine IRA; Lexey
S. Parker, an individual; Lidia Bazzoli, an
individual; Daniela Bazzoli-Ferrari, an
individual; Lily Markham, an individual; Irene
Anne Markham-Tafoya, an individual; Gene &
Linda Leblanc Family Trust dated 8/20/99;
Linda M. Walker, an individual; Linda
Meraldo Living Trust dated 8/6/02; Doerr
family trust dated 9/12/02; Lindsey H. Kesler
Family Revocable Trust; Lisa M Hollifield, an
individual; Lisa Sooy, an individual; The Van
Sickle Family Trust dated 5/20/99; Lokshin
Family Trust dated 6/3/96; Loretta A. Lamont,
an individual; Lori A. Procter, an individual;
Lori Dietzman, an individual; William
Dietzman, an individual; Loughlin Family
Trust; Louis C. Swilley, an individual; Louis E
Massry, an individual; Louis H. & Shirley M.
Turner Family Trust dated 9/9/97; Louis H.
Shahin Trust dated 6/9/94; Louis H. & Shirley
M. Turner Family Trust dated 9/9/97; Louise
Alport Kolberg Revocable Trust; Louise G.
Sherk, M.D., a Medical Corporation, Employee
Benefit Plan Trust; Louise Teeter IRA
Rollover; Lowe Family Trust; Lowell V.
Andrews, an individual; Lora & Loyal
Crownover Family Trust; LRD Lending, A
California Corp.; Lui A. Avanzino, an
individual; Audrey L. Avanzino, an individual;
Luther E. Tate, an individual; David Bailey, an
individual; Fettedy Family Trust dated 6/30/89;
Lynn Wilkelis, an individual; Jewell Nowak, an
individual; Dr. Jana Molvaney, an individual;
Lynnette S. Thurman, an individual; John H.
Thurman, an individual; M & M Imports
Retirement Plan Trust; M. Anne Riccio, an
individual; Macdonald Center For The Arts &
Humanities, an entity of unknown origin;
Madene C. Wade, an individual; Mae Mineo
Trust dated 3/23/00; Mahendra C. Mody, an
individual; Malcolm Telloian Jr., an individual;
Joan B. Telloian, an individual; Marc A.
Goddard, an individual; Damara R. Stone-
Goddard, an individual; Marc M. Inpan, an
individual; Marcia C. Albiol, an individual;
Henry Albiol, an individual; Marcia J. Knox
Living Trust dated 8/16/04; Marcia Sweany-
Volpe, an individual; Margaret M. Cangelosi,
an individual; Margaret M. Cangelosi Family
Trust; Marge Karney, an individual; Marguerite
Falkenborg 2000 Trust dated 6/20/00; Maria I.
Mathieu, an individual; Marietta Voglis, an
individual; Marilyn Hilborn Trust dated
11/18/93; Marilyn Johnson Living Trust dated
10/5/99; Marilyn Molitch, an individual;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Page 20

| | |
|---|---|
| 1 | Matthew Molitch, an individual; Marina Mehlman IRA; Marion B. Dittman, an |
| 2 | individual; Marion C. Sharp Trust; Marion L. Sample, an individual; Vernon Olson, an |
| 3 | individual; Marisa Deville Harvey, an individual; Marjorie Y. Berlin, an individual; |
| 4 | Mark A. Dolginoff Separate Property Trust dated 11/21/97 amended/restated on 5/10/00; |
| 5 | Mark A. Sauceda, an individual; Mark Bredesen & Katharine Bredesen Trust; Mark L. |
| 6 | Eames, an individual; Sandra K. Eames, an individual; Mark Tysseling, an individual; |
| 7 | Sharon Vey-Tysseling, an individual; Marlene C. Wade, an individual; Marlin L. Wonders, an |
| 8 | individual; R. Yvonne Wonders, an individual; Marrice L. Davis, an individual,; Nanci E. |
| 9 | Davis, an individual; Marsha G. Vieira, an individual; David A. Gean Revocable Trust |
| 10 | dated 4/3/92; Marshall J. Brecht Trust dated 2/5/86; Marshall R. Zerbo, an individual; |
| 11 | Martha W Potter Revocable Trust; Martin Bock, an individual; Marvin Lynn Nicola |
| 12 | Family Trust dated 6/13/78; Rickling Family Trust; Marvin W. Gittelman, an individual; |
| 13 | Toby E. Gittelman, an individual; Mary Ann Earp, an individual; Mary H. Earp, an |
| 14 | individual; Mary Ann Rees IRA; Mary Diane Peterson, an individual; Russell Revocable |
| 15 | Trust dated 9/21/93; Molitch 1997 Trust; Maureen DaCosta, an individual; M & J |
| 16 | Cauchois Family Trust dated 2/25/93; Mazal Yerushalmi, an individual; McConnell Family |
| 17 | Trust dated 12/3/81; McQuerry Family Partnership; McShaffrey Living Trust dated |
| 18 | 3/27/81; Mel Herman, an individual; Emma Herman, an individual; Melanie Cowan, an |
| 19 | individual; Melinda Estevez, an individual; Richard David Estevez, an individual; Melissa |
| 20 | A. Fernandes, an individual; Dionisio Fernandes, an individual; Melody J. Violet, an |
| 21 | individual; Melvin J. Ives & Evelyn A. Ives Bypass Trust dated 1/6/93 c/o Melvin A. Ives |
| 22 | &; Kemer Revocable Trust B dated 3/16/81; Mesa LLC, an entity of unknown origin; Mevin |
| 23 | J. Ives & Evelyn A. Ives Qtip Trust; Michael C. Rehberger, an individual; Jeana L. Rehber, an |
| 24 | individual; Michael Greeley Trust dated 7/27/00; Michael Horak, an individual; Michael |
| 25 | J. Maloney & Jo Ann L. Maloney Revocable Trust dated 12/1/04; Michael J. Messer, an |
| 26 | individual; Lisa K. Redfern, an individual; Michael John Goodwin, an individual; Michael |
| 27 | K. M. Au, an individual; Michael Latorra, an individual; Joan Latorra, an individual; The |
| 28 | Paul J Sapourn Grantor Retained Annuity; |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Percy Family Trust U/A 9/28/99; Michael Pezzano, an individual; Lisa Pezzano, an individual; Michael R. Brines & Cindy G. Brines Revocable Family Trust U/A dated 11/5/94; Michael R. McCartney, an individual; Teresa R. McCartney, an individual; Michael Raichbart, an individual; Irit Raichbart, an individual; Michael S. Blau, an individual; Shamiran Blau, an individual; Michael S. Freedus, an individual; Helen C. Freedus, an individual; Michael S. Freedus DDS PC Defined Benefit Pension Plan; Michael S. Simcock, an individual; Dina M. Simcock, an individual; Bridges Family Trust; Heffner Family Trust dtd 9/10/02; Michael W. Ricci, an individual; Michaelian Holdings LLC A Nevada Limited Liability Company; Michel F. Aiello & Patricia A. Aiello Trust Date 10/4/94; Michel Tessel, an individual; Michele Gilbert Custodian For Lauren J. Gilbert & Erin M. Gilbert, Her Minor; Michelle Buys, an individual; Mieko Donovan, an individual; Richard Donovan, an individual; Mila Horak, an individual; Lindsey H. Kesler Family Revocable Trust dated 10/15/80; Milton B. Senfeld, an individual; Barbara A. Senfeld, an individual; Milton H. Lees III, an individual; Milton J. Lehart, an individual; Minerva Family Trust dated 11/14/96; Minter Family 1994 Trust; Mojave Canyon, Inc., A Nevada Corporation; Monica C. Ebaugh, an individual; Monica L. Hunt, an individual; Monica M. Hruby, an individual; Monigheni, Inc., a Nevada corporation; Monique A. Markwell, an individual; Morris Mansell IRA; Morris Mansell, an individual; Ram Family Trust; Muks Realty LLC, a California limited liability company; Nadine Morton, an individual; Nancy Brauer IRA; Nancy Golden, an individual; Nancy K. Haugarth Revocable Trust; Nancy R. Gilmour IRA; Neil A Xavier, an individual; Josephine E Xavier, an individual; Buckwald Revocable Trust dated 2/11/92; Trustees of the Nelson & Virginia Chardoul Trust dated 10/7/91; 2001 Steinmetz Family Trust; Nicholas Loader Trust U/A; Nicole Dana Flier, an individual; NMS Living Trust dated 12/27/01; Noel & Mary Ann Rees Family; Norm Webster, an individual; Norma Lamb-Groves Trust dated 2/18/03; Eugene H. & Donna M. Stokes Trust dated 5/16/84; Norman & Charlene Prins Revocable Living Trust dated 10/29/03; Norman Kiven, an individual; Norman Teeter, an individual; Norman Tiano, an individual; Norscot Financial Corp., a

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GORDON TRADING, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-3001

Nevada corporation; Nounna Family Partnership; Davenport Revocable Trust dated 9/16/87; O'Connor Revocable Trust Utd 9/17/97; Olga O'Buch Trust dated 5/28/98; Oliver F. Smith Incorporated Profit Sharing Plan; Oliver Puhr, an individual; Omaye 1990 Trust; Orban H. Reich Trust dated 12/27/00; Klay Living Trust dated 7/11/90; Ovca Associates-Inc Defined Pension Pl; Pamela Jean Marton, an individual; Panagiotis Dovanidis, an individual; Dimitra Dovanidou, an individual; Paola Accusani, an individual; Pat Davis IRA; Pontak Wong RevocableTrust dated Jan 19,2004; Webber Family Trust dated 10/31/89; Patricia E. Von Euw Revocable Trust; Ferguson Living Trust dated 6/28/00; Patricia L. Tiede, an individual; Patricia R. Lietz, an individual; Patrick F. Fenlon, an individual; Angela B. Fenlon, an individual; Patrick Gonzales, an individual; Rosemary Gonzales, an individual; Patrick J. Anglin, an individual; Doyle Family Trust; Paul Bloch Living Trust UA 10/29/02; Paul Bruggemans, an individual; Paul D. Graf, an individual; Margaret A. Graf, an individual; Paul Fedrizzi, an individual; Jane E. Fedrizzi, an individual; Paul G. Chelew, an individual; Paul Hargis, an individual; Susan Gail Hargis, an individual; Paul L. Garcell & Pamela Hertz Revocable Family Trust; Paul L. & Made Linney Trust dated 10/25/96; Paul Oster, an individual; Backes Family Trust dated 8/8/88; Paul Seyb, an individual; Wendy M. Seyb, an individual; Paula M. Lawson, an individual; Paula Nordwind 2001 Revocable Trust dated 12/13/01; Paulius Mosinskis, an individual; Payette Lakes Consulting LLC 401K Fbo John S. Borkoski,; Pedro L. & Carol A. Barroso Trust; Peele Spousal Trust dated 2/10/87; Mclaughlin-Valley Trust dated 2/24/97; Penman Investment Partners L.P. a California limited partnership; Brock Family Trust dated 5/25/95; Penny Lee Comsia Revocable Trust UDT; Robert William Ulm IRA; Gary Deppe-IRA; Tamara J. Perlman IRA; Percy Young, an individual; Ruth Young, an individual; Perlman Investment Partners L.P. a California limited partnership; Peter C. Cohn, an individual; Margaret H. Cohn, an individual; Peter De Luca, an individual; Peter E. Sprock 2001 Trust; Peter L. Backes Trust; Peter T. Gaes, an individual; Ute D. Gaes, an individual; Peter Valve Company Inc. a Nevada corporation; Peter W Capone, an individual; Deidre D Capone, an individual; Peters Family Trust

1   dated 7/22/00; Palmintere Revocable Trust;
    Philip H. Lynch, an individual; Philip Stephen
2   Howell, an individual; Lisa Beth Howell, an
    individual; Philip Higert Family Trust dated 5-
3   30-03; Phillip Dann Goforth, an individual;
    Francesca M. Goforth, an individual; Phillip E
4   McMullin & RosemadeL. McMullin Family
    Trust dated 4/4/80, amended 3/19/94; Phillip E.
5   McMullin, an individual; Phillip M. Rulon, an
    individual; Shirley S. Rulon, an individual;
6   Phyllis Marina Karr; Pioneer Accounting &
    Investments LLC, a Colorado LLC; PLB
7   Enterprises, LLC, an entity of unknown origin;
    Pleser Family Trust dated 1/28/00; Polacheck
8   & Associates, Inc. Profit Sharing Plan dated
    2/20/73; Pompeo J. Lombardi, an individual;
9   Sarah A. Grant, an individual; Portal Venture,
    LLC, an entity of unknown origin; Preswok
10  Corp., a Nevada corporation; Prince
    Emmanuel, an individual; Quinn Family Trust
11  dated 1/11/00; R & S McTee 1995 Trust dated
    4/20/95; R. David Ferrera, an individual;
12  Evelyn C. Ferrera, an individual; R. David
    Ferrera IRA; Sacramento Research Medical
13  Group Defined Benefit; R. G. Messersmith, an
    individual; Deaun Messersmith, an individual;
14  R.G.T. Millar Trust dated 6-28-1988; The
    Robert J. Rowley and Kathleen M. Rowley
15  Living Trust; Rachel Rieble, an individual;
    Rachel Wheeler Trust; Goodness Living Trust
16  dated 6/28/00; Ralph A. Shively, an individual;
    Holder Revocable Trust; Ralph E. Worthing, an
17  individual; Maryanne H. Worthing, an
    individual; Randall Revocable Living Trust
18  dated 05/17/90; Rare Earth Real Estate, an
    entity of unknown origin; Raul A. Dominguez,
19  an individual; Raul A. Wood, an individual;
    Ray L. Coffin, an individual; Syfert Trust dated
20  3/90; Raymond Brahy, an individual; Rita
    Brahy, an individual; Raymond C. Moore, an
21  individual; Rose Moore, an individual;
    Raymond E. & Margaret Elise Harshman
22  Family Trust dated 3/4/87; Raymond Eberlin,
    an individual; Karen Eberlin, an individual;
23  Raymond F. Brant and Ann L. Brant Trust
    dated 12/22/92; Anne E. Brant Survivor Trust
24  dated 5/22/87; Raymond & Sandra Nunez;
    Raymond T. Grenier, Jr. Trust dated 2/10/93;
25  Rebecca A. Rogers Trust dated 9/18/96; A.
    Robert De Hart Trust dated 1/21/93; Revocable
26  Living Trust Agreement of Barbara McClaflin;
    RGF Revocable Trust; Rhoades Passive
27  Investments LLC, an entity of unknown origin;
    Armijo Family Trust; Richard D. Barzan, an
28  individual; Lelia J. Barzan, an individual;

Richard D. Luthi Trust dated 5/20/93; Wood
Lining Trust dated 10/1/99; Richard E.
Thurmond Limited Partnership, an entity of
unknown origin; Richard G. Vrbancic, an
individual; Holeyfield Family Trust dated
01/12/01; Richard Ianni, an individual;
Loughlin Family Trust; Richard Kleinbaum, an
individual; Jennifer Kleinbaum, an individual;
The Bowman 1989 Revocable Trust; Richard
L. Cadieux, an individual; Clara M. Cadieux,
an individual; Richard L. English, an
individual; Richard L. Younge IRA; Richard
M. Raker Living Trust dated 3/18/98; Richard
N. Dahlke, an individual; Richard N. Krupp, an
individual; Richard Nevins, an individual;
Michele Nevins, an individual; Richard R
Tracy, an individual; Ursula W Tracy, an
individual; Reno Aeronautical Corporation
Defined Benefit Retirement Plan; Richard T
Flory Revocable Trust dated 05/30/01;
Topflight Specs Profit Sharing Plan; Rifqa
Shahin Trust dated 6/8/94; Rita K. Malkin
Trust dated 7/26/2002; Rita P. Anderson Trust;
Robert H. Perlman & Lynn R. Perlman Trust
dated 9/17/92; Robert & Alicia Goffstein Trust
dated 2/25/92; 1994 Robert Asselin & Mary
Asselin Family Trust; Robert A Susskind, an
individual; Robert A. Cowman, an individual;
Sandra L. Cowman, an individual; Robert A.
Kehl, an individual; Tina M. Kehl, an
individual; Robert A. Schell IRA; Robert A.
Suoskind, an individual; Robert Alan Bryant
Sr. Revocable Trust; Robert B Bender, an
individual; Paula S Bender, an individual;
Robert B. Lawrence, an individual; Patricia A.
Lawrence, an individual; Robert D. Earp, an
individual; Robert D. Earp IRA; Robert D.
Lurie, an individual; Lois J. Swanson, an
individual; Mierau Living Trust; Robert E.
Brooks, an individual; Robert E. Burnett Jr., an
individual; Robert E. Levy, an individual;
Robert E. Meldrum, an individual; Essaff
Family Trust dated 6/18/02; Robert G. Baker,
an individual; Miriam D. Baker, an individual;
Robert G. Berry Jr., an individual; Jeannette K.
Berry, an individual; RGF Revocable Trust;
Robert G. Hawkins & Debra B. Hawkins
Revocable Trust dated 10/1/03; Robert G.
Sikorski, an individual; Robert G. Teeter, an
individual; Robert H Perlman & Lynn R
Perlman Trust dated 9/17/92; Robert J.
Centanni, Sr., an individual; Susan R. Centanni,
an individual; Robert J. Cowen Trust dated
11/7/97; Robert J. D'Ambrosio Contributory
IRA; Moretto Family Living Trust; The Robert

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

J. Rowley and Kathleen M. Rowley Living Trust; Robert J. Yoder Defined Benefit Plan; R. L. Allgeier Family Trust; De Ruff 1988 Trust dated 4/25/88; Robert L. Ogren Trust dated 6/30/92; Robert L. Pech & Judith G. Pech Family Trust dated 9/5/96; Robert M. Barnes, an individual; Violet M. Barnes, an individual; Robert O. Phillips, an individual; Robert P. Anderson Revocable Living Trust dated 10/22/01; Robert R. Wade, an individual; Shirley E. Wade, an individual; Robert R. Wade & Shirley E. Wade Revocable Trust; Robert R. Wade Revocable Trust dated 5/22/01; Robert Roy Ecker, an individual; Dobyne Living Trust; Robert S. Speckert Rev. Living Trust dated 6/11/92; Robert S. Teeter, an individual; Robert T Chylak & Barbara M Chylak Family Trust dated 10/30/90; Robert W. Roberts, an individual; Donna R. Roberts, an individual; Robert W. Ulm Living Trust dated 4/11/05; Robert W. Ulm, an individual; The 2001 R.K. Hatfield Family Trust dated 6/01; Graham Family Trust; Graham Family Marital Trust dated 2/13/97; Robin E. McQuown, an individual; Brian C. McQuown, an individual; Arbogast Family Trust; Harvey Family Trust dated 4/13/87; Hulse Family Trust; Huppi Trust dated 1/30/1992; The Bryan Family Trust dated August 19 1992; Roger Noorthoek, an individual; Roger Scott Anderson, an individual; Tiffiny Leigh Anderson, an individual; Rogie C. Madlambayan, an individual; Rogie Madlambayan Trust dated 2/22/05; Roland J. Hearn & Risa V.S. Hearn Living Trust dated 2/19193; Kantor Family Trust, dated 5/6/82; Burgarello, Inc. Profit Sharing Plan; C. I. B. B. Inc. Pension Plan; Ronald Alvin Johnson & Janice Burgarello Trust dated 11/01/93; Ronald C Phelps Trust dated 10/19/01; Shackelford Family Trust dated 9/21/04; Ronald Douglas Neal, an individual; Ronald G. Finkel, an individual; Karen B. Finkel, an individual; Ronald G. Gardner Trust; The Anthony Family Living Trust; Ronald Johnson, an individual; Marilyn Johnson, an individual; The Underpass Trust; Ronald K. Peters, an individual; Susan A. Johnson, an individual; Ronald M. Toft, an Individual; Rae Cazier Family Trust dated 3/09/00; Ronald R. Carter & Leslie A. Carter Revocable Trust dated 10/24/91; Charles A Slam Co. Defined Benefit Pension Plan dated 7/1/02; Rory L Triantos, an individual; Rosalie Allen Morgan Trust dated 1/31/03; Stark Family Trust dated 4/2/84; Rosanne L. Clark, an individual; Rose

| | |
|---|---|
| 1 | F. Swayze, an individual; Elfriede R. Fujitani, an individual; Rose O. Hecker, an individual; |
| 2 | Anita Rosenfield, an individual; Rosemarie L McMullin, an individual; Phillip E McMullin & |
| 3 | Rosemarie L. McMullin Family Trust dated 4/4/80 & amended 3/19/94; Rosy L. Tdantos, |
| 4 | an individual; Roxanna L. Ochoa, an individual; Leland L. Orvis, an individual; |
| 5 | R&D Filkin Trust dated 9/26/90; Roy R. Ventura Jr., an individual; Nancy B. Ventura, |
| 6 | an individual; Ruby Bell, an individual; Ruby M. Hill Family Trust dated December 12, 1992; |
| 7 | Ruobel Richie, an individual; Rudi Eichler, an individual; Tatjana Eichler, an individual; |
| 8 | Winkler Family Trust dated 3/13/86; Rudolf Winkler IRA; Rudolph W. Moreno, an |
| 9 | individual; Beatriz Moreno, an individual; R & S McTee 1995 Trust dated 4/20/95; Rugby |
| 10 | Associates LLP, a Maryland Limited Liability Limited Partnership; Russell E. Mills, an |
| 11 | individual; Shirley A. Mills, an individual; Russell J. Zuardo & Betty J. Zuardo |
| 12 | Community Property Trust Restated 5/5/00; Quinn Family Trust dated 1/11/00; Ruth A. |
| 13 | Errington Living Trust dated 11/22/04; Ruth A. Kuester Trust dated 1/29/91; Ruth Sanders, an |
| 14 | individual; S & P Davis Limited Partnership, a Texas Partnership; S.A. Hanes Profit Sharing |
| 15 | Plan; S.B. Wright Family Trust dated 12/28/94; Sack Family Partners, LP, an entity of unknown |
| 16 | origin; Sagrario T. Evers Living Trust dated 5/1/01; Salvatore Siciliano, an individual; The |
| 17 | Castanza 1987 Decedents Trust; Costanza 1987 Survivor's Trust dated 3/12/87; Samuel A. |
| 18 | Mammano, an individual; Karen M. Mammano, an individual; Samuel & Beverly |
| 19 | Evans Living Trust; Sanchez Living Trust dated 10/13/03; Sandra I. Hollander Revocable |
| 20 | Trust; Charles T. Masters & Sandra O. Masters Family Trust dated 10/9/92; Miller Family |
| 21 | Trust dated 7/30/2001; Roisentul Family Trust; Scheidegger Family Trust dated 12/26/01c; |
| 22 | Schell Family Trust dated 8/21/92; Schnadt Trust dated 6/18/93; Schwartz & Burp Joint |
| 23 | Venture, an entity of unknown origin; Scott J. Elowitz, an individual; Cynthia Elowitz, an |
| 24 | individual; Scott J. Elowitz, an individual; Scott Machock, an individual; Heidi Machock, an |
| 25 | individual; Secure Retirement Trust; Seymore J. Seinfeld, an individual; Helene Seinfeld, an |
| 26 | individual; Shahriar Zavosh, an individual; Sharon E. Presswood IRA; Peterson Family |
| 27 | Trust; Sharon R. Fitzgerald, an individual; Sharon S. Lazar, an individual; Sheerins Inc. A |
| 28 | Nevada Corporationt; Sheldon & Marion G. |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Portman Trust dated 11/01/65; Sherry Lynne, an individual; Collins Family Trust; Ronald G. Doe Marital Trust DTD 1-6-95; Shirley E. Schwartz Revocable Living Trust; Shirley J. Finlay, an individual; Shirley M. Reinesch Revocable Living Trust; Shirley Payne, an individual; Larson Family Trust; Sierra West, Inc., A Nevada Corporation; Sigfried Baker, an individual; Simmtex Inc. a Nevada corporation; Simon Family Trust 2000; Simpson Family Trust dated 1/13/04; Snopko 1981 Trust dated 10/27/81; Sondra Skipworth Revocable Trust dated 11/28/01; Sovereign Capital Advisors LLC a Nevada limited liability company; Spectrum Capital LLC a California limited liability company; Spina Family Trust dated 3/8/01; Stan A. Hanes & Vicki M. Hanes Revocable Trust DTD 9/15/03; Stanley C. Germain, an individual; Dorothy Germain, an individual; The Stanley M Novara Family Trust dated 11/12/04; Stater Family Ltd Partnership, an entity of unknown origin; Stefan R. Cavin Revocable Living Trust; Stellar Innovations Inc, an entity of unknown origin; Stephen C. Irwin, an individual; Hawley Family Trust dated 8/15/96; Stephen & Patricia Lincoln; Stephen V. Kowalski, an individual; Maria T. Sutherland, an individual; Sterling Family Trust dated 6/14/02; Steve Lindquist Charitable Remainder Unitrust dated 09/09/96; Steve M. Colamonico, an individual; Anita J. Colamonic, an individual; Steven & Ingrid Boehm Trust dated 3/29/89; Steven B. Tomac, an individual; Laura J. Tomac, an individual; Steven C. Altman, an individual; Steven M. & Margaret W. Terry Trust Dated March 31 1995; Stevenson Pension Trust dated 1/7/94; STSK Investments LLC, an entity of unknown origin; Stuart J. Madsen Trust dated 9/7/00; Stuart M. Rosenstein, an individual; Deborah H. Rosensein, an individual; Suhayla Shahin Living Trust dated 7/9/02; Sunrise Mini-Storage, an entity of unknown origin; Susan C. Grush, an individual; Susan L. Kehl Uiautma, an individual; Susan M. Slater, an individual; Susie & William Lurtz 1991 Trust dated 3/18/91; Suzanne Brehmer, an individual; Suzanne L. Arbogast, an individual; Carolyn J. Chrzastek, an individual; Suzanne M. Halvorson Trust dated 3/21/03; Suze Harrington, an individual; Sydney J. Siemens 1997 Revocable Trust dated 5/23/97; Sylvia Goldenthal, an individual; Jack Goldenthal, an individual; Sylvia M. Good Survivors Trust established under the Sam Good Family Trust

dated 6/25/86 as amended & restated; T.D.S.
Revocable Family Trust dated 9/29/98; T03
Enterprises, LLC, an entity of unknown origin;
T112 Enterprises, LLC, an entity of unknown
origin; T-2 Enterprises LLC, an entity of
unknown origin; T-3 Enterprises LLC, an entity
of unknown origin; Tad Folendorf, an
individual; Tad Stephen, an individual; Diane
Stephen, an individual; Helms Grandchildren
Educational Trust For the Benefit of Jarod Dias
dated 7/21/98; Separate Property Trust of
Tamara Dias dated 12/04/00; Tara Sindler, an
individual; Ted L. Melvin, an individual; Terry
A Zimmerman Revocable Living Trust dated
9/4/90; Honikman 1992 Trust; Teri L. Melvin,
an individual; Terrence D. Conrad, an
individual; Doreen C. Conrad, an individual;
Terrill Family Revocable Living Trust dated
3/11/02; Markwell Family Trust; Terry
Markwell Profit Sharing Plan & Trust; Terry
Thomas Young, an individual; TGBA
Properties, an entity of unknown origin; Thalia
Routsis Family Trust dated 7/24/90; The 1991
Agliolo Revocable Living Trust; The Anthony
Bilotto Trust dated 01/16/03; The Baltes
Company, a Michigan corporation; The
Barbara M. Sanchez 2002 Revocable Living
Trust dated 4/4/02; The Benz Family Trust
dated 7/14/95; The Chiappetta Trust dated
4/1/03; The Donald S. Tomlin & Dorothy R.
Tomlin Revocable Trust dated 10/24/79; The
Ernest W. Libman & Cleone Libman Family
Trust dated 3/11/93; The Holland Family Trust
dated 1993; The Jesse J. Kelsey Revocable
Living Trust dated 4/16/85; The Murphy
Family Trust; The Noxon Family Trust; The
Reva H. Nelson Family Trust; The Robert J.
Rowley & Kathleen M. Rowley Trust; The
Roger & Joann Phillips Revocable 2001 Trust;
The Schmitt Trust; The Sherriff Family LLC, a
Nevada limited liability company; The Sisk
Family Foundation, an entity of unknown
origin; The Stanley M Novara Family Trust
dated 11/12/04; The Stimpson Family Trust
dated 5/9/00; The Welcher Family Trust dated
7/13/99; The William L. Scheer & Mary L.
Scheer Trust; Theodora Gottwald, an
individual; Fuller Family Trust dated 5/29/97;
Fuller Family Foundation; Theresa M. Farrah,
an individual; Thomas Avena, an individual;
Cindy Avena, an individual; Avena Living
Trust dated 3/28/84; Harrison Family Trust
dated 7/27/99; Thomas Di Jorio, an individual;
Antonette Di Jorio, an individual; Bishofberger
Restated Family Trust U/A 9/8/95; Nuckols

GREENBERG TRAURIG, LLP.
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  2004 Revocable Trust U/D/T 10/4/2004;
Thomas H. Gloy, an individual; Thomas
2  Halvorson, an individual; Joanne Halvorson, an
individual; Thomas N. Smith, an individual;
3  Deborah L. Bertossa, an individual; Thomas R.
Sanford, an individual; Anne H. Sanford, an
4  individual; Thomas Raymond Conway, an
individual; Victoria C. E. Conway, an
5  individual; Thomas T. Harrington, an
individual; Beverly J. Harrington, an
6  individual; Thomas T. Riedman, an individual;
T.J. Trust dated 7/24/97; Thompson 1993 Trust
7  dated 1/26/93; Hanison Family Trust dated
7/27/1999; Tiki Investment Enterprises L.P a
8  Nevada Limited Partnership; Timothy
Folendorf Trust dated 3121/00; Gaston Trust
9  dated 12/31/02; Jairo A. Castillo, an individual;
TK & Associates, A Minnesota Company;
10  Tobias Von Euw Revocable Trust dated
11/23/04; Toby A. Gunning, an individual;
11  Toby Lee Rosenblum Trust dated 9/11/95;
Laena Emmerich Survivors Trust dated
12  5/18/89; Todd Charles Maurer, an individual;
Tomczak Family Trust dated 4/25/83; Tracy A.
13  DeBery, an individual; Tracy Cavin Family
Trust UTD 11/10/03; Tripp Enterprises Inc. a
14  Nevada corporation; Arthur I. Kriss IRA;
Charles A. Starr Defined Benefit Pension Plan
15  7/1/02; Universal Management, Inc., an entity
of unknown origin; V. R. & Reba F. Marine
16  Trust dated 10/22/01; Valerie Callahan, an
individual; Van Damme Family Trust; Vernon
17  Olson, an individual; Veslav Orvin, an
individual; Yelena V. Ilchuk, an individual;
18  Vickie Pieper Living Trust dated 9/16/05;
Vickie Pieper, an individual; Vicky L.
19  Nakashima, an individual; Victor Bruckner, an
individual; Sally Bruckner, an individual;
20  Birgen Family Trust; Virgil P. Hennen, an
individual; Judith J. Hennen, an individual;
21  Virginia M. Hansen, an individual; V.R. &
Reba F. Marrone Trust dated 10/22/01; W. E.
22  Buck Family Trust dated 7/02/87; W. L.
Montgomery, Jr., an individual; Wald Financial
23  Group Inc., an entity of unknown origin; Wald
Financial Group Inc. Defined Benefit Pension
24  Trust; Wald Financial Group Inc. Defined
Benefit Pension Trust 2; Walter C. Tripp, an
25  individual; Walter Klevay, an individual; Gail
KLevay, an individual; Musso Living Trust
26  dated 11/30/92; Warren W. Tripp, an
individual; Tripp Enterprises Inc. Restated
27  Profit Sharing Plan; Wayne A. Dutt Trust;
Wayne P. Tarr, an individual; Elizabeth G.
28  Tarr, an individual; Wayne S. Miller, an

individual; Kathryn A. Miller, an individual;
Webster I. Beadle, an individual; Susanne
Beadle, an individual; Weible 1981 Trust dated
6/30/81; Weinman Family Trust dated 9/6/96;
Wendell Andersen, an individual; Barbara
Andersen, an individual; Wendy Kwong, an
individual; Wengert Family Trust dated
2/20/98; Wesley L Monroe, an individual;
Jeannie M. Monroe, an individual; What's On
LLP, an entity of unknown origin; Whitehurst
Fund LLC, an entity of unknown origin;
Whitney H. Lauren Family Trust dated 3/5/98;
Wilbur A. Schaff, an individual; Judy K.
Schaff, an individual; Wild Water Limited
Partnership, A Nevada Partnership; William
Ogren, an individual; Betty Ogren, an
individual; William H. and Donna R. Morgan
Living Trust dated 6/7/04; William A. Banos,
an individual; Angel J. Banos, an individual;
William A. Carone IRA; William A. Downey,
an individual; William A. Zadel Revocable
Family Trust; William B. Fitzgerald, an
individual; Sharon R. Fitzgerald, an individual;
William Bolding, an individual; Carolyn
Bolding, an individual; William Boyce II, an
individual; Alice D. Boyce, an individual;
Eastland Family Joint Living Trust dated
1/18/00; Botton Living Trust dated 11/17/00;
W.E. Buck Family Trust dated 7/2/87; William
F. Errington, an individual; William G.
Warwick, an individual; Virginia B. Warwick,
an individual; Favro Trust dated 9/14/00;
William H. Lenhart Living Trust; William
Harrison Goulding, an individual; Elizabeth R
Goulding, an individual; William J Hinson Jr.,
an individual; Ovca Associates Inc. Defined
Pension Plan; William J. Sandberg, an
individual; Shang'Ling J. Tsai, an individual;
William L. Graham, an individual; Wilta L.
Graham, an individual; McQuerry Family
Partnership; McQuerry Family Trust dated
1/25/80; William Lee Reeves, an individual;
William Lukasavage, an individual; Joanne
Lukasavage, an individual; William M.
Bettencourt, Jr. IRA; Susie & William Lurtz
1991 Trust dated 3/18/91; Buechner Family
Trust; William R. Godfrey, an individual;
Cynthia Godfrey, an individual; William R. &
Cynthia J.Godfrey Living Trust 2005; William
R. Long, an individual; William Richard
Moreno, an individual; William T. Hoover, an
individual; William W. Lee & Teresa H. Lee
2003 Family Trust Agreement dated 6/26/03;
William W. Ogren, an individual; Betty R.
Ogren, an individual; Wilma Jean Thompson,

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  an individual; Voss Family Trust; Daniel
   Family Trust; Woods Family Trust; Work
2  Holdings Inc. an Arizona corporation; X-
   Factor, Inc., a Nevada corporation; Yankee
3  Holdings LLC a Arizona corporation; Ylt
   Tisoni, an individual; Young Jin Park, an
4  individual; Sejin Park, an individual; Zawacki a
   California LLC; and DOES I through V and
5  ROES I through V, inclusive

6

7  Defendants.

8

9       COMES NOW the Plaintiffs, ASSET RESOLUTION, LLC, ("Asset Resolution"); SILAR

10  ADVISORS, LP ("Silar Advisors") and Silar SPECIAL OPPORTUNITIES FUND, LP ("Silar

11  Special ") (collectively "Silar"), by and through their counsel of record, the law firm of Greenberg

12  Traurig, LLP, and for their claims of relief against the Defendants, and each of them, alleges and

13  complains as follows:

14                                **PARTIES**

15      1.      Plaintiff ASSET RESOLUTION was at all times pertinent hereto, and still is, a

16  Delaware limited liability company.

17      2.      Plaintiff SILAR ADVISORS was at all times pertinent hereto, and still is, a

18  Delaware limited partnership.

19      3.      Plaintiff SILAR SPECIAL OPPORTUNITIES FUND, LP was at all times pertinent

20  hereto, and still is, a Delaware limited partnership, and a resident of the state of New York.

21      4.      At all times herein mentioned, Defendant Donna Cangelosi was at all time pertinent

22  hereto, and still is, a resident of the state of Nevada.

23      5.      At all times herein mentioned, Defendant Donald Pinsker, was at all times pertinent

24  hereto, and still is, a resident of the state of Nevada.

25      6.      At all times herein mentioned, Defendant Jon Jensen, was at all times pertinent

26  hereto, and still is, a resident of the state of Arizona.

27      7.      At all times herein mentioned, Defendant Stuart Madsen, was at all times pertinent

28  hereto, and still is, a resident of the state of California.

        8.      At all times herein mentioned, Defendant Oakbridge Capital, Inc., was at all times

                                Page 32

1   pertinent hereto, and still is, a resident of the state of Delaware.

2        9.     At all times herein mentioned, Defendant Morris Massry, was at all times pertinent

3   hereto, and still is, a resident of the state of New York.

4        10.    At all times herein mentioned, the remaining Defendants, were at all times pertinent

5   hereto, and still are, residents of the respective states identified in Exhibit 1, incorporated herein as

6   if set forth in full herein.

## GENERAL ALLEGATIONS

### USACM'S BUSINESS

9        11.    USA Commercial Mortgage ("USACM") was in the business of brokering and

10  servicing high risk, high interest, short term commercial loans ("Loans") primarily secured by

11  residential and commercial real estate developments.  USACM loaned money at very high interest

12  rates to borrows whose credit rating or whose projects were sufficiently risky that money was not

13  available to them from conventional lending sources.  In a typical USACM Loan transaction, a

14  large number of individual hard money investors ("Hard Money Investors," "Direct Lenders" or

15  "Lenders") (often 200-300 for one Loan) would be grouped together by USACM, acting as a

16  broker, to make a Loan.

17       12.    These Lenders invested their capital with USACM on these highly speculative

18  Loans on promised rates of return to them of 12 to 14 percent or higher.  Typically, these Hard

19  Money Investors would not underwrite, review, or otherwise analyze the particular property in

20  which they were investing, before placing their money with USACM for the purchase of the

21  Loans.

22       13.    USACM would then service the Loans on the behalf of the Hard Money Investors.

23  For its services as broker and servicer, USACM was entitled to receive a fee, payable in

24  accordance with contractual provisions contained in various Loan Servicing Agreements

25  ("LSAs").

26       14.    Each Hard Money Investor holds a fractional, beneficial interests in one or more

27  Loans that were brokered by USACM.   Each Loan is secured by real property located throughout

28  the United States.

         15.    The transaction was structured so that, at the time of their initial investment with

Page 33

USACM, each Hard Money Investor would execute an LSA with USACM. The LSAs establish the contractual relationship between the Lenders and USACM, or any delagatee, successor Loan servicer or assignee of the Loan servicing rights. While many Lenders invested in more than one USACM Loan, they entered into only one LSA, and that LSA governed the relationship between the Lender and USACM.

16.    While USACM and the Lenders entered into different forms of LSA approximately 70% of the Hard Money Investors have the same form of LSA.

**The Loan Servicing Agreements**

17.    The form of LSA to which the majority of Lenders are parties provides, and each Lender agreed, among other things, that:

    a.  The Loan servicer's compensation consists of (i) an annual or base servicing fee; (ii) any late charges collected from the borrower pursuant to the terms of the relevant promissory note; (iii) default interest collected from the borrower pursuant to the terms of the relevant promissory note;

    b.  The Loan servicer may delegate specific Loan servicing functions to credit bureaus, real estate tax service companies, real estate brokers or agents, appraisers, attorneys, trustees or others;

    c.  The LSA is binding upon and shall inure to the benefit of the parties' respective successors and assigns;

    d.  The Loan servicer will exercise its business judgment in taking steps to collect payment from the borrower under the note should the borrower fail to make payment as required by the note;

    e.  The holders of 51% of the beneficial interests in a Loan may terminate the Loan servicer, for cause only;

    f.  The Loan servicer may accept a discounted pay-off or short-sale upon the consent of the holders of 51% of the beneficial interests in a Loan and that a Lender's failure to object to the discounted pay-off or short sale is deemed to be a consent; and

    g.  The Hard Money Investor is obligated to fund out of pocket costs associated

1   with a foreclosure of a Loan.

2        18.    While some LSAs do not contain each of these provisions, there are elements

3   common to all LSAs.  For example: (i) no LSA prohibits the assignment of the Loan servicing

4   rights and obligations; (ii) each LSA permits the Loan servicer to exercise its business judgment in

5   pursuing collection following a default by the borrower; (iii) each LSA obligates the Lender and

6   not the Loan servicer to fund out of pocket costs associated with a foreclosure of or other

7   collection on a Loan; and (iv) each LSA provides that the Loan servicer may only be terminated

8   for cause, upon proper notice, and then only upon the election of the holders of 51% or more of the

9   outstanding beneficial interests in the Loan held by the Lenders.

10       19.    The LSAs and Notes together provide that any monies received by the Loan

11   servicer on account of the Loan are to be applied to the repayment of any servicing advances and

12   to payment of the servicer's compensation before distribution of any amounts due to the Hard

13   Money Investor.

14   **Asset Resolution's Interest**

15       20.    Following an auction in the USACM bankruptcy, Compass USA SPE, LLC

16   ("Compass") purchased USACM's interest in and rights under the LSAs, together with certain

17   Loan participation interests held by USACM's co-debtor, First Trust Deed Fund, LLC

18   (collectively, the "Purchased Assets").

19       21.    Silar Advisors, on behalf of its managed fund, financed Compass' acquisition of the

20   Purchased Assets, which assets were pledged as collateral to secure Compass' obligation to repay

21   the Loan extended by Silar Advisors.

22       22.    Silar Advisors, on behalf of its managed funds, assigned all of its interest in the

23   Compass financing to Asset Resolution.  Thereafter, Asset Resolution foreclosed on Compass and

24   is now a party to the LSAs and the owner of, among other things, all contract rights thereunder.

25   **The formation of the Lenders Protection Group and Acts in Violation of the LSAs**

26       23.    The Lenders Protection Group ("LPG") was formed in late November 2006, with

27   financial contributions from about 400 Hard Money Investors.  The LPG was formed out of

28   network of Lenders organized by Cangelosi during the USACM bankruptcy case, many of whom

had unsuccessfully objected to the sale of USACM's servicing rights to Compass and to

1    USACM's plan of reorganization.  Cangelosi was the founder and leader of the LPG and

2    participated, both individually and through the LPG, in the bankruptcy case.  The LPG raised

3    money, and continues to do so, to fund litigation against Compass, Silar Advisors, LP, Silar

4    Special Opportunities Fund, LP and Asset Resolution, LLC, and generally to advance its interests

5    and the interests of its members.  The LPG has spent sums for attorneys fees and fees for other

6    professionals, for road shows designed to solicit Direct Lenders to join the various limited liability

7    companies that were the initial plaintiffs in this case (the "LLCs") and for, among other things, an

8    automated telephone messaging system to spread misinformation and distrust among the Lenders.

9    Such conduct is at odds with the letter and spirit of the LSAs and the terms and provisions of the

10   sale transaction.

11        24.    The LPG and its members have engaged in conduct intended to defeat Compass'

12   and Asset Resolution's performance of their obligations under the LSAs.  For example, shortly

13   after Compass acquired its interests in the Purchased Assets, on March 27, 2007, Hard Money

14   Investor Kesler wrote to the borrower for the Lerin Hills Loan, Arthur Godines, and informed him

15   that "[a]s of this morning, I have received 68 faxed copies of a Limited Power of Attorney that will

16   give us the ability to pull this Loan servicing agreement from Compass Partners."

17        25.    Kesler also informed Godines that "it is our intent to deal directly with you" thereby

18   usurping the servicing rights for which Compass paid approximately $67 million in the

19   Bankruptcy.

20        26.    Additional examples of improper LPG conduct include:

21             a.  On February 3, 2007, Cangelosi sent an email to all Standard Property Loan

22                 Lenders requesting that they "send notice [to Compass] now, loud and clear,

23                 that the Direct Lenders are not available for any more rape."

24             b.  The LPG website, operated and maintained by Cangelosi and the LPG,

25                 referred to Compass as "Buffalo Hunters" that "do not care how many they

26                 slaughter as long as they get their steak."

27             c.  On or around February 15, 2007, Cangelosi emailed Greg Garman (a

28                 member of the USACM Lenders' Committee) and other Hard Money

                    Investors and asked Mr. Garman, "Why are you permitting a predator to

Page 36

purchase the interests in the LSAs?"

    d. On or around February 21, 2007, before Compass had even had a chance to form a relationship with Lenders, a Hard Money Investor Loan Captain advised all Lenders in the Cabernet Loan that Compass "will be up to no good, only looking out for THEIR interest."

27.     Less than two weeks after Compass closed on its acquisition of the Purchased Assets, the LPG published and distributed a March 1, 2007 newsletter containing a heading "Why Compass is the Enemy" and stated "we are now facing this new predator, Compass Partners, who is in direct conflict with us, the Lenders."

28.     The newsletter acknowledged that "under our Loan Servicing Agreements, a Loan Servicer, in good standing, may be entitled to keep default interest if they collect it from the borrowers." The newsletter also states that the Plan Confirmation Order entered in the bankruptcy case "arguably did not grant Compass" the right to receive "accrued default interest and late fees" from "the principal due Lender at payoff if not collected form the Borrowers." The newsletter also claimed that Compass had the incentive to delay "by any means at their disposal" the payoff of the Loans.

29.     The March 1 newsletter also stated that the LPG had been in contact "with multiple borrowers" relating to the Loans and suggests that Compass had been acting illegally and/or in breach of the LSAs by pursuing the recovery of default interest and late fees.

30.     Also in March 2007, Cangelosi and the LPG began soliciting proxies from Lenders to terminate Compass. During this process, Cangelosi and the Loan Captains convinced Lenders to convey their beneficial interest in the Loans to Nevada limited liability companies (the "LLCs") that were created by Cangelosi relative to each Loan. In return, the Lenders received a proportional membership interest in the LLC.

**The LLCs and the purported termination of Compass**

31.     Prior to May 18, 2007, Lenders purporting to be the holders of 51% of the outstanding beneficial interests in the 3685 San Fernando, 5055 Collwood, 6425 Gess, 60th Street Ventures, Amesbury Hatters Point, Anchor B, Bar-USA, Bay Pompano, Binford, Brookmere, Bundy Canyon 5.725, Bundy Canyon 2.5, Bundy Canyon 5.0, Bundy Canyon 7.5, Cabernet,

1   Castaic II, Castaic III, Charlevoix, Clear Creek Plantation, Com Vest, Copper Sage II, Cornman

2   Toltec, Del Valle Livingston, Eagle Meadows, Fiesta Murietta, Fiesta USA Stoneridge, Foxhills

3   216, Gramercy Court, Harbor Georgetown, Hesperia, HFA Clearlake I, HFA Clearlake II,

4   Huntsville, La Hacienda, Lake Helen Parnters, Lerin Hills, Margarita Annex, Marlton Square I,

5   Marlton Square II, Mountain House, Oak Shores II, Ocean Atlantic 2.75, Ocean Atlantic 9,425,

6   Palm Harbor, Shamrock Tower, So Cal Land, Standard Property, Tapia Ranch, Ten Ninety 4.15,

7   Gardens 2.425 and Gardens Timeshare Loans had transferred their interest in the Loans to the

8   specific LLC of the same name.

9          32.    By letters dated May 18, 2007, Lender 2 Lender, LLC ("L2L"), another company

10  formed by Cangelosi to ultimately take over the servicing of the Loans, sent letters to Compass

11  stating that Compass' rights to service the Loans had been terminated based on the purported

12  election of the holders of 51% of the beneficial interests in the Loans.  The letters were sent

13  without prior notice to Compass, without specifying cause for Compass' purported termination and

14  in violation of the LSAs.

15         33.    By separate letters of that date, L2L informed the borrowers on the Loans that

16  Compass had been terminated as Loan servicer and was "not authorized to act on behalf of the

17  Lenders of the Loan for any purpose whatsoever" and warned the borrowers that "[a]ll payments

18  made to Compass shall be at your own peril."  The letters instructed borrowers to make all future

19  Loan payments to L2L rather than Compass.

20         34.    During this time, the LPG also expanded its list of targets to include Silar.

21         35.    In July of 2007, Defendant Rodger Stubbs, an agent of and spokesman for the LPG,

22  sent an email to Robert Leeds of Silar threatening to initiate a $100 million RICO suit against Silar

23  unless Silar agreed to the LPG demands.  For example, the email states that Silar may want to "opt

24  out as I realize the disclosure headaches that you may have as a result of a $100 million lawsuit

25  and how that could affect your management of the Hedge Fund."  The email concludes: "the

26  bottom line is that you will most likely lose the money that you spent backing the Compass play.

27  It didn't work.  The question is, do you want to lose that money, and be subject to the liability of

28  tort actions in addition to a possible RICO action?  You have the power to bring this nasty

litigation to an end."

36.    As a result of the LPG's actions and the actions of its members, Compass lost more than $25 million in equity, became unable to repay the Loan from Silar Advisors and was ultimately driven out of business.   These same acts had a severe negative impact on the value of the assets that Compass had acquired from USCAM and severely and negatively impacted the value of the collateral held by Silar.   Further, expert analysis establishes that these acts of interference have diminished the value of the collateral by $150 million, severely harming Silar and Asset Resolution.

**Compass Pursues Cangelosi and others for contempt**

37.    On May 25, 2007, Compass filed with the Bankruptcy Court an Emergency Motion for an Order Pursuant to 11 U.S.C. §§ 105 and 1141 Enforcing Confirmation Order and for Civil Contempt Sanctions (the "Enforcement Motion").   The Enforcement Motion sought, among other things, an order directing Cangelosi and other Lenders specified therein, to comply with the express terms of the Confirmation Order and the LSAs.

38.    Following briefing by the parties, the Bankruptcy Court held a hearing on the Enforcement Motion on June 20, 2007.   At the hearing, Judge Riegle directed Cangelosi to mail a letter to all borrowers advising them that Cangelosi's May 18, 2007 correspondence was "void and of no effect," that Compass remains the exclusive entity authorized to act on behalf of the Lenders on the Loans, and that all payments on the Loans should continue to be made directly to Compass.

39.    Cangelosi sent a two-page letter to all Lenders reporting on the June 20, 2007 hearing.   This letter failed to mention Judge Riegle's ruling that Compass remained the exclusive entity authorized to act on behalf of the Lenders in the Loans.

40.    Compass sent a letter to Cangelosi on July 20, 2007 advising that Cangelosi, the LPG and the LLCs had not complied with Judge Riegle's order and that a letter must be sent to borrowers advising them that the LLCs' purported termination of Compass was void and of no effect.   Compass' letter also informed Cangelosi that Compass had learned that Lenders affiliated with Cangelosi and the LPG were still contacting borrowers and directly negotiating payments of their Loans in violation of the LSAs.   Cangelosi failed to respond to Compass' July 20 letter or otherwise acknowledge her failure to comply with Judge Riegle's June 20, 2007 order.

41.    On July 24, 2007, Compass filed in the Bankruptcy Court a Motion For Order

Pursuant to 11 U.S.C. § 105 Compelling Compliance with the June 20, 2007 ruling of the Bankruptcy Court (the "Second Enforcement Motion").

42.     On July 26, 2007, Cangelosi sent another letter to borrowers. Again, this letter did not comply with Judge Riegle's June 20, 2007 ruling; instead it erroneously informed borrowers that the Bankruptcy Court "entered an order temporarily staying and enjoining the Lenders termination of Compass" and that Cangelosi was "confident their termination of Compass was proper,"

43.     A hearing was held on July 27, 2007 in the Bankruptcy Court. At the hearing, Judge Riegle called Cangelosi's letter "totally inappropriate in a letter that is meant to ensure that borrowers still pay Compass." Judge Riegle ordered Cangelosi to send another letter to the borrowers and to all Lenders affiliated with Cangelosi. Judge Riegle ordered that this letter include explicit language advising that the purported termination of Compass by the LLCs was "ineffectual," and that Compass remains the servicer of the Loans pending further order of the Court.

44.     Judge Riegle further ordered that this letter explicitly state that "Compass remains the exclusive entity authorized to act on behalf of all Lenders in the Loan." Judge Riegle also ordered that a copy of the Bankruptcy Court's Order (entered thereafter on August 1, 2007) be attached to each letter.

45.     The August 1 Order provided that, until further order of a court of competent jurisdiction: (i) all Lenders are enjoined, prevented and restrained from terminating Compass, or effectuating any change or replacement of Compass as their Loan servicer, (ii) Compass remains the Loan servicer with respect to all Loans, and (iii) Lenders are enjoined from initiating contact with the borrower in any Loan which undermines Compass' exclusive authority to act on behalf of the Lenders as Loan servicer, or purports that an entity other than Compass is authorized to negotiate with the borrower on behalf of the Lenders in such Loan.

46.     Cangelosi sent the letter required by Judge Riegle on or about August 6, 2007.

47.     Despite Judge Riegle's explicit orders, Cangelosi and certain members of the LPG continued to engage in communications with borrowers because of Cangelosi's stated intention that "[i]f you get Compass out of the way, then you get a better deal for the [Lenders]. Straight

and Simple." Cangelosi admitted to communicating with at least eight borrowers about their Loans between August 1, 2007 and September 8, 2007.

48.    For example, Cangelosi admitted to communicating with Kent Hoggan, a borrower, between September 1st and September 8th of 2007, about whether a notice of default had been issued against his property or if Compass had begun foreclosure proceedings against his property. Cangelosi and Hoggan also communicated about the possibility of the Lenders forbearing if Hoggan again began paying interest on the Loan.

49.    Cangelosi also admitted to multiple conversations with Abel Godines, the borrower in the Lerin Hills Loan between August 1, 2007 and September 8, 2007 about the status of the Loan. During this time period, Loan Captain Kesler also communicated with Godines about the Lerin Hills Loan. Cangelosi developed such a close relationship with Godines that, she testified, he called her "almost crying" about his inability to make good on his obligations.

50.    Cangelosi also admitted to speaking to Bob Russell, the borrower in several USACM Loans, including the Copper Sage Loan, in or around July 2007. Cangelosi asked Russell if he was willing to dismiss a lawsuit against Lenders in the Copper Sage Loan if those Lenders sold their interest in the Loan to a vulture fund.

51.    As a result of Cangelosi's improper conduct, on November 6, 2007, the United States District Court entered an order holding, among other things, that "any and all efforts to terminate Compass as servicer of the Loans heretofore taken by Cangelosi, FDH, L2L, or the LLCs were void and without effect, including, but not limited to, the purported termination of Compass as servicer of the Loans pursuant to the letters executed by Cangelosi on behalf of FDH as purported manager of the LLCs dated May 18, 2007."

52.    To this very date, Cangelosi has continued to interfere with the servicing activities of Asset Resolution, inserting herself into Asset Resolution's efforts during 2008 and 2009 to sell a foreclosed upon property in Houston for the benefit of all the Lenders with interests in that Loan. The activities of Cangelosi and others who acted in concert with her were the direct and proximate cause of a decrease in value for the property of more than $8 million.

53.    No proper or legally effective notice of termination has ever been served on Compass, Silar or Asset Resolution.

## FIRST CAUSE OF ACTION

### (Declaratory Judgment – Asset Resolution against all Defendants)

54.    Plaintiffs reallege and replead each and every allegation of the preceding paragraphs as fully set forth hereunder.

55.    Asset Resolution is the current owner of the rights under, and is a party to, the LSAs, and is the successor to Compass' rights thereunder.

56.    An actual, ripe and justiciable controversy has arisen and now exists between Asset Resolution on the one hand, and the Defendants on the other as follows:

   a.    Asset Resolution contends that no termination of the Loan servicing rights or the LSAs has occurred.  Defendants contend, however, that Compass was terminated as Loan servicer and therefore Asset Resolution did not acquire the Loan servicing rights when it foreclosed on Compass.

   b.    Asset Resolution contends that the Notes and LSAs provide for the payment to the Loan servicer of its compensation, including, but not limited to, default interest and late fees, relative to an individual Loan before payment to the Lenders on that Loan of the sums due them.  Defendants contend, however, that the Lenders are entitled to receive payments of principal and ordinary interest before the Loan servicer is able to receive payment of its compensation represented by default interest and late fees.

   c.    Asset Resolution contends that pursuant to the terms of the LSAs, the Lenders may only terminate the Loan servicer for cause upon the election of the holders of 51% of the beneficial interests in a given Loan to do so.  Defendants contend, however, that cause need not be established for a termination to be effective.

   d.    Asset Resolution contends that there is no current basis to terminate Asset Resolution as the Loan servicer.  Defendants contend, however, that cause exists to terminate Asset Resolution as Loan servicer.

   e.    Asset Resolution contends that the LSAs obligate the Lender, and not the Loan servicer, to fund advances to protect the Lender's interest in the Loan

Page 42

and the collateral property.  Defendants contend, however, that the LSAs require the Loan servicer to fund advances.

57.    A determination of the disputes set forth in paragraph 54 above is necessary and appropriate at this time to resolve the contractual disputes between Asset Resolution and Defendants.

## SECOND CAUSE OF ACTION

### (Breach of Contract – Asset Resolution against all Defendants)

58.    Plaintiffs reallege and replead each and every allegation of the preceding paragraphs as fully set forth hereunder.

59.    Asset Resolution is the current owner of the rights under, and is a party to, the LSAs, and is the successor to Compass' rights thereunder.

60.    Asset Resolution and each of the Lenders are contractual counter-parties to the LSAs.

61.    Each LSA provides, among other things, that:

a.  The Loan servicer's compensation consists of (i) an annual or base servicing fee; (ii) any late charges collected from the borrower pursuant to the terms of the relevant promissory note; (iii) default interest collected from the borrower pursuant to the terms of the relevant promissory note;

b.  The Loan servicer may delegate specific Loan servicing functions to credit bureaus, real estate tax service companies, real estate brokers or agents, appraisers, attorneys, trustees or others;

c.  The LSA is binding upon and shall inure to the benefit of the parties' respective successors and assigns;

d.  The Loan servicer will exercise its business judgment in taking steps to collect payment from the borrower under the note should the borrower fail to make payment as required by the note;

e.  The holders of 51% of the beneficial interests in a Loan may terminate the Loan servicer, for cause only;

f.  The Loan servicer may accept a discounted pay-off or short-sale upon the

consent of the holders of 51% of the beneficial interests in a Loan and that a Lender's failure to object to the discounted payoff of short sale is deemed to be a consent; and

g.  The Lender is required to pay servicing advances "immediately or upon demand" by the Loan servicer.

62.    In reliance on the Defendants' promised performance of their obligations under the LSAs, including, without limitation, those obligations set forth in paragraph 58 above, Silar, on behalf of its managed funds, financed approximately $67 million under its agreements with Compass. All of Silar's interests with respect to Compass, and in and to the collateral that was pledged under the financing agreements, have been assigned to Silar and to Asset Resolution.

63.    Also in reliance on the Defendants' performance of their obligations under the LSAs, including, without limitation, those obligations set forth in paragraph 58 above, Compass expended more than $25 million of its equity to service the properties for the benefit of the Lenders, including advancing funds to, among other things, pay delinquent taxes, to discharge mechanics' liens, pay insurance premiums and the like.

64.    Defendants, individually and through the LPG (including by ratifying its actions), by supporting and pursuing the actions of Cangelosi and others, have each breached their respective LSAs by, among other things: (i) purporting to terminate Compass as a party to the LSAs without cause; (ii) refusing to acknowledge Asset Resolution as a party to the LSAs; (iii) interfering, collectively and individually, with Compass' and now Asset Resolution's performance under the LSAs; and (iv) failing and refusing to pay servicing advances immediately and/or upon demand by Compass and Asset Resolution.

65.    As a result of these breaches, Compass and Asset Resolution were deprived of the benefit of their bargain with respect to the LSAs.

66.    Additionally, Compass and Asset Resolution have spent significant sums in performing their obligations under the LSAs, and those sums have been lost as a result of Defendants' breaches, as alleged herein.

67.    Due to Defendants' conduct, Asset Resolution has been damaged in an amount in excess of $10,000.00.

68. Asset Resolution has been required to retain legal counsel to enforce its rights and seek recovery of all reasonable attorneys' fees and costs incurred in this action.

### THIRD CAUSE OF ACTION

### (Breach of Covenant of Good Faith and Fair Dealing – Asset Resolution against all Defendants)

69. Plaintiffs reallege and replead each and every allegation of the preceding paragraphs as fully set forth hereunder.

70. Asset Resolution is the current owner of the rights under, and is a party to, the LSAs, and is the successor to Compass' rights thereunder.

71. Asset Resolution and each of the Hard Money Investors are contractual counter-parties to the LSAs.

72. Defendants, as parties to the LSAs, owed Compass and owe Asset Resolution a duty of good faith and fair dealing arising from the LSAs.

73. As alleged more fully above, Defendants breached the duty of good faith and fair dealing they owed Compass and Asset Resolution by:

    a. Purporting to terminate Compass as Loan servicer, without cause, and otherwise in violation of the terms of the LSAs;

    b. Making misrepresentations about Compass, Silar and Asset Resolution to other Lenders for the purpose of inducing those Lenders to breach their obligations under their own LSAs; and

    c. Acting generally and repeatedly and at least since March 2007 in contravention with the letter and spirit of the LSAs and in order to frustrate Compass' and then Asset Resolution's ability to perform under the LSAs.

74. As a result of the Defendants' breaches of the covenant of good faith and fair dealing implied in the LSAs, Asset Resolution has been damaged in an amount in excess of $10,000.00.

75. Asset Resolution has been required to retain legal counsel to enforce its rights and seek recovery of all reasonable attorneys' fees and costs incurred in this action.

### FOURTH CAUSE OF ACTION

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

(Civil Conspiracy – against all Defendant members of the LLCs, LPG, L2L and other Lenders conspiring therewith)

76.    Plaintiffs reallege and replead each and every allegation of the preceding paragraphs as fully set forth hereunder.

77.    The Lenders, as individuals and as members of the various Nevada limited liability companies formed by Donna Cangelosi and as members of the Lenders Protection Group (LPG) worked in concert to deprive Compass and ultimately Asset Resolution of the Loan servicing rights acquired from USACM.

78.    The Defendants worked together as a group with the intention to interfere and cause harm to Plaintiffs by, among other things, contacting borrowers and indicating that borrowers should direct their payments to L2L rather than to Compass, improperly refusing to allow Compass to renegotiate the terms of several Loans to avoid foreclosure, improperly refusing to accept valid purchase offers, refusing to fund advances as required by the LSAs, and attempting to terminate Compass as the Loan servicer without cause and in violation of the LSAs and several Bankruptcy Court orders.

79.    Such actions were conducted with the objective of causing harm to Plaintiffs by interfering with the Loan servicing rights and interests in the various Loans that Compass and then Silar and Asset Resolution acquired from USACM. Defendants acted in concert with the intent to harm Silar's and Asset Resolution's interests by causing damage to the value of the assets purchased by Compass in the USACM bankruptcy case.

## FIFTH CAUSE OF ACTION

(Concert of Action – against all Defendant members of the LLCs, LPG, L2L and other Lenders acting in concert therewith)

80.    Plaintiffs reallege and replead each and every allegation of the preceding paragraphs as fully set forth hereunder.

81.    The Defendants had an agreement among them and acted in conformity with that agreement when they committed they intentionally interfered with Plaintiffs contracts with other Lenders.

82.    The Defendants acted pursuant to a common design to derail the efforts of Compass

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

and ultimately Silar and Asset Resolution to service the various Loans in which Silar had invested by, among other things, contacting borrowers and directing those borrowers to make all future Loan payments to L2L instead of Compass, improperly attempting to terminate Compass and now Silar and Asset Resolution as Loan servicer without cause, improperly refusing to accept legitimate purchase offers, and refusing to fund advances as required by the LSAs.

83.   As a result of Defendants' conduct, Plaintiffs have been damaged in an amount in excess of $10,000.

## SIXTH CAUSE OF ACTION

### (Conversion – against all Defendant members of the LLCs and LPG)

84.   Plaintiffs reallege and replead each and every allegation of the preceding paragraphs as fully set forth hereunder.

85.   Defendants committed a distinct act of dominion over Plaintiffs' personal property when the Defendants contacted borrowers and directed the borrowers to no longer send Loan payments to Compass, but to direct all payments to L2L.

86.   Such conduct was inconsistent with Plaintiffs' rights to service the various Loans embodied in the Loan servicing agreements and USACM's confirmed plan of reorganization and caused severe damage to the value of the assets purchased by Compass and now owned by Asset Resolution.

87.   Defendants acts were in defiance, derogation or exclusion of Plaintiffs' exclusive rights to service the Loans.

88.   As a result of Defendants' conduct, plaintiffs have suffered damages in excess of $10,000.

## SEVENTH CAUSE OF ACTION

### (Intentional Interference with Contractual Relationships – against all Defendant members of the LLCs and the LPG)

89.   Plaintiffs reallege and replead each and every allegation of the preceding paragraphs as fully set forth hereunder.

90.   Asset Resolution, as the current owner of the Purchased Assets, acquired the rights previously held by Compass and USACM to service the Loans pursuant to the various LSAs, for

Page 47

1   the benefit of over 3,000 Lenders with interests in various USACM brokered Loans.

2       91.   The Defendants, in their capacity as individual members of the various LLCs

3   formed by Donna Cangelosi and as members of the LPG were aware of Plaintiff's contracts with

4   the remaining Lenders.

5       92.   These Defendants, as members of the LLCs and LPG committed intentional acts

6   intended or designed to disrupt Plaintiffs' contractual relationships with the other Lenders.  For

7   example, the Defendant members of the LLCs and LPG solicited further membership of the LLCs

8   and LPG from various Lenders in an effort to terminate the Loan servicer and commence servicing

9   of the Loans through L2L in violation of the LSAs.  As previously stated, these Defendants also

10  contacted the borrowers and directed them to make further payments to L2L and not Compass,

11  again in direct violation of the LSAs that Plaintiffs had in place with other Lenders.  This conduct

12  interfered with Plaintiffs' own contractual rights to service the Loans on behalf of other Lenders

13  under the LSAs.  These Defendants' attempts to induce other Lenders to breach the LSAs and join

14  forces with the LPG and LLCs also interfered with Plaintiffs contractual relationships and

15  interfered with Plaintiff's own rights under the LSAs to perform the servicing obligations and to

16  collect the fees to which it is entitled thereunder..

17      93.   As a result of this conduct, Plaintiffs have suffered damages in excess of $10,000.

18                              **EIGHTH CAUSE OF ACTION**

19                (Alter Ego Liability – against Defendant Members of LLCs)

20      94.   Plaintiffs reallege and replead each and every allegation of the preceding

21  paragraphs as fully set forth hereunder.

22      95.   The Nevada limited liability companies formed by Donna Cangelosi, were

23  influenced and governed by Cangelosi and their Hard Money Investor members.

24      96.   There was such a unity of interest between the Lender members of the LLCs  and

25  the LLCs that they are inseparable from one another.

26      97.   The facts alleged herein are such that adherence to the fictional entities, i.e. the

27  LLCs, would either sanction a fraud or promote injustice.

28      98.   As a result of these actions, Plaintiffs have been damaged in an amount greater than

$10,000.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiffs pray for judgment against the Defendants, and each of them, as follows:

1.    For general damages and loss in an amount in excess of ten thousand dollars ($10,000.00);

2.    For special damages in an amount to be determined at the time of trial;

3.    For an award of compensatory, consequential, statutory, exemplary, and punitive damages in an amount in excess of $10,000.00;

4.    For reasonable attorneys fees, pre and post judgment interest, the cost of suit; and

5.    For such other and further relief as the Court may deem just and proper.

DATED this 28th day of August, 2009.

Respectfully submitted,

GREENBERG TRAURIG, LLP

By: _____
PHILIP M. HYMANSON, ESQ.
Nevada Bar No. 2253
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
F. CHRISTOPHER AUSTIN
Nevada Bar No. 6559
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiffs*