SUMM
PHILIP M. HYMANSON, ESQ. (NV Bar 2253)
hymansonp@gtlaw.com
ERIC W. SWANIS, ESQ. (NV Bar 6840)
swanise@gtlaw.com
F. CHRISTOPHER AUSTIN (NV Bar 6559)
austinc@gtlaw.com
GREENBERG TRAURIG, LLP
3773 Howard Hughes Pkwy, Ste 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002
*Counsel for Plaintiffs*

COPY

## DISTRICT COURT

## CLARK COUNTY, NEVADA

| | |
|---|---|
| ASSET RESOLUTION, LLC, a Delaware limited liability company, SILAR ADVISORS, LP, a Delaware limited partnership, and SILAR SPECIAL OPPORTUNITIES FUND, LP, a Delaware limited partnership, <br><br> Plaintiffs, <br><br> vs. <br><br> DONNA CANGELOSI, an individual resident of Nevada, LENDER 2 LENDER, LLC, a Nevada limited liability company, FDH Resolution Company, LLC, a Nevada limited liability company, CHARLES B. ANDERSON TRUST, created in Michigan, RITA P. ANDERSON TRUST, created in Michigan, BALTES COMPANY, incorporated in Michigan, KEHL DEVELOPMENT CORPORATION, incorporated in Iowa, MOJAVE CANYON INC., incorporated in Nevada, DEATH VALLEY ACQUISITIONS, LLC, a Nevada limited liability company, WARREN HOFFMAN FAMILY INVESTMENTS, LP, a limited partnership formed in Iowa, PATRICK J. ANGLIN, an individual resident of Illinois, JUDY A. BONNET, an individual resident of Illinois, CHRISTINA M. KEHL, an individual resident of Illinois, DANIEL J. KEHL, an individual resident of Iowa, KEVIN A. KEHL, an individual resident of Iowa, KEVIN KEHL AS GUARDIAN OF ANDREW KEHL, an individual resident of Iowa, KEVIN KEHL AS GUARDIAN OF | Case No. A-09-598165-B <br> Dept No. XXV <br><br> SUMMONS |

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

1  SUSAN L. KEHL, an individual resident of
Iowa, KRYSTINA L. KEHL, an individual
2  resident of Illinois, ROBERT A. KEHL &
TINA M. KEHL, individual residents of
3  Illinois, ROBERT J. KEHL & RUTH ANN
KEHL, individual residents of Nevada,
4  KEVIN MCKEE, an individual resident of
Iowa, PAMELA J. MCKEE, an individual
5  resident of Iowa, CYNTHIA WINTER, an
individual resident of Iowa, LENDER 2
6  LENDER, LLC, a Nevada limited liability
company, FDH Resolution Company, LLC, a
7  Nevada limited liability company, STAN
TARA, an individual resident of Nevada,
8  CHARLES    MARADEN,    an    individual
resident of Nevada, ROBERT BERRY, an
9  individual    resident    of    Nevada,    JOE
LAFAYETTE, an individual resident of
10  California, ARTHUR KRISS, an individual
resident of Utah, CYRIL TAMMADGE, an
11  individual resident of California, ROBIN
GRAHAM,    an    individual    resident    of
12  California, PATSY REIGER, an individual
resident of Nevada, TERRY MARKWELL,
13  an individual resident of Nevada, CAROL
SIMON, an individual resident of Nevada,
14  LE ANN APIGIAN, an individual resident of
Washington, CONNIE WESTBROOK, an
15  individual resident of Nevada, JONATHAN
ELLER, an individual resident of California,
16  DANIEL NEWMAN, an individual resident
of Arizona, DON HESS, an individual
17  resident of California, KEN ZAWACKI, an
individual resident of California, WALTER
18  MUSSO, an individual resident of California,
STEVEN    KOWALSKI,    an    individual
19  resident of California, JANICE LUCAS, an
individual resident of California, BRIGITTE
20  KANEDA,    an    individual    resident    of
California, CINDEE DAVIS, an individual
21  resident of Nevada, BILL DENNY, an
individual    resident    of    California,    ED
22  BURGESS, an individual resident of Nevada,
DOMINIQUE NAYLON, an individual
23  resident of California, TITO CASTILLO, an
individual resident of Florida, CAROL
24  KESLER, an individual resident of Utah,
LAWRENCE    TENGAN,    an    individual
25  resident of Nevada, ALFIE FUJITANI, an
individual resident of Nevada, NANCY
26  TURNER, an individual resident of Oregon,
EDWARD SCHOONOVER, an individual
27  resident of Washington, BUCK WAHL, an
individual resident of California, VICTORIA
28  CONWAY,    an    individual    resident    of

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

California, ROBERT FULLER, an individual resident of Nevada, LINDA DOERR, an individual resident of Nevada, MAUREEN HJELTE, an individual resident of California, CRAIG WISCH, an individual resident of Connecticut, GLEN SHAKE, an individual resident of Indiana, TONY CHAUDHRY, an individual resident of Washington, KEVIN OLSON, an individual resident Nevada, ROBERT BENDER, an individual resident of California, CHRISTINA KNOLES, an individual resident of Colorado, RODGER W. STUBBS, an individual resident of Florida, 1-3 Enterprises LLC., an entity of unknown origin; 1823 Corporation, a California corporation; 1995 Tobe Eugene Stricklin & Barbara Stricklin Revocable Trust dated 4/11/95; 1996 Knobel Trust dated 9/5/96; 1996 Scafidi Childrens Trust dated 6/27/96; Phillips Family Trust dated 10/24/89; A, Andrew Schwarzman IRA; Phillips Family Trust dated 10/24/89; A-1 Casters & Equipment Reno, L.L.C., an entity of unknown origin; Aaron Hawley, an individual; Osherow Trust dated 9/11/89; Abraham Serouya, an individual; Acres Corporation a Nevada corporation; Acres Corporation Defined Benefit Pension Plan; Acres Profit Sharing Plan; ACS Properties, Inc., A Florida Corporation; Action Sports Alliance USA Inc. a Nevada corporation; Adam L. Fettedy, an individual; Al-Awar Living Trust; Adrian J.R. Oosthuizen, an individual; KM Trust; Murray Trust; B.A.B.S., Inc. Trust; Al Kraus, an individual; Katrina Kraus, an individual; Michael Family Trust dated 12/14/03; Alan B. Friedman, an individual; Alan G. & Patty J. Dondero 1992 Revocable Trust; Alan Groh IRA; Alan M Markus, an individual; Trena L Markus, an individual; Alan Robinson, an individual; Gail Robinson, an individual; Alan S & Carolyn A. Duncan Declaration of Trust dtd 09-03-98; Simon Family Trust 2000; Albert Daniel Andrade, an individual; Albert J. Mineconzo Living Trust dated 11/4/97; Albert M. Arechiga, an individual; Albert Winemiller, an individual; Debra Winemiller, an individual; Albert Winemiller Inc., an entity of unknown origin; Albert Winemiller Limited Partnership, an entity of unknown origin; Aldon G. Cook, an individual; Deedra Cook, an individual; APG Trust dated 7/5/00; Alexander P. Rayment, an individual; Maria A. Rayment, an individual; Alexander W.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  Marchuk, an individual; Doreen W. Marchuk,
   an individual; Tennariello Revocable Trust;
2  Honikman 1993 Trust dated 2/19/93; Alice
   Shepherd, an individual; The Alice Shepherd
3  Trust; Alicia McBride, an individual; Marion
   McBride, an individual; Herd Family Trust
4  dated 4/23/90; Mault Family Trust; Allen K.
   Forbes, an individual; Allen M. Nirenstein &
5  Dorothy H. Nirenstein 1992 Revocable Trust
   dated 3/4/92; Allen Zalkind, an individual;
6  Sandra Zalkind, an individual; Alma B.
   Moore, an individual; Alneil Associates, an
7  entity of unknown origin; Alneil Lipp LLC,
   an entity of unknown origin; Paul G. Chelew
8  Charitable Remainder Unitrust III; Alta
   Funding, Inc., A Florida Corporation; Alterio
9  A.G. Banks Living Trust dated 2/13/96;
   Althea F. Shef Living Trust dated 5/1/03;
10 Alvaro V. Perez, an individual; Heidi L.
   Perez, an individual; Alvin Broido Marital
11 Trust U/A dated 4/224/72; Amherway
   Equities LLC, an entity of unknown origin;
12 Alvin M. Swanson & Grace E. Swanson
   Family Trust dated 9/14/94; Andrew
13 Dauscher, an individual; Ellen Dauscher, an
   individual; Andrew H. Shahin Trust dated
14 6/6/94; Andrew R. Peterson & Shams
   Peterson 1991 Living Trust dated 11/22/91;
15 Andrew R. Kehl UNVUTMA; Angela G.
   Mosinskis Family Trust dated; Angela Jane
16 Deglandon, an individual; Angela S. Snyder,
   an individual; Ann R. Dery, an individual;
17 James D. Dery, an individual; Anna
   Lacertosa, an individual; Marie Lacertosa, an
18 individual; Abrams Living Trust dated
   10/23/96; Anne F. Di Salvo, an individual;
19 Annee Nounna Family Trust; Acres Profit
   Sharing Plan; Rehberger Family Trust dated
20 6/17/92; Rehberger Family Trust dated
   6/17/93; Acres Corporation, A Nevada
21 Corporation; Anthony J Zerbo, an individual;
   Anthony P. Wynn, an individual; Sheri J.
22 Wynn, an individual; Anthony & Nancy
   Prescia Family Trust 101321229; The
23 Gambello Trust; Anton Trapman, an
   individual; Alamo Family Trust dated
24 12/30/86; Aprille J. Pihl, an individual;
   Weible 1981 Trust dated 6/30/81; Area 2
25 LLC, a Nevada limited liability company;
   Arlene Beadle, an individual; Arlene J. Fine
26 IRA; Arline L. Crank & Edward H. Davies
   Living Trust dated 6/27/03; Alves Family
27 Trust dated 10/27/89; Arnold Rosenthal, an
   individual; Arnold Stairman Profit Sharing
28 Plan; Arthur E. Kebble & Thelma M. Kebble

Family Trust dated 5/19/95; Schnitzer Living
Trust dated 10/29/91; Arthur Polacheck, an
individual; Glorianne Polacheck, an
individual; Arthur T. Donaldson, an
individual; Arthur V. Adams Trust dated
9/12/97; Athanasia T. Stein, an individual;
The Roe Living Trust dated 2/14/95; Audrey
M. Whightsil Revocable Living Trust;
August J. Amaral, Inc., a Nevada
corporation; Aurora Investments Limited
Partnership, an entity of unknown origin;
Aylene Geringer, an individual; Mark Zipkin,
an individual; B & W Precast Construction,
Inc., A California Corporation; B2PW, an
Oregon Partnership; Bay Area Capital, LLC,
an Oregon LLC; Barbara A. Cecil IRA;
Barbara J. Kewell Trust dated 7/18/89;
Barbara J. Speckert Revocable Living Trust
dated 6/19/05; Barbara L. Gunther, an
individual; The Barbara M. Sanchez 2002
Revocable Living Trust dated 4/4/02; The
Barbara M. Sanchez 2002 Revocable Living
Trust dated 4/4/03; The Barbara M. Sanchez
2002 Revocable Living Trust dated 4/4/04;
The Barbara M. Sanchez 2002 Revocable
Living Trust dated 4/4/06; The Barbara M.
Sanchez 2002 Revocable Living Trust dated
4/4/05; Barbara Sklar Revocable Living Trust
dated 8/31/01; Barbara Sue Luthi IRA;
Barbara Susan Malkoff, an individual;
Barnhart Family Trust dated 10/2/92; Baron
Family Trust; Barton R Wilkinson, an
individual; Dianna L. Wilkinson, an
individual; Basil Honikman, an individual;
Linda Honikman, an individual; Basko
Revocable Trust dated 7/21/93; Becht
Borggrebe Trust; The Benz Family Trust
dated 7/14/95; Ben Lofgren, an individual;
Dana Lofgren, an individual; Benita M.
Rashall, an individual; Benjamin & Aleath
Nicosia; Bernard Kloenne Living Trust dated
10/10/86; Bernard Greenblatt Living Trust
UA dated; Bernard L. Finley, an individual;
Jacklyn Finley, an individual; Lehrer Family
Trust dated 2/3/04; Bernard Sindler IRA; B S
Living Trust; Dalton Trust dated 1/7/94; Bert
E. Arnlund Charitable Remainder Unitrust
dated 12/31/01; Leon E. Singer  & Suzy
Singer Revocable Trust dated 6/30/99; Bertha
Strauss, an individual; Bettencourt Family
Living Trust dated 9/9/97; Betty J. Phenix, an
individual; Betz Family Trust; The Beulah J.
Johnson Living Trust dated 5/3/01; Bill
Dupin, an individual; Penny Dupin, an
individual; Penn Family Trust dated 1/20/90;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

1   Billie R. Cislaghi Trust; Billy D. Denny and
2   Donna R. Denny 2000 Revocable Trust dated
    1/26/00; Billy Shope, Jr. Family LP, a
    Nevada limited partnership; Bishofberger
3   Charitable Remainder Trust Uad 11/3/94;
    Blood Family Trust dated 5/18/99; Bob
4   O'Connor   Self   Employed   Retirement
    Account; Bonfiglio & Associates Ltd., an
5   entity of unknown origin; Bosworth 1988
    Family Trust For Eric Ronning; Brad L.
6   Larson, an individual; Bradbury Retirement
    Plan & Trust dated 5/26/99; Bradford A.
7   McMullin, an entity of unknown origin;
    Brandin Family Trust dated December 1980
8   As Updated; Brant C. Lyall, an individual;
    Kathy J. Lyall, an individual; Brenda Falvai,
9   an individual; Brian L. Riley IRA; Broadwalk
    Investments Limited Partnership; Brooke
10  Ann Hawley, an individual; Stephen Hawley,
    an   individual;   Brooks   Bishofberger,   an
11  Individual;   Brooks   H.   Robinson,   an
    individual; Dee Dee Robinson, an individual;
12  Brouwers Family Trust dated 1/11/1995;
    Bruce D. Bryen, an unmarried man transfer
13  on death to Erica Bryen; Bruce D. Wallace,
    an individual; James B. Avanzino, an
14  individual; B.D.W. 1987 Trust dated 9/29/87;
    Bruce R. Lemar, an individual; Bryce F. Bell,
15  an  individual;  Bunny  C.  Vreeland,  an
    individual; Burt Family Trust #2; David A
16  Sack Irrevocable Trust Dated 3/28/94; Burton
    M. Sack, an individual; Scott A. Sack
17  Irrevocable Trust Dated 3/18/94; Byran J.
    McWaters, an individual; Lisa J. McWaters,
18  an individual; C. Deann Dutt Trust; C.
    Donald Ayers, an individual; C. K. Khury &
19  Irene K. Bass Family Trust; C.K. Khury, an
    individual; Irene K. Bass, an individual; Cad
20  C. Hagen, an individual; Cale Family Trust
    dated 11/16/88; Jay S. Stein IRA; Susan F.
21  Gackenbach    IRA;    Cal-Mark    Beverage
    Company Defined Benefit c/o Nevada Trust
22  Company;   Winkler   Family   Trust   LTD
    3/13/86; Capstone Asset Management, an
23  entity of unknown origin; The Carey B.
    Sigmen & Lisa K. Sigmen Trust dated
24  3/3/97; Carl M. Warfield, an individual;
    Laura W. Warfield, an individual; Neilan
25  Living Trust dated 01/02/04; Carlos A.
    Trujillo, an individual; Carmen Neidig, an
26  individual; Carol A. Kelly, an individual;
    Carol A. Squicci Revocable Trust dated
27  5/12/03; Trust A of the 1983 Living Trust
    Agreement dated 8/11/83; Carol Edward
28  Associates, an entity of unknown origin;

Carol J Pruner Trust dated 11/24/99; Carol J.
Simcock IRA; Carol Kiland IRA; Carol
Mortensen Family Trust dated 9/9/90; Carol
Sue Dunton, an individual; Ken M. Jaffe &
Amy Jaffe-Rosen; Carson Family Trust dated
11/19/04; Carter L. Grenz, an individual;
Cassandra J. Robbins, an individual;
Catalanello Trust dated 2/1/99; Catherine D.
Oppio Trust dated 2/11/04; Catherine
Garland, an individual; Catherine Perrone, an
individual; Cecil E. Riordan, an individual;
Barbara Riordan, an individual; Center State
Beverage, Inc., a California corporation;
Charles Kastler III & Margaret L. Kastler
Family Trust dated 8/17/89; Clair W. Potter
Trust; Charles B. Plunkett Revocable Trust;
Charles Bombard 1999 Trust dated 12/3/99;
Charles Duke Cummins, an individual; April
M. Cummins, an individual; Charles E.
Borom, an individual; Lanna G. Borom, an
individual; Charles Jeremy Ainsworth, an
individual; Charles Kastler III, an individual;
Margaret L. Kastler, an individual; Charles
Kastler III & Margaret L. Kastler Family
Trust dated 8/17/89; Charles Lebron Parker,
an individual; Charles P. Rashall Living Trust
dated 4/14/99; Charles R. Maraden, an
individual; Valorie Callahan, an individual;
Charles & Jean Maraden Family Trust dated
12/16/03; Charles S. Boggs Living Trust
dated 8/27/98; Hamm Trust dated 3/17/05;
Charles Wilson Nibley IV, an individual;
Nancy Ann Nibley, an individual; Chesley R.
Davies, an individual; Mary E. Davies, an
individual; Chester R. McDowell, an
individual; Chris F. Lapacik, an individual;
Rosemary D. Lapacik, an individual; Chris
Sharp, an individual; Tern Sharp, an
individual; Christina L. Hess, an individual;
Christina M. Kehl, an individual; Christina
Reale, an individual; Christopher J.
Fernandes, an individual; Dionisio A.
Fernandes, M.D., an individual; Chun Living
Trust dated 2/17/98; Church of the
Movement of Spiritual Inner Awareness, an
entity of unknown origin; Citrus Grove
Apartments, LLC, a California company;
Clair W. Potter Trust; Clara M. Cadieux, an
individual; Clark 1998 Trust; Bartkowski
Family Trust Dated 8/25/1994; Classic Land
LLC, a Nevada Company; Classic Plumbing,
a Nevada Company; Clawiter Associates,
LLC, a California Limited Liability
Company; Helen Clifton as trustee of the
Clifton Family Trust; Clifton H. Spindle, an

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

individual; Verna R. Spindle, an individual; Cole S. Smith, an individual; Colita Kwiatkowski, an individual; Paul Kwiatkowski, an individual; Connie Mihos, an individual; Ivan Loebs, an individual; Connie Westbrook, an individual; Constantyn Chalitsios, an individual; Consuelo B. Alfonso, an individual; Joani A Alfonso-Littrell, an individual; Cornelius Buys, an individual; Helen Buys, an individual; Cornerstone Capital Investments, LLC, a Nevada LLC; Craig L. Rommel, an individual; Ann Made Rommel, an individual; Craig Wisch, an individual; Crosbie B Ronning, an individual; Curtis G. Kastler, an individual; Curtis Hattstrom, an individual; Virginia Hattstrom, an individual; Curtis R. Colagross, an individual; Terri L. Colagro, an individual; Cynthia A. Winter, an individual; Cynthia Ann Pardee Trust dated 6/20/03; Cynthia Burdige Trust U/A dated 4/13/00; Cynthia Burdige, an individual; Daniel Drubin, an individual; C. DeAnn Dutt Trust; Cynthia Devito, an individual; D & K Partners Inc., an entity of unknown origin; D. Joseph & Louise M. Doucet 1989 Trust dated 3/30/89; D. Nathan Meehan, an individual; Dan Nelson, an individual; Teri Nelson, an individual; Daniel D. Newman Trust dated 11/1/92; Altman Living Trust; Daniel C. Barcia, an individual; Daniel O. Carlton & Takeko Carlton Revocable Trust dated 4/30/97; Daniel Carlton, an individual; Daniel Drubin, an individual; Laura Drubin, an individual; Daniel J. Kehl, an individual; Daniel K. Fix & Barbara J. Fix Family Trust; Daniel L. Everett, an individual; Sandra M. Everett, an individual; Daniel L. Pereslete Trust; Daniel Living Trust As Amended dated 1/9/98; Daniel & Virginia Salerno Family Trust dated 8/9/89; Daniel O. Conner IRA; Daniel T. Drubin, an individual; Laura Drubin, an individual; Daniel Uriarte Family Trust dated 10/9/90; Danna Trust Agreement of 1990; Darlene Ashdown, an individual; Vincent N. Greene, an individual; Dar Living Trust dated 2/12/03; Daryl Blanck & Yvonne Blanck Trust dated 3/23/94; Dave Griffith, an individual; David A Kingman, an individual; David A. Souza, an individual; Elizabeth M. Souza, an individual; David B and Renea A Chaffin Family Trust dated 2/27/02; David B. Doutt Sr., an individual; Johnine M. Doutt, an individual; D.B. Greenberg Trust U/D/T 7/20/98; David Barker, an individual; Lisa

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Barker, an individual; David C. Coulson, an individual; Maria V. Ardila-Coulson, an individual; David C. Coulson IRA; David C. Jesse, an individual; David F. Eldridge, an individual; Elfriede R. Fujitani, an individual; David Fossati, an individual; Kelley Family Trust UAD 10/10/91; David G. Livingston, an individual; Erlinda M. Livingston, an individual; Sterling Living Trust; David J. Albiol, an individual; David J. Conklin, an individual; David J. Tammadge, an individual; Kravitz Family Revocable Trust; Griffith Family Trust dated 4/30/92; David M. & Ann D. Eastman Family Living Trust; David M. Blood, an individual; David M. Eby, an individual; Patricia D. Eby, an individual; David M. Olds, an individual; Sally W. Olds, an individual; David M. Thatcher, an individual; Newman Trust dated 1/26/94; David Rubio, an individual; Patricia L. Rubio, an individual; David Rosner Revocable Trust dated 01/05/2005; David Sailon, an individual; Joan Sailon, an individual; David W. Sexton, an individual; Pamela K. Sexton, an individual; Davis Investments A Nevada Partnership; Weible 1981 Trust dated 6/30/81; Debolt Living Trust dated 7/30/01; Deborah A. Daniel, an individual; Debra A. Sierra, an individual; Debra Ann Winemiller, an individual; Dehart/Hooks, LP, A Nevada Limited Partnership; Johnston Estate; Watkins Family Trust dated 7/24/92; Delwin C. Holt, an individual; Denise A. Murphy, an individual; Denise F. Fager Revocable Trust under agreement dated 2/28/03; Dennis A Devito, an individual; Dennis Dalton, an individual; Barbara Dalton, an individual; Dennis G. Campton, MD PSP dated 9/16/72; Dennis J. Dalton IRA; Dennis M. Keegan, an individual; Gwen M. Keegan, an individual; Dennis Raggi, an individual; Dennis Sipiorski, an individual; Donna Sipiorski, an individual; Dennis W. Boegel, an individual; Cynthia Reed, an individual; Desert Commercial Sweeping Inc., an entity of unknown origin; Diane H. Higgins, an individual; Diane L. Bennett, an individual; Diane Massry Aka Denise D. Azrak-Massry, an individual; Dianna Wilkinson IRA; Dina Ladd, an individual; Dionisio A. Fernandes, Md, an individual; Fiola Fernandes, an individual; Dominique Naylon, an individual; Dennis E. Hein, an individual; Carrier Family Trust dated 8/9/91; Don & Helen Hellings

Page 9

Family Trust (dated 2/27/86); Don Marshall, an individual; Donald A Hermann, an individual; Nancy E Hermann; Donald A. Gandolfo, an individual; Margaret D. Gandolfo, an individual; Donald E. Redmon & Jaylyle Redmon Family Trust dated 10/31/95; Virts Revocable Living Trust; Donald Besemer, an individual; Dunbar Revocable Living Trust dated 11/21/1998; Burger 1981 Trust; Brincy Family Exemption Trust (dated 11/5/82); Donald E. Redmon IRA; Virts Revocable Living Trust; The Frey Family Trust; Donald H. Kwiatkowski, an individual; Sandra L. Kwiatkowski, an individual; Donald H. Pinsker, an individual; Sherryl Pinsker, an individual; Donald L. Hess, an individual; Kay J. Hart, an individual; Donald M. & Janice I. Berman 1996 Revocable Trust; Donald Swazey & Beverly W. Swezey Trust dated 2/20101; Flood Family Trust dated 12/24/85; Donald W. Brehm, an individual; Donald W. Spring, an individual; Evelyn Mae Spring, an individual; Donna Dunn Living Trust dated 4/4/00; Donna J. Brooks, an individual; Donna M. Cangolosi Family Trust; The Doris E. Winter Trust; Dorothea K. Kraft, an individual; Douglas Gregg Schulze, an individual; Doreen L. Schulz, an individual; Douglas Littrell, an individual; Joan Littrell, an individual; Minter Family 1994 Trust; Douglas & Nancy O'Herron Trust; Douglas Tichenor, an individual; Susan Tichenor, an individual; Dr. Allan R. Hemdobler, an individual; Sue Hemdobler, an individual; Dr. Carole Talan, an individual; Dr. Damon Paul Walton, an individual; Rebecca Jean Walton, an individual; Dr. Damon Paul Walton IRA; Dr. Dana D. Keith DDS, an individual; Dr. David R. Enrico, an individual; Dr. Bonny K. Enrico, an individual; Dr. Henry C. Ayoub; Dr. Joselito Tan Burgos Jr., an individual; Dr. Louis Rotola, an individual; Bridget Rotola, an individual; Stanley Alexander Trust; Dr. Stanley Alexander, an individual; Florence Alexander, an individual; Draper Family LLP, A Colorado Partnership; Duane Steward, an individual; Diane J. Steward, an individual; Nevada Freedom Corp. PSP dated 10/1/90 AMD 9/1/95; Dunbar Revocable Living Trust dated 11/21/98; Frederick W. Kewell IRA; Dwayne H. Deutscher, an individual; Michelle T. Deutscher, an individual; Yoder Family Trust dated 10/25/00; Harouff Charitable Remainder

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Trust 9/3/96; Dwight W. Harouff, an individual; Mary Ann Harouff, an individual; Harouff Charitable Remainder Trust 9/5/96; Marston Family Trust dated 8/13/93; Earl Hauserman, an individual; Bette Hauserman, an individual; Earl Howsley, Jr., an individual; Ed S. Pedman, an individual; Eddie Mayo, an individual; Jocelyne Helzer, an individual; Eddie Mayo, an individual; Jocelyne Helzer, an individual; Edmund G. Gaylord, an individual; Betty Boose, an individual; Edna P. Wilson, an individual; Sloan D. Wilson, an individual; Edward Panyrek, an individual; Joan Panyrek, an individual; Edward Burgess IRA; Edward E. Byre, Jr. 1998 Trust dated 12/31/98; Edward & Joan Panyrek Trust dated August 11 2005; Scheidegger Family Trust dated 12/26/01; The Schoonover Family Trust dated 2/23/04; Edward O. High, an individual; DeBolt Living Trust dated 7/30/01; Edwin C. Hansen, an individual; Rachel M. Hansen, an individual; Edwin Lowell Hausler, Jr. Living Trust dated 1/3/97; Edwin & Dianne; Edwin Lowell Hausler Jr. Living Trust dated 1/3/92; Edwin Lowell Hausler Jr. Living Trust dated 1/3/93; Edwin Lowell Hausler Jr. Living Trust dated 1/3/94; Elan Reddchl Revocable Living Trust dated 8/4/03; Eleanor A. Couch, an individual; Eleanor Ada Couch Trust dated 12/29/2005; Eleanor L Rogers 1991 Revocable Living Trust dated 7/31/91; Eleanor Varelli, an individual; Elizabeth P. Dokken Trust dated 1/27/93; Elizabeth Stryks Shaw, an individual; Ella M. Lehrer, an individual; Ellen D. Dauscher In Trust For Carleigh Joy Alexandra Zoe & Julian Grace; Ellen V. Dustman, an individual; Oliver Henry, an individual; Ellyson J. Galloway, an individual; Elmer Eugene Gilbert Jr., an individual; Emery Living Trust dated 6/04/91; Emily P. Lee, an individual; Emmeline Punsalan, an individual; Fred G. Neufeld IRA; Eric B. Freedus, an individual; Linda P. Freedus, an individual; Eric C. Disbrow MD Inc. Profit Sharing Plan; Eric S. Perlman, an individual; Eric T. Erickson, an individual; Dolores Y. Erickson, an individual; Erika G. Lynn, an individual; Erika Muchenberger Revocable Trust dated 11/21/03; Ernest J. Moore, an individual; Ernest W. Libman IRA; Eugene Auffert, an individual; Maria Teresa Auffert, an individual; Eugene B. Machock & Dianne D. Machock Family Trust dated 3/3/04; Eugene

Greenberg Traurig, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

C. Wiehe Trust dated 10/31/85; Eunice O. Chapman, an individual; Evan J Madow, D.C. Trust; The Chris H. Sheein (deceased) & Evelyn Asher Sheerin 1984 Trust dated 5/31/84; Evelyn Fisher, an individual; Everett H. Johnston Family Trust dated 1/24/90; Eve E. Zepponi & Billie D. Zepponi Family Trust under agreement dated 2/9/93; Falkenborg Family LLC a California limited liability company; Fernando Cuza, an individual; Kristi Cuza, an individual; Finkel Family Trust dated 7/26/05; Clarence J. Greenwald IRA; Irwin Levine IRA; Alan Groh IRA; Albert Blumenthal IRA; Anton Trapman IRA; Anton Trapman Roth IRA; Boris Lokshin IRA; Cesari Piazza IRA; Charles Kastler III IRA; Craig Zager Sep IRA; Curtis Hattsrom IRA; David Foxcroft IRA; Dianna Wilkinson IRA; Donald C. Dunbar IRA; Donald E. Rerimon IRA; Earl Hauserman-IRA; Edward C. Fraser IRA; Edwin E. Arnold IRA; Eva M. Gehlo Roth IRA; Gary DeMaine IRA; Gary McMahon Sep IRA; George A. Di Gioia IRA; George J. Motto IRA; George R. Haney IRA; Gregory Yonai IRA; Henri L. Louvigny IRA; Jack D. LaFlesch IRA; Jack Mennis IRA; Jacqueline Thurmond IRA; James F. Eves IRA; James M. McConnell IRA; James N. Deglandon IRA; James Paul Gonde IRA; Janice A. Lucas IRA; Jay P. Hingst IRA; Jocelyne Helzer IRA; John A. M. Handal IRA; John W. Brouwers, M.D. Sep IRA; Jorg U. Lenk IRA; Joseph P. Davis IRA; Judith G. Pech IRA; Kenneth A. Woner IRA; Kenneth Addes IRA; Kenneth H. Wyatt IRA; Kristie A. Kayser IRA; Louise Teeter IRA Rollover; Lamberto Eugenio IRA; Larry L. Rieger IRA; Leo W. Lloyd IRA; Lindsey H. Kesler Jr. IRA; Lloyd Frey IRA; Louise Teeter IRA Rollover; Lynn Fettedy IRA; Manuel Rice IRA; Marion C. Sharp IRA; Marvin Nicola IRA; Mary H. Earp IRA; Mary Jellison IRA; Matthew Molitch IRA; Michael J. McLaws IRA; Michael S. Braida IRA; Michael S. Simcock IRA; Nancy C. Serino IRA; Nancy C. Serino IRA; Nancy R. Gilmour IRA; Nelson L. Cohen IRA; Noel E. Rees IRA; Patsy R. Rieger IRA; Paula S. Bender IRA; Peggy Ann Valley IRA; Peter C. Cranston IRA; Phyllis P. Wyatt IRA; Randy Sanchez IRA; Rena Dehart IRA; Richard L. Cadieux IRA; Richard L. Younge IRA; Richard W. Gilmour IRA; Robert D. Earp IRA; Robert G. Fuller IRA; Robert L. Pech IRA; Rosalie A

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Morgan IRA; Rudolf Winkler IRA; Stephen V.Kowalski IRA; Sylvia Hooks IRA; Thomas Rehn IRA; Thomas T. Riedman IRA; Timothy J. Porter IRA; Tina M. Wener IRA; Todd C Maurer IRA; Mary Coleman IRA; Kip B. Virts IRA; Gary D. Ward IRA; Janice Mills, IRA; Harold E Pals IRA; Adene J. Fine IRA; Betty R. Pardo IRA; Brenda J. High IRA; Leah K. Dobyne IRA; Marina Mehlman IRA; Moms Mansell IRA; Robert Speckert IRA; Suzanne Brehmer IRA; Robert Specked IRA; Curtis Clark IRA; Hamilton High IRA; Harold E. Pals IRA; Moms Mansell IRA; Lewis Fine IRA; Thomas C. Gray IRA; Heidi Machock IRA; Fisko Ventures, LLC., an entity of unknown origin; Louise Teeter IRA Rollover; Paul Bloch IRA; Floyd H. Lander Living Trust U-A 4/23/99; Floyd M. Spindle, an individual; Ford S Dunton, an individual; FR Inc, Dba Bombard Electric, an entity of unknown origin; Fraley Limited Partnership, a Nevada limited partnership; Phillips Family Trust dated 10/24/89; Francesco Soro Retirement Plan dated 1/1/99; Francesco Soro, an individual; Francis Donald Riggs Jr, an individual; Jaime Kefalas Trust; Jason A Kefalas Trust; Frank Davenport, an individual; Belmonte Family Trust; Frank Reale, an individual; Frank S. Wasko Revocable Trust dated 5/21/02; Charlotte Snopko Marital Trust dated 8/31/04; Snopko 1981 Trust dated 10/27/81; Frank Valentino, an individual; Stella Valentino, an individual; Frank Wasko, an individual; Ott Family Revocable Trust; Franz .I. Zimmer Revocable Trust dated 02/05/97; Fraser Atwater Properties, LLC, an entity of unknown origin; Fred G Altenburg, an individual; Foxcroft Living Trust dated; Freda Newman Trust dated 7/26/84; Frederick D. Garth, an individual; Blair F. Garth, an individual; Frederick J. Davis, an individual; Windisch 1998 Living Trust; Frederick Paul Windisch, an individual; Freeda Cohen Trust dated 7/11/04; Freedom Properties, Inc., an entity of unknown origin; G & L Nelson Limited Partnership, an entity of unknown origin; G. Robert Knoles, an individual; Christina G. Knoles, an individual; Gail A. Freitas Revocable Trust dated 6/20/03; Robert W. & Gail A. Gray Revocable Trust; Gail Klevay, an individual; Gail M. Hook, an individual; Gail Hodes Living Trust dated 9/10/03; Gale Gladstone Katz Revocable Living Trust dated

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  12/10/03; Craner Family Trust Under
2  Agreement dated 2/23/99; The Gareth A. R.
   Craner Trust Dtd 6/01/02; Gary A. Thibault,
   an individual; Sandra C. Thibault, an
3  individual; Gary Deppe, an individual; Gary
   E. Topp, an individual; Gary E. Tucker, an
4  individual; Linda L. Tucker, an individual;
   Gary L. Bonnema, an individual; Gary
5  Larson, an individual; Dolores Larson, an
   individual; Gary Moberly IRA; Gary R.
6  Barton, an individual; Mavis J. Barton, an
   individual; Gayle Harkins, an individual;
7  GDSS Investors LLC, a Colorado limited
   liability company; Gene Montoya, an
8  individual; Angela J. Howard, an individual;
   Geoffrey Mott, an individual; Maryann Mott,
9  an individual; George Gage Trust dated;
   George Michael Averett, an individual;
10 Claim H. Averett, an individual; Virginia &
   George Minar Living Trust; George S. Cohan
11 & Natalie N.Cohan Family Trust dated
12 4/1/03; George W. Hall & Susan P. Hall
   Revocable Family Trust; Hubbard Trust
13 dated; George W. Hubbard Roth IRA;
   George W. Urda, an individual; Georges
   1987 Trust dated 12/23/87; Merz Family
14 Living Trust dated; Gerald E. Colligan, an
   individual; Gerald L. Bittner Sr. DDS, an
15 individual; Susan I. Bittner, DDS, an
   individual; Gerald L. Bittner, Jr. DDS Profit
16 Sharing Plan; Gerald Marts, an individual;
   Linda R. Marts, an individual; Gerry Topp,
17 an individual; Sperry Family Trust UDO
   4/15/97; Gilbert Manuel Living Trust dated
18 1/3/92; Gladys Mathers, an individual; Joann
   Nunes, an individual; Glen J. Brecht Trust
19 dated 1/24/86; Glenda Lambert Sibley IRA;
   Davis Revocable Living Trust UA 7/06/88;
20 Glenn & Carrie Donahue Living Trust dated
21 4/30/94; Glenn W. Gaboury, an individual;
   Sharon M. Gaboury, an individual; Graf
22 Family Trust dated 2/7/77; Gloria M Swett,
   an individual; Deborah H. Nogaim, an
23 individual; Gloria W. Handelman, an
   individual; Jim Handelman, an individual;
   Handelman Charitable Remainder Unitrust;
24 Gloria Weiner Adams Revocable Trust dated
25 6-8-2005; Gold Plated L.L.C., an entity of
   unknown origin; Gold Runner, L.LC, a
26 Nevada limited liability company; Gonska
   Foundation, LLC, a Nevada limited liability
27 company; The Gordon Rap and Nancy S.
   Phillips Living Trust dated January 17, 1994;
28 The Lyna Young Goodson LP; Grable B.
   Ronning, an individual; Graydon L. Fladager,

an individual; Cynthia A. Flada, an individual; Greeno Family Trust dated 4/25/90; Greenwald Living Trust dated 5/8/90; Greg Milano, an individual; Jane Milano, an individual; Kloenne Living Trust dated 3/11/87; Gregory C. Burkett, an individual; Kathy Burkett, an individual; Gregory D. Yonai Family Trust; Gregory E. Weir, an individual; Gregory R. Thompson, an individual; Gregory Scott Daniel, an individual; The Sak Family Trust dated 12-17-04; Gregory W. Stimpson, an individual; Carrie M. Stimpson, an individual; Guido Mandarino, an individual; Maria Rocco, an individual; Volpel Trust dated 2/2/96; Guy Archer, an individual; Whitman Trust dated 12/1/04; H. Lee Shapiro, an individual; Hamiton High IRA; Hannah Brehmer, an individual; Billy Gates, an individual; Hans J. Leer, an individual; Carolyn F. Leer, an individual; Hans J. Prakelt, an individual; Harkley E. Boak, an individual; Carrie Boak, an individual; Harold Corcoran, an individual; Joyce Corcoran, an individual; Harold Epstein Revocable Living Trust dated 2/14/91; Harold G. Hartwell, an individual; Moody Family Trust; Harold Willard and Beverly Willard 1980 Trust dated 12/18/80; Harry G. Fritz & Beverly C. Fritz Family; Hart Family Trust dated 8/30/99; Harvey A. Kornhaber, an individual; Harvey Alderson, an individual; Harvey Andrew Rineer III Trust UTA; McShaffrey Living Trust dated 3/27/81; Hawley Family Trust dated 8/15/96; Heather Winchester, an individual; William Winchester, an individual; Heidi Machock IRA; Helena A. Bova, an individual; Helmut R. Dobeck, an individual; Eloise A. Dobeck, an individual; The Henry L. Louvigny & Marcella A. Louvigny Family Trust dated 10/18/84; Henri L. Louvigny IRA; Henry E. Pattison, an individual; Ruth V. Pattison, an individual; Henry & Mengta Obermuller Trust dated 9/14/90; Herbert Lum Trust dated 11/27/96; Herbert Slovis, an individual; Julie B. Slovis, an individual; Herbert Sonnenklar, an individual; Norma R. Sonnenklar, an individual; Herndon Family Trust dated 05/29/1997; Herpst Family Trust dated 8/16/90; Huffman Family Trust dated 5/28/98; Hillari Tischler payable on death to Howard Tischler; Hino Family Trust; Hoffman Family Investments LP, an entity of unknown origin; Saulsberry Revocable Inter-Vivos Trust dated 9/9/82; Holly J. Pickerel,

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

an individual; Horizon Investment Management LLC, an entity of unknown origin; Sayler Family Trust dated; Howard Connell, an individual; Lorene Connell, an individual; Brooks Living Trust dated; Howard Kolodny Trust dated 3/22/99; Craig Living Trust dated 08/10/00; Kyle Nehdar UGMA; Hulse Family Trust; I. Zerho, an individual; Finlayson 1991 Family Trust; Ingrid A. Rutherford Family Trust dated 7/8/99; Ira Jay Shapiro, an individual; Blanche Shapiro, an individual; Irene R. O'Hare Trust dated 7/28/88; Irene Trapman, an individual; Anton Trapman, an individual; Iris G. Corley Trust dated 9/19/84; Ivan Loebs, an individual; The J V Marrone Revocable Trust dated 12/12/95; Kirk Family Trust dated 8/24/99; J. Kord Kelley, an individual; Grant M. & J. Laurel Bushman Family Trust; Jack Goldenthal, an individual; Sylvia Goldenthal, an individual; Jack J. Beaulieu Revocable Living Trust dated 9/1/94; Jack L. Dysart, an individual; Jack R Clark, an individual; Linda C Reid, an individual; Jack R. Mennis, an individual; Susan A. Mennis, an individual; Jack Snow, an individual; Heidi Snow, an individual; Jackie Vohs, an individual; Jacqueline Barbara Valiente; James & Maureen Feeney Family Trust dated 12/17/92; James & Shirley Klega Trust dated 06/22/95; Linthicum Revocable Trust dated 1/14/80; James B. Avanzino, an individual; James C. Presswood IRA; James Cielen, an individual; Climo Family Trust dated 2/6/92; James D. Dery, an individual; Ann R. Dery, an individual; James E. Ahern, an individual; Heaton Family Trust; Ton 1998 Revocable Trust; James H. Lidster Family Trust dated 1/20/92; Duffy 1986 Trust dated 6/18/86; Liem Family Trust; McConnell Family Trust dated 12/3/81; James Paul Goode, an individual; James Ronald Loftfield & Catherine Pauline Loftfield Trustees of the Loftfield; James Supple, an individual; JWB Trust Agreement dated 8/1/97; James W. Hale, Sr., an individual; James W. Lehr, an individual; Julie Anne Lehr, an individual; James W. Magner, an individual; Joseph P. Magner, an individual; James W. Shaw IRA; James William Rogers, an individual; James H. Lidster Family Trust dated 1/20/92; Jan Mills, an individual; Jane Falke Living Trust dated 10/16/01; The Janet L Leedham Revocable Trust dated 12/21/98; Janice A.

1   Lucas IRA; Janice J. Hergert Revocable
    Living Trust dated 9/15/00; Jacqueline
2   Thurmond, a married woman dealing with
    her sole & separate property with Traci
3   Landig as Beneficiary; Jason D. Fernandes,
    an individual; Fiola Fernandes, an individual;
4   Jay E. Henman Retirement Plan; Jayem
    Family L.P a Nevada limited partnership;
5   Berthelot Living Trust dated 4/9/03; Barber
    Family Trust; Jeffrey Lipshitz IRA; Peele
6   Spousal Trust dated 2/10/87; Jenifer Jacobs,
    an individual; Robert Furton, an individual;
7   Peale Spousal Trust dated 2/10/87; Peele
    Bypass Trust dated 2/10/87; Jennifer A.
8   Wade, an individual; Jennifer J Harmon, an
    individual; Cheryl Hoff, an individual;
9   Jerome L. Block, an individual; Charma N.
    Block, an individual; Jerome L. Harvey Jr.,
10  an individual; Marisa Deville Harvey, an
    individual;   Jerrold   Weinstein   Self
11  Declaration Trust; Kirk Revocable Trust
    dated 2/10/84; Jerry L. Blackman, Sr. &
12  Carolyn N. Blackman Living Trust dated
    11/26/01; Dakota Trust dated 6/16/96; Jerry
13  Pietryk, an individual; Leeann Pietryk, an
    individual; Jerry Woldorsky, an individual;
14  Gledhill Revocable Family Trust; Joan B.
    Gassiot 1987 Trust dated 8/7/87; Joan M.
15  Crittenden, an individual; Joann B Nunes, an
    individual; Gladys Mathers, an individual;
16  McQuerry Family Partnership; Joanne A.
    Halvorson, an individual; Jocelyne Helzer
17  IRA; Jocelyne Helzer, an individual; Ippolito
    Family Trust; John A. M. Handal, an
18  individual; John A. McAfee, an individual;
    Jennifer A McAfee, an individual; John
19  Borkoski, an individual; Kathleen Borkoski,
    an individual; John D. Eichhorn, an
20  individual; Jill A. Eichhorn, an individual;
    John D. Hathcock, an individual; Susan K.
21  Hathcock, an individual; John E O'Riordan,
    an individual; Sonhild A O'Riordan, an
22  individual; John E. Barnes, an individual;
    Ginger M. Barnes, an individual; John E.
23  McKennon, an individual; Sharon M.
    McKennon, an individual; John F. Okita, an
24  individual; Michiko M. Yamamoto, an
    individual; John G. Theriault, an individual;
25  Pamala J. Theriault, an individual; John H.
    Duberg, an individual; John J. Maguire &
26  Diane M. Maguire Living Trust dated 8/4/00;
    John Krebbs, an individual; John L. Wade
27  Trust dated 5/8/01; John Lloyd IRA; John M.
    Luongo, an individual; Gloria Luongo, an
28  individual; John M. Marston, an individual;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  Linda S. Marston, an individual; Tripp
Family Trust 1997; John Master, an
2  individual; John Nix, an individual; Lisa Nix,
an individual; John P. Aquino, an individual;
3  Lisa Aquino, an individual; John P.
Clendening, an individual; Doreen S.
4  Clendening, an individual; Clendening
Family Trust dated 10/08/2004; John P.
5  Everett, an individual; John R. Cangelosi, an
individual; Margaret M. Cangelosi, an
6  individual; Frederickson Trust dated
10/02/03; John Roach, an individual; Mary
7  Ann Roach, an individual; Mallin Family
Trust dated 7/12/99; John S. Borkoski TTEE
8  for Payette Lakes Consulting LLC 401k FBO
John Borkoski dated 1-1-04; Sumpolec 1989
9  Trust dated 4/13/89; John T. Chirgwin, an
individual; John V. Fragola, an individual;
10  John & Kathleen Keith Living; John Weaver,
an individual; Colleen Weaver, an individual;
11  Johnston Trust dated 9/7/85 c/o Rodney L.
Johnston & Diane E. John; John A. M.
12  Handel, an individual; Jon J.Lee, an
individual; Tracy Lee, an individual; Jon Paul
13  Jensen, an individual; Tamara Lee Jensen, an
individual; Jonathan D. Katz, an individual;
14  Jonathan M. Eller, an individual; Carol A.
Eller, an individual; Jonathan M. Eller Inc. a
15  California corporation; Jorg U. Lenk, an
individual; Jose M Lanzas, an individual;
16  Gladys Lanzas, an individual; Farrah Family
Trust dated 09/18/03; Joseph B. Lafayette, an
17  individual; Catherine D. Lafayette, an
individual; Joseph C. Bellan & Verna J.
18  Bellan Revocable Living Trust, dated 3/4/00
c/o; Joseph C. Mineo, Mary Lynn Denton
19  with Power of Attorney; Davis Family Trust;
Joseph F. McMullin, an individual; Pearl A.
20  McMullin, an individual; Joseph G Zappulla,
an individual; Carol A. Zappulla, an
21  individual; Joseph J. Benoualid, an
individual; Helen L. Benoualid, an
22  individual; Joseph J. Melz, an individual;
Linda M. Melz, an individual; Joseph N.
23  Rizzuto Family Trust dated 4/24/89; Walls
Family Trust dated 12/10/97; Sterling Family
24  Trust dated; Caseholt Revocable Trust dated
2/30/94; Josette Bomilla, an individual;
25  Rogie Madlambayan, an individual; Josifko
Family Living Trust U/T/D 9/21/9; Joy
26  Investment Inc., a Nevada Corporation; Joyce
Bombard 2000 Trust dated 11/11/00; Joyce
27  E. Smith Trust dated 11/3/99; Judith A.
Robinson Revocable Living Trust dated
28  4/2/01; Judith Ann Heinbaugh Living Trust

dated 4/25/96; Judith Candelario, an individual; Judith G. Pech IRA; Judy A. Bonnet, an individual; Judy A. Van Winkle 1994 Trust dated 3/25/94; Judy Heyboer, an individual; Julia Farrah Revocable Living Trust Dated 10/8/92; June Gibson, an individual; Lewis/Rafferty Family; States Living Trust dated; The JV Marrone Revocable Trust dated 12/12/95; JWB Investments Inc. Pension Plan; Kami Banos, an individual; Willie Banos, an individual; Kami D. Wright, an individual; David M. Wright, an individual; Kaneda Living Trust dated 5/30/02; Karen G. Blachly, an individual; Karen K. Wener, an individual; Kenneth A. Wener, an individual; Karen R. Allison, an individual; Karen R. Donner, an individual; Karen S. Moberly IRA; Katherine S. Pedman, an individual; Boyce 1989 Trust dated 6/12/89; Austin John Borkoski Trust dated 12/10/92; Kali Gene Borkoski Trust dated 12/21/89; Tina Eden, an individual; Kay J. Hart, an individual; Kay M. Cantrell, an individual; Kaye Hutchison, an individual; Kehl Development An Iowa Corp.; Keith Lopeman, an individual; La Creta Lopeman, an individual; Keith W. Vesclal, an individual; Karen A. Roth, an individual; Kelley Family Trust Uad 10/10/91; Kelley M. Hains, an individual; Jamie K. Hains, an individual; Kelli A. Garvey transfer on death to Stephen L. Hawley; Kelly F. Neal, an individual; Kem Yee, an individual; Emmelene Yee, an individual; Addes Trust; Kenneth B. Schulz, an individual; Mary Kay Bryan-Schulz, an individual; Kenneth D. Sawyer, an individual; The Kenneth H & Phyllis P Wyatt Family Trust; Kenneth Jerry Goulding, an individual; Florie Goulding, an individual; Kefalas Trust dated 7/3/97; Kenneth W. Koenvitz & Jan Case Koerwitz Family Trust dated 5/13/03; Kes G. Anderson, an individual; Ruth Andersen, an individual; Kevin A. McKee, an individual; Pamela J. McKee, an individual; Kevin J. Haselharst, an individual; Kevin Kehl, an individual; Kevin Ness, an individual; Karen Ness, an individual; Kevin Taylor IRA; Kevon Cottrell, an individual; Karen Cottrell, an individual; Kimberly Taylor, an individual; Kip E. Virts, an individual; Melissa A. Virts, an individual; Kirsten Wagner, an individual; Klaus Kopf, an individual; Colette Kopf, an individual; Kloenne Living Trust dated 3/11/87;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  Kloepfer Trust dated 11/27/00; KM
2  Financials LLC, a Utah corporation; KM
   Group a Nevada General Partnership; Kris J.
   Hamper, an individual; Kristin A. Olivas, an
3  individual; KTaylorGO Investments, LTD, a
   Texas Company; Kwiatkowski Revocable
4  Trust-dated 12/17; L. Dean Gibson
   Revocable Trust of 2003; Labossiere Family
5  Trust dated 3/20/1987; Laguna Paloma Inc. A
   Texas Corporation; Hodgson Living Trust
6  dated; Kuiper Trust; Larry L. Ringer & Patsy
   R. Ringer Revocable Trust dated 8/14/91;
7  Newman Family Trust dated 9/30/97; Larry
   Apigian, an individual; Leona Apigian, an
8  individual; Lehmann Family Trust dated
   4/19/96; Larry D. Hale, an individual;
9  Veronica S. Hale, an individual; Colborn
   Revocable Living Trust dated 8/6/90; Larry
10 E. Hanan Revocable Trust dated 5/20/02;
   Fernandez Family Trust dated 6/20/84;
11 Newman Family Trust dated 9/30/97; Larry L
   Ringer & Patsy R. Ringer Revocable Trust
12 dated 8/14/91; Larry W. Johnson, an
   individual; Lyn Owen, an individual; Lauren
13 Reale, an individual; Lawrence H. Tengan &
   Lorraine K. Tengan Revocable Trust;
14 Kirkham & Sanginiti Trust dated 2/29/96;
   Lawrence G. Doull Living Trust dated
15 12/12/95; Patricia Bryant, an individual; Lee
   Rotchy Trust dated 12/5/00; Leiby Family
16 1992 Trust dated 7/8/92; Johansen Family
   Trust; Leigh B. Pandaleon IRA; Swanson
17 Family Trust dated 9/14/94; Alvin M
   Swanson & Grace E. Swanson Living Trust
18 dated 7/26/01; Leland T. Pearce, an
   individual; Isabelle J. Pearce, an individual;
19 Leo L. Haynes, an individual; Glenda G.
   Haynes, an individual; Leon E. Singer &
20 Suzy Singer; Leona Lubliner Living Trust
   U/A dated 7/16/96; Chapman Trust
21 #1015932; The Leonard Adams Revocable
   Trust Under Trust Agreement dated July 11
22 1983; Leonard C. Adams, an individual;
   Lesleigh J. Tolin, an individual; Richard
23 Chambers, an individual; Lesley Stricker, an
   individual; Leslie Irwin, an individual; Leslie
24 P. Siggs, an individual; Leslie S. Lanes, an
   individual; Leslie Shane Daniel, an
25 individual; Denise M Daniel, an individual;
   Lewis Fine, an individual; Arlene J. Fine, an
26 individual; Lewis H Fine IRA; Lexsy S.
   Parker, an individual; Lidia Bazzoli, an
27 individual; Daniela Bazzoli-Ferrari, an
   individual; Lily Markham, an individual;
28 Irene Anne Markham-Tafoya, an individual;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Gene & Linda Leblanc Family Trust dated 8/20/99; Linda M. Walker, an individual; Linda Merialdo Living Trust dated 8/6/02; Doerr family trust dated 9/12/02; Lindsey H. Kesler Family Revocable Trust; Lisa M Hollifield, an individual; Lisa Sooy, an individual; The Van Sickle Family Trust dated 5/20/99; Lokshin Family Trust dated 6/3/96; Loretta A. Lamont, an individual; Lori A. Procter, an individual; Lori Dietzman, an individual; William Dietzman, an individual; Loughlin Family Trust; Louis C. Swilley, an individual; Louis E Massry, an individual; Louis H. & Shirley M. Turner Family Trust dated 9/9/97; Louis H. Shahin Trust dated 6/9/94; Louis H. & Shirley M. Turner Family Trust dated 9/9/97; Louise Alport Kolberg Revocable Trust; Louise G. Sherk, M.D., a Medical Corporation, Employee Benefit Plan Trust; Louise Teeter IRA Rollover; Lowe Family Trust; Lowell V. Andrews, an individual; Lora & Loyal Crownover Family Trust; LRD Lending, A California Corp.; Lui A. Avanzino, an individual; Audrey L. Avanzino, an individual; Luther E. Tate, an individual; David Bailey, an individual; Fettedy Family Trust dated 6/30/89; Lynn Wilkelis, an individual; Jewell Nowak, an individual; Dr. Jana Molvaney, an individual; Lynnette S. Thurman, an individual; John H. Thurman, an individual; M & M Imports Retirement Plan Trust; M. Anne Riccio, an individual; Macdonald Center For The Arts & Humanities, an entity of unknown origin; Madeno C. Wade, an individual; Mae Mineo Trust dated 3/23/00; Mahendra C. Mody, an individual; Malcolm Telloian Jr., an individual; Joan B. Telloian, an individual; Marc A. Goddard, an individual; Damara R. Stone-Goddard, an individual; Marc M. Inpan, an individual; Marcia C. Albiol, an individual; Henry Albiol, an individual; Marcia J. Knox Living Trust dated 8/16/04; Marcia Sweany-Volpe, an individual; Margaret M. Cangelosi, an individual; Margaret M. Cangelosi Family Trust; Marge Karney, an individual; Marguerite Falkenborg 2000 Trust dated 6/20/00; Maria I. Mathieu, an individual; Marietta Voglis, an individual; Marilyn Hilborn Trust dated 11/18/93; Marilyn Johnson Living Trust dated 10/5/99; Marilyn Molitch, an individual; Matthew Molitch, an individual; Marina Mehlman IRA; Marion B. Dittman,

an individual; Marion C. Sharp Trust; Marion
L. Sample, an individual; Vernon Olson, an
individual; Marisa Deville Harvey, an
individual; Marjorie Y. Berlin, an individual;
Mark A. Dolginoff Separate Property Trust
dated 11/21/97 amended/restated on 5/10/00;
Mark A. Sauceda, an individual; Mark
Bredesen & Katharine Bredesen Trust; Mark
L. Eames, an individual; Sandra K. Eames, an
individual; Mark Tysseling, an individual;
Sharon Vey-Tysseling, an individual;
Marlene C. Wade, an individual; Marlin L.
Wonders, an individual; R. Yvonne Wonders,
an individual; Marrice L. Davis, an
individual,; Nanci E. Davis, an individual;
Marsha G. Vieira, an individual; David A.
Gean Revocable Trust dated 4/3/92; Marshall
J. Brecht Trust dated 2/5/86; Marshall R.
Zerbo, an individual; Martha W Potter
Revocable Trust; Martin Bock, an individual;
Marvin Lynn Nicola Family Trust dated
6/13/78; Rickling Family Trust; Marvin W.
Gittelman, an individual; Toby E. Gittelman,
an individual; Mary Ann Earp, an individual;
Mary H. Earp, an individual; Mary Ann Rees
IRA; Mary Diane Peterson, an individual;
Russell Revocable Trust dated 9/21/93;
Molitch 1997 Trust; Maureen DaCosta, an
individual; M & J Cauchois Family Trust
dated 2/25/93; Mazal Yerushalmi, an
individual; McConnell Family Trust dated
12/3/81; McQuerry Family Partnership;
McShaffrey Living Trust dated 3/27/81; Mel
Herman, an individual; Emma Herman, an
individual; Melanie Cowan, an individual;
Melinda Estevez, an individual; Richard
David Estevez, an individual; Melissa A.
Fernandes, an individual; Dionisio
Fernandes, an individual; Melody J. Violet,
an individual; Melvin J. Ives & Evelyn A.
Ives Bypass Trust dated 1/6/93 c/o Melvin A.
Ives &; Kemer Revocable Trust B dated
3/16/81; Mesa LLC, an entity of unknown
origin; Mevin J. Ives & Evelyn A. Ives Qtip
Trust; Michael C. Rohberger, an individual;
Jeana L. Rehber, an individual; Michael
Greeley Trust dated 7/27/00; Michael Horak,
an individual; Michael J. Maloney & Jo Ann
L. Maloney Revocable Trust dated 12/1/04;
Michael J. Mosser, an individual; Lisa K.
Redfern, an individual; Michael John
Goodwin, an individual; Michael K. M. Au,
an individual; Michael Latorra, an individual;
Joan Latorra, an individual; The Paul J
Sapourn Grantor Retained Annuity; Percy

Family Trust U/A 9/28/99; Michael Pezzano, an individual; Lisa Pezzano, an individual; Michael R. Brines & Cindy G. Brines Revocable Family Trust U/A dated 11/5/94; Michael R. McCartney, an individual; Teresa R. McCartney, an individual; Michael Raichbart, an individual; Irit Raichbart, an individual; Michael S. Blau, an individual; Shamiran Blau, an individual; Michael S. Freedus, an individual; Helen C. Freedus, an individual; Michael S. Freedus DDS PC Defined Benefit Pension Plan; Michael S. Simcock, an individual; Dina M. Simcock, an individual; Bridges Family Trust; Heffner Family Trust dtd 9/10/02; Michael W. Ricci, an individual; Michaelian Holdings LLC A Nevada Limited Liability Company; Michel F. Aiello & Patricia A. Aiello Trust Date 10/4/94; Michel Tessel, an individual; Michele Gilbert Custodian For Lauren J. Gilbert & Erin M. Gilbert, Her Minor; Michelle Buys, an individual; Mieko Donovan, an individual; Richard Donovan, an individual; Mila Horak, an individual; Lindsey H. Kesler Family Revocable Trust dated 10/15/80; Milton B. Senfeld, an individual; Barbara A. Senfeld, an individual; Milton H. Lees III, an individual; Milton J. Lehart, an individual; Minerva Family Trust dated 11/14/96; Minter Family 1994 Trust; Mojave Canyon, Inc., A Nevada Corporation; Monica C. Ebaugh, an individual; Monica L. Hunt, an individual; Monica M. Hruby, an individual; Monigheni, Inc., a Nevada corporation; Monique A. Markwell, an individual; Morris Mansell IRA; Morris Mansell, an individual; Ram Family Trust; Muks Realty LLC. a California limited liability company; Nadine Morton, an individual; Nancy Brauer IRA; Nancy Golden, an individual; Nancy K. Haugarth Revocable Trust; Nancy R. Gilmour IRA; Neil A Xavier, an individual; Josephine E Xavier, an individual; Buckwald Revocable Trust dated 2/11/92; Trustees of the Nelson & Virginia Chardoul Trust dated 10/7/91; 2001 Steinmetz Family Trust; Nicholas Loader Trust U/A; Nicole Dana Flier, an individual; NMS Living Trust dated 12/27/01; Noel & Mary Ann Rees Family; Norm Webster, an individual; Norma Lamb-Groves Trust dated 2/18/03; Eugene H. & Donna M. Stokes Trust dated 5/16/84; Norman & Charlene Prins Revocable Living Trust dated 10/29/03; Norman Kiven, an individual; Norman

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Teeter, an individual; Norman Tiano, an individual; Norscot Financial Corp., a Nevada corporation; Nounna Family Partnership; Davenport Revocable Trust dated 9/16/87; O'Connor Revocable Trust Utd 9/17/97; Olga O'Buch Trust dated 5/28/98; Oliver F. Smith Incorporated Profit Sharing Plan; Oliver Puhr, an individual; Omaye 1990 Trust; Orban H. Reich Trust dated 12/27/00; Klay Living Trust dated 7/11/90; Ovca Associates-Inc Defined Pension Pl; Pamela Jean Marton, an individual; Panagiotis Dovanidis, an individual; Dimitra Dovanidou, an individual; Paola Accusani, an individual; Pat Davis IRA; Pontak Wong RevocableTrust dated Jan 19,2004; Webber Family Trust dated 10/31/89; Patricia E. Von Euw Revocable Trust; Ferguson Living Trust dated 6/28/00; Patricia L. Tiede, an individual; Patricia R. Lietz, an individual; Patrick F. Fenlon, an individual; Angela B. Fenlon, an individual; Patrick Gonzales, an individual; Rosemary Gonzales, an individual; Patrick J. Anglin, an individual; Doyle Family Trust; Paul Bloch Living Trust UA 10/29/02; Paul Bruggemans, an individual; Paul D. Graf, an individual; Margaret A. Graf, an individual; Paul Fedrizzi, an individual; Jane E. Fedrizzi, an individual; Paul G. Chelew, an individual; Paul Hargis, an individual; Susan Gail Hargis, an individual; Paul L. Garcell & Pamela Hertz Revocable Family Trust; Paul L. & Made Linney Trust dated 10/25/96; Paul Oster, an individual; Backes Family Trust dated 8/8/88; Paul Seyb, an individual; Wendy M. Seyb, an individual; Paula M. Lawson, an individual; Paula Nordwind 2001 Revocable Trust dated 12/13/01; Paulius Mosinskis, an individual; Payette Lakes Consulting LLC 401K Fbo John S. Borkoski,; Pedro L. & Carol A. Barroso Trust; Peele Spousal Trust dated 2/10/87; Mclaughlin-Valley Trust dated 2/24/97; Penman Investment Partners L.P. a California limited partnership; Brook Family Trust dated 5/25/95; Penny Lee Comsia Revocable Trust UDT; Robert William Ulm IRA; Gary Deppe-IRA; Tamara J. Perlman IRA; Percy Young, an individual; Ruth Young, an individual; Perlman Investment Partners L.P. a California limited partnership; Peter C. Cohn, an individual; Margaret H. Cohn, an individual; Peter De Luca, an individual; Peter E. Sprock 2001 Trust; Peter L. Backes

Page 24

Trust; Peter T. Gaos, an individual; Ute D. Gaos, an individual; Peter Valve Company Inc. a Nevada corporation; Peter W Capone, an individual; Deidra D Capone, an individual; Peters Family Trust dated 7/22/00; Palmintere Revocable Trust; Philip H. Lynch, an individual; Philip Stephen Howell, an individual; Lisa Beth Howell, an individual; Philip Higert Family Trust dated 5-30-03; Phillip Dann Goforth, an individual; Francesca M. Goforth, an individual; Phillip E McMullin & RosemadeL. McMullin Family Trust dated 4/4/80, amended 3/19/94; Phillip E. McMullin, an individual; Phillip M. Rulon, an individual; Shirley S. Rulon, an individual; Phyllis Marina Karr; Pioneer Accounting & Investments LLC, a Colorado LLC; PLB Enterprises, LLC, an entity of unknown origin; Pieser Family Trust dated 1/28/00; Polacheck & Associates, Inc. Profit Sharing Plan dated 2/20/73; Pompeo J. Lombardi, an individual; Sarah A. Grant, an individual; Portal Venture, LLC, an entity of unknown origin; Preswek Corp., a Nevada corporation; Prince Emmanuel, an individual; Quinn Family Trust dated 1/11/00; R & S McTee 1995 Trust dated 4/20/95; R. David Ferrera, an individual; Evelyn C. Ferrera, an individual; R. David Ferrera IRA; Sacramento Research Medical Group Defined Benefit; R. G. Messersmith, an individual; Deaun Messersmith, an individual; R.G.T. Millar Trust dated 6-28-1988; The Robert J. Rowley and Kathleen M. Rowley Living Trust; Rachel Rieble, an individual; Rachel Wheeler Trust; Goodness Living Trust dated 6/28/00; Ralph A. Shively, an individual; Holder Revocable Trust; Ralph E. Worthing, an individual; Maryanne H. Worthing, an individual; Randall Revocable Living Trust dated 05/17/90; Rare Earth Real Estate, an entity of unknown origin; Raul A. Dominguez, an individual; Raul A. Wood, an individual; Ray L. Coffin, an individual; Syfert Trust dated 3/90; Raymond Brahy, an individual; Rita Brahy, an individual; Raymond C. Moore, an individual; Rose Moore, an individual; Raymond E. & Margaret Elisa Harshman Family Trust dated 3/4/87; Raymond Eberlin, an individual; Karen Eberlin, an individual; Raymond F. Brant and Ann L. Brant Trust dated 12/22/92; Anne E. Brant Survivor Trust dated 5/22/87; Raymond & Sandra Nunez; Raymond T. Grenier, Jr. Trust dated 2/10/93; Rebecca A.

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89109
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

AUG-30-2009 05:21 AM   P.18

1 Rogers Trust dated 9/18/96; A. Robert De
2 Hart Trust dated 1/21/93; Revocable Living
   Trust Agreement of Barbara McClaflin; RGF
3 Revocable     Trust;     Rhoades     Passive
   Investments LLC, an entity of unknown
4 origin; Armijo Family Trust; Richard D.
   Barzan, an individual; Leila J. Barzan, an
5 individual; Richard D. Luthi Trust dated
   5/20/93; Wood Lining Trust dated 10/1/99;
6 Richard E. Thurmond Limited Partnership, an
   entity of unknown origin; Richard G.
7 Vrbancic, an individual; Holeyfield Family
   Trust dated 01/12/01; Richard Ianni, an
8 individual; Loughlin Family Trust; Richard
   Kleinbaum,    an    individual;    Jennifer
9 Kleinbaum, an individual; The Bowman 1989
   Revocable Trust; Richard L. Cadieux, an
10 individual; Clara M. Cadieux, an individual;
   Richard L. English, an individual; Richard L.
11 Younge IRA; Richard M. Raker Living Trust
   dated 3/18/98; Richard N. Dahlke, an
12 individual; Richard N. Krupp, an individual;
   Richard Nevins, an individual; Michele
13 Nevins, an individual; Richard R Tracy, an
   individual; Ursula W Tracy, an individual;
14 Reno Aeronautical Corporation Defined
   Benefit Retirement Plan; Richard T Fiory
15 Revocable Trust dated 05/30/01; Topflight
   Specs Profit Sharing Plan; Rifqa Shahin Trust
16 dated 6/8/94; Rita K. Malkin Trust dated
   7/26/2002; Rita P. Anderson Trust; Robert H.
17 Perlman & Lynn R. Perlman Trust dated
   9/17/92; Robert & Alicia Goffstein Trust
18 dated 2/25/92; 1994 Robert Asselin & Mary
   Asselin Family Trust; Robert A Susskind, an
19 individual; Robert A. Cowman, an individual;
   Sandra L. Cowman, an individual; Robert A.
20 Kehl, an individual; Tina M. Kehl, an
   individual; Robert A. Schell IRA; Robert A.
21 Suoskind, an individual; Robert Alan Bryant
   Sr. Revocable Trust; Robert B Bender, an
22 individual; Paula S Bender, an individual;
   Robert B. Lawrence, an individual; Patricia
23 A. Lawrence, an individual; Robert D. Earp,
   an individual; Robert D. Earp IRA; Robert D.
24 Lurie, an individual; Lois J. Swanson, an
   individual; Mierau Living Trust; Robert E.
25 Brooks, an individual; Robert E. Burnett Jr.,
   an individual; Robert E. Levy, an individual;
26 Robert E. Meldrum, an individual; Essaff
   Family Trust dated 6/18/02; Robert G. Baker,
27 an   individual;   Miriam   D.   Baker,   an
   individual; Robert G. Berry Jr., an individual;
28 Jeannette K. Berry, an individual; RGF
   Revocable Trust; Robert G. Hawkins &

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

Debra B. Hawkins Revocable Trust dated 10/1/03; Robert G. Sikorski, an individual; Robert G. Teeter, an individual; Robert H Perlman & Lynn R Perlman Trust dated 9/17/92; Robert J. Centanni, Sr., an individual; Susan R. Centanni, an individual; Robert J. Cowen Trust dated 11/7/97; Robert J. D'Ambrosio Contributory IRA; Moretto Family Living Trust; The Robert J. Rowley and Kathleen M. Rowley Living Trust; Robert J. Yoder Defined Benefit Plan; R. L. Allgeier Family Trust; De Ruff 1988 Trust dated 4/25/88; Robert L. Ogren Trust dated 6/30/92; Robert L. Pech & Judith G. Pech Family Trust dated 9/5/96; Robert M. Barnes, an individual; Violet M. Barnes, an individual; Robert O. Phillips, an individual; Robert P. Anderson Revocable Living Trust dated 10/22/01; Robert R. Wade, an individual; Shirley E. Wade, an individual; Robert R. Wade & Shirley E. Wade Revocable Trust; Robert R. Wade Revocable Trust dated 5/22/01; Robert Roy Ecker, an individual; Robert S. Dobyns Living Trust; Robert S. Speckert Rev. Living Trust dated 6/11/92; Robert S. Teeter, an individual; Robert T Chylak & Barbara M Chylak Family Trust dated 10/30/90; Robert W. Roberts, an individual; Donna R. Roberts, an individual; Robert W. Ulm Living Trust dated 4/11/05; Robert W. Ulm, an individual; The 2001 R.K. Hatfield Family Trust dated 6/01; Graham Family Trust; Graham Family Marital Trust dated 2/13/97; Robin E. McQuown, an individual; Brian C. McQuown, an individual; Arbogast Family Trust; Harvey Family Trust dated 4/13/87; Hulse Family Trust; Huppi Trust dated 1/30/1992; The Bryan Family Trust dated August 19 1992; Roger Noorthoek, an individual; Roger Scott Anderson, an individual; Tiffiny Leigh Anderson, an individual; Rogie C. Madlambayan, an individual; Rogie Madlambayan Trust dated 2/22/05; Roland J. Hearn & Risa V.S. Hearn Living Trust dated 2/19193; Kantor Family Trust, dated 5/6/82; Burgarello, Inc. Profit Sharing Plan; C. I. B. B. Inc. Pension Plan; Ronald Alvin Johnson & Janice Burgarello Trust dated 11/01/93; Ronald C Phelps Trust dated 10/19/01; Shackelford Family Trust dated 9/21/04; Ronald Douglas Neal, an individual; Ronald G. Finkel, an individual; Karen B. Finkel, an individual; Ronald G. Gardner Trust; The Anthony Family Living Trust; Ronald

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

1  Johnson, an individual; Marilyn Johnson, an
2  individual; The Underpass Trust; Ronald K.
   Peters, an individual; Susan A. Johnson, an
3  individual; Ronald M. Toft, an individual;
   Rae Cazier Family Trust dated 3/09/00;
4  Ronald R. Carter & Leslie A. Carter
   Revocable Trust dated 10/24/91; Charles A.
5  Slam Co. Defined Benefit Pension Plan dated
   7/1/02; Rory L Triantos, an individual;
6  Rosalie Allen Morgan Trust dated 1/31/03;
   Stark Family Trust dated 4/2/84; Rosanne L.
7  Clark, an individual; Rose F. Swayze, an
   individual; Elfriede R. Fujitani, an individual;
8  Rose O. Hecker, an individual; Anita
   Rosenfield, an individual; Rosemarie L.
9  McMullin, an individual; Phillip E McMullin
   & Rosemarie L. McMullin Family Trust
10 dated 4/4/80 & amended 3/19/94; Rosy L.
   Tdantos, an individual; Roxanna L. Ochoa,
11 an individual; Leland L. Orvis, an individual;
   R&D Filkin Trust dated 9/26/90; Roy R.
12 Ventura Jr., an individual; Nancy B. Ventura,
   an individual; Ruby Bell, an individual; Ruby
13 M. Hill Family Trust dated December 12,
   1992; Ruebel Richie, an individual; Rudi
14 Eichler, an individual; Tatjana Eichler, an
   individual; Winkler Family Trust dated
15 3/13/86; Rudolf Winkler IRA; Rudolph W.
   Moreno, an individual; Beatriz Moreno, an
16 individual; R & S McTee 1995 Trust dated
   4/20/95; Rugby Associates LLP, a Maryland
17 Limited Liability Limited Partnership;
   Russell E. Mills, an individual; Shirley A.
18 Mills, an individual; Russell J. Zuardo &
   Betty J. Zuardo Community Property Trust
19 Restated 5/5/00; Quinn Family Trust dated
   1/11/00; Ruth A. Errington Living Trust
20 dated 11/22/04; Ruth A. Kuester Trust dated
   1/29/91; Ruth Sanders, an individual; S & P
21 Davis Limited Partnership, a Texas
   Partnership; S.A. Hanes Profit Sharing Plan;
22 S.B. Wright Family Trust dated 12/28/94;
   Sack Family Partners, LP, an entity of
23 unknown origin; Sagrario T Evers Living
   Trust dated 5/1/01; Salvatore Siciliano, an
24 individual; The Castanza 1987 Decedents
   Trust; Costanza 1987 Survivor's Trust dated
25 3/12/87; Samuel A. Mammano, an individual;
   Karen M. Mammano, an individual; Samuel
26 & Beverly Evans Living Trust; Sanchez
   Living Trust dated 10/13/03; Sandra I.
27 Hollander Revocable Trust; Charles T.
   Masters & Sandra O. Masters Family Trust
28 dated 10/9/92; Miller Family Trust dated
   7/30/2001; Roisentul Family Trust;

Scheldegger Family Trust dated 12/26/01c; Scholl Family Trust dated 8/21/92; Schnadt Trust dated 6/18/93; Schwartz & Burp Joint Venture, an entity of unknown origin; Scott J. Elowitz, an individual; Cynthia Elowitz, an individual; Scott J. Elowitz, an individual; Scott Machock, an individual; Heidi Machock, an individual; Secure Retirement Trust; Seymore J. Seinfeld, an individual; Helene Seinfeld, an individual; Shahriar Zavosh, an individual; Sharon E. Presswood IRA; Peterson Family Trust; Sharon R. Fitzgerald, an individual; Sharon S. Lazar, an individual; Sheerins Inc. A Nevada Corporation; Sheldon & Marion G. Portman Trust dated 11/01/65; Sherry Lynne, an individual; Collins Family Trust; Ronald G. Doe Marital Trust DTD 1-6-95; Shirley E. Schwartz Revocable Living Trust; Shirley J. Finlay, an individual; Shirley M. Reinesch Revocable Living Trust; Shirley Payne, an individual; Larson Family Trust; Sierra West, Inc., A Nevada Corporation; Sigfried Baker, an individual; Simmtex Inc. a Nevada corporation; Simon Family Trust 2000; Simpson Family Trust dated 1/13/04; Snopko 1981 Trust dated 10/27/81; Sondra Skipworth Revocable Trust dated 11/28/01; Sovereign Capital Advisors LLC a Nevada limited liability company; Spectrum Capital LLC a California limited liability company; Spina Family Trust dated 3/8/01; Stan A. Hanes & Vicki M. Hanes Revocable Trust DTD 9/15/03; Stanley C. Germain, an individual; Dorothy Germain, an individual; The Stanley M Novara Family Trust dated 11/12/04; Stater Family Ltd Partnership, an entity of unknown origin; Stefan R. Cavin Revocable Living Trust; Stellar Innovations Inc, an entity of unknown origin; Stephen C. Irwin, an individual; Hawley Family Trust dated 8/15/95; Stephen & Patricia Lincoln; Stephen V. Kowalski, an individual; Maria T. Sutherland, an individual; Sterling Family Trust dated 6/14/02; Steve Lindquist Charitable Remainder Unitrust dated 09/09/96; Steve M. Colamonico, an individual; Anita J. Colamonio, an individual; Steven & Ingrid Boehm Trust dated 3/29/89; Steven B. Tomac, an individual; Laura J. Tomac, an individual; Steven C. Altman, an individual; Steven M. & Margaret W. Terry Trust Dated March 31 1995; Stevenson Pension Trust dated 1/7/94; STSK Investments LLC, an entity of unknown

origin; Stuart J. Madsen Trust dated 9/7/00; Stuart M. Rosenstein, an individual; Deborah H. Rosensein, an individual; Suhayla Shahin Living Trust dated 7/9/02; Sunrise Mini-Storage, an entity of unknown origin; Susan C. Grush, an individual; Susan L. Kehl Ulautma, an individual; Susan M. Slater, an individual; Susie & William Lurtz 1991 Trust dated 3/18/91; Suzanne Brelmer, an individual; Suzanne L. Arbogast, an individual; Carolyn J. Chrzastek, an individual; Suzanne M. Halvorson Trust dated 3/21/03; Suze Harrington, an individual; Sydney J. Siemens 1997 Revocable Trust dated 5/23/97; Sylvia Goldenthal, an individual; Jack Goldenthal, an individual; Sylvia M. Good Survivors Trust established under the Sam Good Family Trust dated 6/25/86 as amended & restated; T.D.S. Revocable Family Trust dated 9/29/98; T03 Enterprises, LLC, an entity of unknown origin; T112 Enterprises, LLC, an entity of unknown origin; T-2 Enterprises LLC, an entity of unknown origin; T-3 Enterprises LLC, an entity of unknown origin; Tad Folendorf, an individual; Tad Stephen, an individual; Diane Stephen, an individual; Helms Grandchildren Educational Trust For the Benefit of Jarod Dias dated 7/21/98; Separate Property Trust of Tamara Dias dated 12/04/00; Tara Sindler, an individual; Ted L. Melvin, an individual; Terry A Zimmerman Revocable Living Trust dated 9/4/90; Honikman 1992 Trust; Teri L. Melvin, an individual; Terrence D. Conrad, an individual; Doreen C. Conrad, an individual; Terrill Family Revocable Living Trust dated 3/11/02; Markwell Family Trust; Terry Markwell Profit Sharing Plan & Trust; Terry Thomas Young, an individual; TGBA Properties, an entity of unknown origin; Thalia Routsis Family Trust dated 7/24/90; The 1991 Agliolo Revocable Living Trust; The Anthony Bilotto Trust dated 01/16/03; The Baltes Company, a Michigan corporation; The Barbara M. Sanchez 2002 Revocable Living Trust dated 4/4/02; The Benz Family Trust dated 7/14/95; The Chiappetta Trust dated 4/1/03; The Donald S. Tomlin & Dorothy R. Tomlin Revocable Trust dated 10/24/79; The Ernest W. Libman & Cleone Libman Family Trust dated 3/11/93; The Holland Family Trust dated 1993; The Jesse J. Kelsey Revocable Living Trust dated 4/16/85; The Murphy Family

Trust; The Noxon Family Trust; The Reva H.
Nelson Family Trust; The Robert J. Rowley
& Kathleen M. Rowley Trust; The Roger &
Joann Phillips Revocable 2001 Trust; The
Schmitt Trust; The Sherriff Family LLC, a
Nevada limited liability company; The Sisk
Family Foundation, an entity of unknown
origin; The Stanley M Novara Family Trust
dated 11/12/04; The Stimpson Family Trust
dated 5/9/00; The Welcher Family Trust
dated 7/13/99; The William L. Scheer &
Mary L. Scheer Trust; Theodora Gottwald, an
individual; Fuller Family Trust dated 5/29/97;
Fuller Family Foundation; Theresa M.
Farrah, an individual; Thomas Avena, an
individual; Cindy Avena, an individual;
Avena Living Trust dated 3/28/84; Harrison
Family Trust dated 7/27/99; Thomas Di Jorio,
an individual; Antonette Di Jorio, an
individual; Bishofberger Restated Family
Trust U/A 9/8/95; Nuckols 2004 Revocable
Trust U/D/T 10/4/2004; Thomas H. Gloy, an
individual; Thomas Halvorson, an individual;
Joanne Halvorson, an individual; Thomas N.
Smith, an individual; Deborah L. Bertossa, an
individual; Thomas R. Sanford, an individual;
Anne H. Sanford, an individual; Thomas
Raymond Conway, an individual; Victoria C.
E. Conway, an individual; Thomas T.
Harrington, an individual; Beverly J.
Harrington, an individual; Thomas T.
Riedman, an individual; T.I. Trust dated
7/24/97; Thompson 1993 Trust dated
1/26/93; Hanison Family Trust dated
7/27/1999; Tiki Investment Enterprises L.P a
Nevada Limited Partnership; Timothy
Polendorf Trust dated 3121/00; Gaston Trust
dated 12/31/02; Jairo A. Castillo, an
individual; TK & Associates, A Minnesota
Company; Tobias Von Euw Revocable Trust
dated 11/23/04; Toby A. Gunning, an
individual; Toby Lee Rosenblum Trust dated
9/11/95; Laena Emmerich Survivors Trust
dated 5/18/89; Todd Charles Maurer, an
individual; Tomczak Family Trust dated
4/25/83; Tracy A. DeBary, an individual;
Tracy Cavin Family Trust UTD 11/10/03;
Tripp Enterprises Inc. a Nevada corporation;
Arthur I. Kriss IRA; Charles A. Starr Defined
Benefit Pension Plan 7/1/02; Universal
Management, Inc., an entity of unknown
origin; V. R. & Reba F. Marine Trust dated
10/22/01; Valerie Callahan, an individual;
Van Damme Family Trust; Vernon Olson, an
individual; Veslav Orvin, an individual;

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone: (702) 792-3773
Facsimile: (702) 792-9002

GREENBERG TRAURIG, LLP
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
Telephone (702) 792-3773
Facsimile (702) 792-9002

1 Yelena V. Ilchuk, an individual; Vickie
Pieper Living Trust dated 9/16/05; Vickie
2 Pieper, an individual; Vicky L. Nakashima,
an individual; Victor Bruckner, an individual;
3 Sally Bruckner, an individual; Birgen Family
Trust; Virgil P. Hennen, an individual; Judith
4 J. Hennen, an individual; Virginia M.
Hansen, an individual; V.R. & Reba F.
5 Marrone Trust dated 10/22/01; W. E. Buck
Family Trust dated 7/02/87; W. L.
6 Montgomery, Jr., an individual; Wald
Financial Group Inc., an entity of unknown
7 origin; Wald Financial Group Inc. Defined
Benefit Pension Trust; Wald Financial Group
8 Inc. Defined Benefit Pension Trust 2; Walter
C. Tripp, an individual; Walter Klevay, an
9 individual; Gail KLevay, an individual;
Musso Living Trust dated 11/30/92; Warren
10 W. Tripp, an individual; Tripp Enterprises
Inc. Restated Profit Sharing Plan; Wayne A.
11 Dutt Trust; Wayne P. Tarr, an individual;
Elizabeth G. Tarr, an individual; Wayne S.
12 Miller, an individual; Kathryn A. Miller, an
individual; Webster I. Beadle, an individual;
13 Susanne Beadle, an individual; Weible 1981
Trust dated 6/30/81; Weinman Family Trust
14 dated 9/6/96; Wendell Andersen, an
individual; Barbara Andersen, an individual;
15 Wendy Kwong, an individual; Wengert
Family Trust dated 2/20/98; Wesley L
16 Monroe, an individual; Jeannie M. Monroe,
an individual; What's On LLP, an entity of
17 unknown origin; Whitehurst Fund LLC, an
entity of unknown origin; Whitney H. Lauren
18 Family Trust dated 3/5/98; Wilbur A. Schaff,
an individual; Judy K. Schaff, an individual;
19 Wild Water Limited Partnership, A Nevada
Partnership; William Ogren, an individual;
20 Betty Ogren, an individual; William H. and
Donna R. Morgan Living Trust dated 6/7/04;
21 William A. Banos, an individual; Angel J,
Banos, an individual; William A. Carone
22 IRA; William A. Downey, an individual;
William A. Zadel Revocable Family Trust;
23 William B. Fitzgerald, an individual; Sharon
R. Fitzgerald, an individual; William
24 Bolding, an individual; Carolyn Bolding, an
individual; William Boyce II, an individual;
25 Alice D. Boyce, an individual; Eastland
Family Joint Living Trust dated 1/18/00;
26 Botton Living Trust dated 11/17/00; W.E.
Buck Family Trust dated 7/2/87; William F.
27 Errington, an individual; William G.
Warwick, an individual; Virginia B.
28 Warwick, an individual; Favro Trust dated

9/14/00; William H. Lenhart Living Trust;
William Harrison Goulding, an individual;
Elizabeth R Goulding, an individual; William
J Hinson Jr., an individual; Ovca Associates
Inc. Defined Pension Plan; William J.
Sandberg, an individual; Shang'Ling I. Tsai,
an individual; William L. Graham, an
individual; Wilta L. Graham, an individual;
McQuerry Family Partnership; McQuerry
Family Trust dated 1/25/80; William Lee
Reeves, an individual; William Lukasavage,
an individual; Joanne Lukasavage, an
individual; William M. Bettencourt, Jr. IRA;
Susie & William Lurtz 1991 Trust dated
3/18/91; Buechner Family Trust; William R.
Godfrey, an individual; Cynthia Godfrey, an
individual; William R. & Cynthia J.Godfrey
Living Trust 2005; William R. Long, an
individual; William Richard Moreno, an
individual; William T. Hoover, an individual;
William W. Lee & Teresa H. Lee 2003
Family Trust Agreement dated 6/26/03;
William W. Ogren, an individual; Betty R.
Ogren, an individual; Wilma Jean Thompson,
an individual; Voss Family Trust; Daniel
Family Trust; Woods Family Trust; Work
Holdings Inc. an Arizona corporation; X-
Factor, Inc., a Nevada corporation; Yankee
Holdings LLC a Arizona corporation; Yit
Tisoni, an individual; Young Jin Park, an
individual; Sejin Park, an individual;
Zawacki a California LLC; and DOES I
through V and ROES I through V, inclusive

Defendants.

## SUMMONS

**NOTICE! YOU HAVE BEEN SUED, THE COURT MAY DECIDE AGAINST YOU
WITHOUT YOUR BEING HEARD UNLESS YOU RESPOND WITHIN 20 DAYS, READY
THE INFORMATION BELOW.**

TO THE DEFENDANT(S): EDWARD SCHOONOVER, a civil complaint has been filed

by the Plaintiff against you for relief set forth in the complaint requesting a Judgment against you.

1. If you intend to defend this lawsuit, within 20 days after this Summons is served on you,

exclusive of the day of service, you must do the following:

Page 33

a. File with the Clerk of this Court, whose address is shown below, a formal written response to the Complaint in accordance with the rules of the Court, with the appropriate filing fee.

b. Serve a copy of your response upon the attorney whose name and address is listed below.

2. Unless you respond, your default will be entered upon application of Plaintiff(s) and this Court may enter a judgment against you for the relief demanded in the Complaint, which could result in the taking of money or property or other relief requested in the Complaint.

3. If you intend to seek the advise of an attorney in this matter, you should do so promptly so that your response may be filed on time.

4. The State of Nevada, its political subdivisions, agencies, officers, employees, board members, commission members and legislators, each have 45 days after service of this summons within which to file an answer or other responsive pleading to the complaint.

CLERK OF THE COURT                AUG 28 2009

By: SALEVAO ASU

Deputy Clerk
Regional Justice Center                        Date
200 Lewis Avenue
Las Vegas, NV 89155

GREENBERG TRAURIG, LLP

By: _____
PHILIP M. HYMANSON, ESQ.
Nevada Bar No. 2253
ERIC W. SWANIS, ESQ.
Nevada Bar No. 6840
F. CHRISTOPHER AUSTIN
Nevada Bar No. 6559
3773 Howard Hughes Parkway
Suite 400 North
Las Vegas, Nevada 89169
*Counsel for Plaintiffs*

Page 34